# Exhibit 6

Name of Project:     Hampton Inn & Suites Fort Wayne

Address of Project:    5702 Challenger Parkway, Fort Wayne, IN

Security Instrument:  Fee and Leasehold Mortgage, Assignment of Leases & Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 15, 2017, as Instrument Number 2017059895 in the Recorder's Office of the Recorder of Allen County, Indiana (the "Allen Recorder's Office"); as as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases & Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 27, 2018, as Instrument Number 2018030927 in the Allen Recorder's Office; further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases & Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to Wells Fargo Bank, National Association, as Trustee for the Benefit of Holders of Tharaldson Hotel Portfolio Trust 2018-THPT Commercial Mortgage Pass-Through Certificates, Series 2018-THPT and the RR Interest Owner (the "Trust"), dated as of February 5, 2018 and recorded on June 27, 2018, as Instrument Number 2018030928 in the Allen Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL OPS, LLC

Legal Description of Land:

73744464.1

LOT NUMBER ONE (1) IN CROSS CREEK COMMONS, SECTION 1, PHASE 1, AN
ADDITION TO THE CITY OF FORT WAYNE, AS PER PLAT THEREOF RECORDED IN
PLAT CABINET "C" AT PAGE 125 IN THE OFFICE OF THE RECORDER OF ALLEN
COUNTY, INDIANA.

ALSO DESCRIBED AS FOLLOWS:

PART OF THE NORTHEAST QUARTER OF SECTION 22, TOWNSHIP 31 NORTH,
RANGE 12 EAST, ALLEN COUNTY, INDIANA, MORE PARTICULARLY DESCRIBED AS
FOLLOWS: COMMENCING AT THE NORTH QUARTER CORNER OF SECTION 22,
TOWNSHIP 31 NORTH, RANGE 12 EAST; THENCE SOUTH 00 DEGREES 06 MINUTES
53 SECONDS EAST ALONG THE WEST LINE OF THE NORTHEAST QUARTER, A
DISTANCE OF 1033.87 FEET TO A POINT ON THE NORTH RIGHT OF WAY OF
INTERSTATE HIGHWAY 69; THENCE NORTH 88 DEGREES 35 MINUTES 20 SECONDS
EAST ALONG SAID NORTH RIGHT OF WAY LINE, 206.12 FEET TO THE POINT OF
BEGINNING; THENCE LEAVING SAID RIGHT OF WAY, NORTH 00 DEGREES 00
MINUTES 00 SECONDS EAST, A DISTANCE OF 249.82 FEET TO A POINT 27.27 FEET
NORTH OF THE SOUTH RIGHT OF WAY CUL-DE-SAC OF CHALLENGER PARKWAY;
THENCE NORTH 89 DEGREES 43 MINUTES 25 SECONDS EAST INSIDE AND ALONG
SAID RIGHT OF WAY LINE, 107.14 FEET; THENCE CONTINUING ALONG SAID
SOUTH RIGHT OF WAY LINE ALONG A CURVE DEFLECTING TO THE LEFT HAVING
A LENGTH OF 145.14 FEET AND BEING SUBTENDED BY A CHORD HAVING A
BEARING OF NORTH 73 DEGREES 43 MINUTES 55 SECONDS EAST AND A LENGTH
OF 143.26 FEET; THENCE NORTH 57 DEGREES 44 MINUTES 25 SECONDS EAST, A
DISTANCE OF 49.49 FEET ALONG SAID SOUTH RIGHT OF WAY LINE TO THE
WESTERN MOST CORNER OF THE FAIRFIELD INN PROPERTY; THENCE SOUTH 32
DEGREES 15 MINUTES 35 SECONDS EAST ALONG THE SOUTHWESTERN LINE OF
THE FAIRFIELD INN PROPERTY, A DISTANCE OF 229.56 FEET TO A POINT ON THE
NORTH RIGHT OF WAY LINE ON INTERSTATE HIGHWAY 69; THENCE ALONG SAID
NORTH RIGHT OF WAY LINE, SOUTH 57 DEGREES 46 MINUTES 25 SECONDS WEST,
A DISTANCE OF 8.52 FEET; THENCE CONTINUING ALONG SAID RIGHT OF WAY
LINE ALONG A CURVE DEFLECTING TO THE RIGHT HAVING A LENGTH OF 394.80
FEET AND BEING SUBTENDED BY A CHORD HAVING A BEARING OF SOUTH 72
DEGREES 24 MINUTES 40 SECONDS WEST HAVING A LENGTH OF 388.63 FEET;
THENCE SOUTH 88 DEGREES 35 MINUTES 20 SECONDS WEST, A DISTANCE OF 31.39
FEET TO THE POINT OF BEGINNING.

AND ALSO

A NON-EXCLUSIVE EASEMENT FOR DRAINAGE FOR THE BENEFIT OF PARCEL I AS
CREATED IN A DEED BY AND BETWEEN KSKM TO THARALDSON DEVELOPMENT
CO. BY INSTRUMENT RECORDED SEPTEMBER 11, 1995 AS DOCUMENT NO. 95-41234
AND MORE PARTICULARLY SET OUT IN A RECIPROCAL EASEMENT AND
OPERATING AGREEMENT RECORDED AS DOCUMENT NO. 95-32416, IN THE OFFICE
OF THE RECORDER OF ALLEN COUNTY, INDIANA. ALSO KNOWN AS LOT 1 IN
SECTION 1 OF PHASE 1 OF CROSS CREEK COMMONS AS RECORDED ON OCTOBER
3, 1996 AS DOCUMENT NO. 96055565, IN THE OFFICE OF THE RECORDER OF ALLEN
COUNTY, INDIANA.

2

Name of Project:       Fairfield Inn & Suites Las Vegas

Address of Project:    5775 Dean Martin Drive, Las Vegas. NV

Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 20171113-0002332 in the Recorder's Office of the Recorder of Clark County, Nevada (the "Clark Recorder's Office); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 20180628-0000347 in the Clark Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 20180628-0000348 in the Clark Recorder's Office

Borrower(s):           W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

3

PARCEL 1:

A PORTION OF LOT ONE (1) OF THE FINAL MAP OF GATEWAY SOUTH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 90 OF PLATS, PAGE 66, IN THE OFFICE OF THE CLARK COUNTY RECORDER, NEVADA, LYING WITHIN THE NORTHEAST QUARTER (NE ¼) OF THE NORTHWEST QUARTER (NW ¼) OF SECTION 32, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID ALIQUOT PART;
THENCE NORTH 88° 23' 00" WEST, ALONG THE CENTERLINE OF OQUENDO ROAD AND THE SOUTH LINE OF SAID ALIQUOT PART, 737.80 FEET TO THE CENTERLINE INTERSECTION OF OQUENDO ROAD AND CENTURY PARK DRIVE, AS SHOWN IN RECORD OF SURVEY FILE 109, PAGE 72;
THENCE ALONG THE CENTERLINE OF CENTURY PARK DRIVE, NORTH 01° 37' 00" EAST, 104.82 FEET TO A CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 435.00 FEET AND A CENTRAL ANGLE OF 04° 17' 44";
THENCE NORTHERLY ALONG SAID CURVE, 32.61 FEET;
THENCE NORTH 02° 40' 44" WEST, 73.42 FEET TO A CURVE CONCAVE EASTERLY, HAVING A RADIUS OF 435.00 FEET AND A CENTRAL ANGLE OF 02° 46' 40";
THENCE NORTHERLY ALONG SAID CURVE, 21.09 FEET;
THENCE NORTH 00° 05' 56" EAST, 38.64 FEET;
THENCE DEPARTING SAID CENTERLINE, SOUTH 89° 54' 04" EAST, 30.00 FEET TO THE EASTERLY RIGHT OF WAY OF CENTURY PARK DRIVE;
THENCE ALONG SAID RIGHT OF WAY, THE FOLLOWING TWO (2) COURSES: NORTH 00° 05' 56" EAST, 205.77 FEET TO A CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 1,030.00 FEET AND A CENTRAL ANGLE OF 04° 34' 19";
THENCE NORTHERLY ALONG SAID CURVE, 82.19 FEET TO THE POINT OF BEGINNING;
THENCE CONTINUING NORTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 15° 25' 43", 277.36 FEET;
THENCE NORTH 19° 54' 04" WEST, 51.01 FEET;
THENCE DEPARTING SAID RIGHT OF WAY, NORTH 77° 30' 21" EAST, 376.01 FEET TO THE WESTERLY RIGHT OF WAY OF INDUSTRIAL ROAD (40.00 FEET FROM CENTERLINE) AND THE BEGINNING OF A NON TANGENT CURVE CONCAVE EASTERLY, THROUGH WHICH A RADIAL LINE BEARS SOUTH 79° 27' 46" WEST;
THENCE SOUTHERLY ALONG SAID CURVE, HAVING A RADIUS OF 1890.00 FEET THROUGH A CENTRAL ANGLE OF 09° 56' 32", 327.96 FEET;
THENCE SOUTH 77° 30' 21" WEST, 388.14 FEET TO THE POINT OF BEGINNING.

SAID LAND IS ALSO DESCRIBED AS LOT THREE (3) ON THAT CERTAIN RECORD OF SURVEY ON FILE IN FILE 121 OF SURVEYS, PAGE 22, RECORDED MARCH 7, 2002 IN BOOK 20020307 AS INSTRUMENT NO. 02128, AND ON THAT CERTAIN RECORD OF SURVEY ON FILE IN FILE 155 OF SURVEYS, PAGE 50, RECORDED MARCH 29, 2006 IN BOOK 20060329 AS INSTRUMENT NO. 02433, IN THE OFFICE OF THE COUNTY RECORDED OF CLARK COUNTY, NEVADA.

EXCEPTING THEREFROM THAT PORTION OF SAID LAND CONVEYED TO CLARK COUNTY IN THAT CERTAIN DEED RECORDED JUNE 28, 2005 IN BOOK 20050628 AS INSTRUMENT NO. 04631, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

NOTE: THE ABOVE METES AND BOUNDS DESCRIPTION APPEARED PREVIOUSLY IN THAT CERTAIN DOCUMENT RECORDED JUNE 04, 2013 IN BOOK 20130604, AS INSTRUMENT NO. 01536, OF OFFICIAL RECORDS CLARK COUNTY, NEVADA.

PARCEL 2:
NON-EXCLUSIVE EASEMENTS AS CREATED IN THAT CERTAIN DECLARATION OF RECIPROCAL EASEMENTS RECORDED NOVEMBER 19, 2001 IN BOOK 20011119 AS DOCUMENT NO. 02619.

PARCEL 3:

NON-EXCLUSIVE EASEMENT FOR DRIVEWAY, INGRESS, EGRESS AND PARKING OVER, UNDER AND ACROSS ALL PORTIONS OF THE LAS VEGAS TIMESHARE PROPERTY WHICH ARE NOT OCCUPIED OR APPROVED TO THE OCCUPIED WITH BUILDING, AS SET FORTH IN THAT CERTAIN "RECIPROCAL EASEMENT AGREEMENT", RECORDED MAY 27, 2005 IN BOOK 20050527 AS INSTRUMENT NO. 01624, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

5

Name of Project:       Residence Inn Montgomeryville
Address of Project:    1110 Bethlehem Pike, North Wales, PA
Security Instrument:   Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Instrument Number 2017087750, in Mortgage Book 14442, Page 02439 in the Recorder's Office of the Recorder of Deeds of Montgomery County, Pennsylvania (the "Montgomery Recorder's Office"); as assigned by Assignment of Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 2018043383, in Mortgage Book 14544, Page 00672 in the Montgomery Recorder's Office; as further assigned by Assignment of Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 2018043384, in Mortgage Book 14544, Page 00678 in the Montgomery Recorder's Office
Borrower(s):           W2005/Fargo Hotels (Pool D) Realty, L.P. and CNI THL OPS, LLC

Legal Description of Land:

ALL THAT CERTAIN tract of land situate in the Township of Montgomery, County of Montgomery, Commonwealth of Pennsylvania, bounded and described as follows:

COMMENCING at the Northeast corner of lands of Ruth M. Snavely, said point also being on Southeasterly line of lands of 309 Development Company; thence with lands of said 309 Development Company North 41° 21' 00" East, a distance of 146.51 feet to a point; thence along the same North 55° 31' 00" East, a distance of 22.74 feet to the Point of Beginning; thence still continuing along the same North 55° 31' 00" East, a distance of 366.49 feet to a point; thence South 34° 29' 00" East, a distance of 161.05 feet to a point; thence South 55° 30' 50" West, a distance of 366.49 feet to a point; thence North 34° 29' 00" West, a distance of 161.06 feet to the Point of Beginning.

CONTAINING 59,024 Sq. Ft., more or less.

TOGETHER WITH appurtenant rights as granted in Lease from G. K. Evans Enterprises, L.P., lessor, to R.I. Heritage Inn of Montgomeryville, L.L.C., lessee, by a lease dated 10/26/1998, as amended by First Amendment to Lease Agreement dated 01/29/1999, as further amended by Second Amendment to Lease Agreement dated 09/30/2002, all as evidenced by that certain Memorandum of Lease dated 11/06/2002, made effective 11/07/2002, and recorded 11/15/2002 in Deed Book 5434 Page 1880.

BEING PART OF PARCEL NO. 46-00-00262-00-7

BEING PART OF the same premises which G K. Evans Enterprises, LP, a Pennsylvania limited partnership, by Deed dated 05/19/2004 and recorded 06/09/2004 in Montgomery County at Deed Book 5511 Page 525, granted and conveyed unto G K Evans Enterprises, LP, a Pennsylvania limited partnership, in fee.

ALSO BEING PART OF the same premises which G K Evans Enterprises, LP, a Pennsylvania limited partnership, lessor, leased to R.I. Heritage Inn of Montgomeryville, L.L.C., a North Dakota limited liability company, lessee, by a lease dated 10/26/1998, as amended by First Amendment to Lease Agreement dated 01/29/1999, as further amended by Second Amendment to Lease Agreement dated 09/30/2002, all as evidenced by that certain Memorandum of Lease dated 11/06/2002, made effective 11/07/2002, and recorded 11/15/2002 in Deed Book 5434 Page 1880.

ALSO BEING the same premises which R.I. Heritage Inn of Montgomeryville, L.L.C., a North Dakota limited liability company, pursuant to that certain unrecorded Ground Lease Estoppel, Amendment and Consent to Assignment, dated 09/28/2006, by Assignment of Lease and Memorandum of Amendment dated 06/16/2006, made effective 09/28/2006, and recorded 11/15/2006 in Deed Book 5624 Page 970, assigned its interest, as lessee, to W2005/Fargo Hotels (Pool D) Realty, L.P., a Delaware limited partnership.

73744464.1

Name of Project:     Courtyard Palmdale

Address of Project:    530 West Rancho Vista Blvd., Palmdale, CA

Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 15, 2017, as Instrument Number 20171308973 in the Recorder's Office of the Recorder of Los Angeles County, California (the "Los Angeles Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 21, 2018, as Instrument Number 15465313 in the Los Angeles Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 21, 2018, as Instrument Number 15465327 in the Los Angeles Recorder's Office

Borrower(s):        W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

8

PARCEL 1:

PARCEL C AS SHOWN ON LOT LINE ADJUSTMENT OR PARCEL MERGER NO. 503, AS EVIDENCED BY DOCUMENT RECORDED JULY 06, 1999 AS INSTRUMENT NO. 99-1231149 OF OFFICIAL RECORDS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT PORTION OF PARCELS 2, 5, AND 6 OF PARCEL MAP 24590, RECORDED IN BOOK 275 PAGES 40 AND 41 OF PARCEL MAPS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, IN THE CITY OF PALMDALE, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHWESTERLY CORNER OF SAID PARCEL 2 SAID CORNER HAVING A 2" IP TAGGED LS 3462 PER SAID PARCEL MAP; THENCE ALONG THE SOUTHERLY LINE OF SAID PARCEL MAP SOUTH 89° 47' 02" EAST 248.58 FEET; THENCE NORTH 00° 12' 58" EAST 65.01 FEET; THENCE NORTH 89° 47' 02" WEST 18.96 FEET; THENCE NORTH 00° 22' 14" EAST 293.56 FEET TO A NON-TANGENT CURVE, SAID CURVE BEING CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 313.00 FEET AND HAVING A RADIAL BEARING OF NORTH 66° 56' 57" EAST, SAID CURVE ALSO BEING THE EASTERLY LINE OF SAID PARCEL 2; THENCE NORTHERLY ALONG SAID CURVE THROUGH A DELTA ANGLE OF 3° 01' 42" AN ARC DISTANCE OF 16.54 FEET; THENCE SOUTH 59° 23' 50" WEST 52.43 FEET TO A TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 30.00 FEET; THENCE WESTERLY ALONG SAID CURVE THROUGH A DELTA ANGLE OF 30° 36' 10" A DISTANCE OF 16.02 FEET; THENCE WEST 150.21 FEET TO A TANGENT CURVE CONCAVE EASTERLY HAVING A RADIUS OF 8.00 FEET; THENCE SOUTHWESTERLY ALONG SAID CURVE THROUGH A DELTA ANGLE OF 132° 35' 58" AN ARC DISTANCE OF 18.51 FEET; THENCE SOUTH 42° 35' 58" EAST 23.75 FEET; THENCE SOUTH 46° 03' 46" WEST 42.83 FEET; THENCE SOUTH 47° 24' 02" WEST 184.60 FEET TO THE SOUTHWESTERLY LINE OF SAID PARCEL 2; THENCE ALONG SAID SOUTHWESTERLY LINE SOUTH 42° 18' 32" EAST 211.36 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

THOSE EASEMENTS CONTAINED WITHIN THAT CERTAIN DECLARATION OF RESTRICTIONS AND GRANT OF EASEMENTS RECORDED JANUARY 03, 1997 AS INSTRUMENT NO. 97-8847 AND AMENDED BY FIRST AMENDMENT TO


DECLARATION OF RESTRICTIONS RECORDED JANUARY 07, 1998 AS INSTRUMENT NO. 98-22567 OF OFFICIAL RECORDS.

73744464.1

Name of Project:      Courtyard Morgan Hill

Address of Project:    18610 Madrone Parkway, Morgan Hill, CA

Security Instrument:  Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 23799732 in the Recorder's Office of the Clerk-Recorder of Santa Clara County, California (the "Santa Clara Recorder's Office"); as assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 27, 2018, as Document Number 23964817 in the Santa Clara Recorder's Office; as further assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 27, 2018, as Document Number 23964818 in the Santa Clara Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL "R", AS SHOWN ON THAT CERTAIN MAP ENTITLED, "PARCEL MAP BEING ALL THAT CERTAIN PARCEL DESIGNATED AS "NEW THARALDSON PROPERTY" AS DESCRIBED IN THE CERTIFICATE OF COMPLIANCE LOT LINE ADJUSTMENT RECORDED MAY 10, 2000 AT DOCUMENT NUMBER 15241676 AND LYING ENTIRELY WITHIN THE CITY OF MORGAN HILL, COUNTY OF SANTA CLARA, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA ON OCTOBER 13, 2000 IN BOOK 733 OF MAPS AT PAGES 9 AND 10, SAID PARCEL ALSO BEING A PORTION OF "LANDS OF THARALDSON FAMILY, INC." AS SHOWN ON THAT CERTAIN PARCEL MAP RECORDED OCTOBER 13, 2000 IN BOOK 733 OF MAPS AT PAGES 11 AND 12, SANTA CLARA COUNTY RECORDS, SAID PARCEL R BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST WESTERLY CORNER OF THE AFOREMENTIONED PARCEL R, SAID POINT ALSO BEING THE COMMON CORNER OF SAID PARCEL R AND PARCEL O, AS SAID PARCEL O IS SHOWN ON THAT AFOREMENTIONED PARCEL MAP RECORDED OCTOBER 13, 2000 IN BOOK 733 OF MAPS AT PAGES 11 AND 12, SANTA CLARA COUNTY RECORDS, SAID POINT ALSO BEING LOCATED ON THE EASTERLY RIGHT-OF-WAY LINE OF MADRONE PARKWAY, A 68 FOOT WIDE PUBLIC ROAD; THENCE LEAVING SAID RIGHT-OF-WAY LINE ALONG THE COMMON BOUNDARY OF SAID PARCEL R AND PARCEL O, NORTH 51° 45' 26" EAST, 322.32 FEET TO THE NORTHERLY COMMON CORNER OF PARCEL R AND PARCEL S, AS SAID PARCEL S IS SHOWN ON THE AFOREMENTIONED PARCEL MAP RECORDED OCTOBER 13, 2000 IN BOOK 733 OF MAPS AT PAGES 9 AND 10, SANTA CLARA COUNTY RECORDS; THENCE LEAVING SAID COMMON BOUNDARY OF PARCEL R AND PARCEL O ALONG THE COMMON BOUNDARY OF PARCEL R AND PARCEL S, SOUTH 38° 14' 34" EAST, 324.56 FEET TO THE SOUTHERLY COMMON CORNER OF SAID PARCEL R AND PARCEL S, SAID POINT ALSO BEING THE NORTHERLY COMMON CORNER OF PARCELS U AND V, AS SAID PARCELS U AND V ARE SHOWN ON THE AFOREMENTIONED PARCEL MAP RECORDED IN BOOK 733 OF MAPS AT PAGES 9 AND 10, SANTA CLARA COUNTY RECORDS; THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID PARCEL R AND NORTHERLY BOUNDARY OF SAID PARCEL U AND PARCEL T, AS SAID PARCEL T IS SHOWN ON THE AFOREMENTIONED PARCEL MAP RECORDED IN BOOK 733 OF MAPS AT PAGES 9 AND 10, SANTA CLARA COUNTY RECORDS, SOUTH 51° 45' 26" WEST 318.32 FEET TO THE WESTERLY COMMON CORNER OF SAID PARCELS R AND T, SAID POINT ALSO BEING LOCATED ON THE EASTERLY RIGHT-OF-WAY LINE OF THE AFOREMENTIONED MADRONE PARKWAY; THENCE ALONG THE WESTERLY BOUNDARY OF SAID PARCEL R AND THE EASTERLY RIGHT-OF-WAY LINE, NORTH 38° 14' 34" WEST, 87.81 FEET TO AN ANGLE POINT; THENCE CONTINUING ALONG

SAID WESTERLY BOUNDARY AND EASTERLY RIGHT-OF-WAY LINE, NORTH 39° 46' 13" WEST 150.05 FEET TO AN ANGLE POINT; THENCE CONTINUING ALONG SAID WESTERLY BOUNDARY AND EASTERLY RIGHT-OF-WAY LINE, NORTH 38° 14' 34" WEST, 86.74 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

NON-EXCLUSIVE EASEMENTS APPURTENANT TO, AND FOR THE BENEFIT OF PARCEL ONE ABOVE, AS CREATED IN, UNDER, BY OR SET FORTH AND DEFINED IN ARTICLE 8 OF THAT CERTAIN DOCUMENT ENTITLED, "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS", DATED NOVEMBER 17, 2000, EXECUTED BY THARALDSON FAMILY, INC., A NORTH DAKOTA CORPORATION, RECORDED NOVEMBER 22, 2000 AS INSTRUMENT NO. 15468905, OFFICIAL RECORDS, AS AMENDED BY THAT CERTAIN DOCUMENT ENTITLED, "FIRST AMENDMENT TO DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS", DATED MAY 16, 2003, RECORDED JUNE 09,2003 AS INSTRUMENT NO. 17098239, OFFICIAL RECORDS.

73744464.1

| | |
|---|---|
| Name of Project: | Fairfield Inn Scranton and Residence Inn Scranton |
| Address of Project: | 947 Viewmont Drive, Scranton, PA and 949 Viewmont Drive, Dickson City, PA |
| Security Instrument: | Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Instrument Number 201718721 in the Recorder's Office of the Recorder of Deeds of Lackawanna County, Pennsylvania (the "Lackawanna Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 3, 2018, as Instrument Number 201810202 in the Lackawanna Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 3, 2018, as Instrument Number 201810203 in the Lackawanna Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

13

ALL THAT CERTAIN lot, piece or parcel of land situate, lying and being in the City of Scranton, County of Lackawanna, and Commonwealth of Pennsylvania, as disclosed on ALTA/ACSM Land Title Survey made by Bock & Clark's Inc. National Surveying Network as Job No. 4200501158, dated 11/05/2005, and last revised 03/21/2006 bounded and described as follows:

BEGINNING at an iron pin (set) on the division line between Lot "F-1" and Lot "F-2", said iron pin (set) also being on the division line between the lands now or formerly of Crown Investments Trust (original Lot "F") and Wal-Mart Stores, Inc. (Lot "E"); Thence along the division line between Lot "F-2" and Lot "E" and also along the lands, now or formerly of Wal-Mart Stores, Inc., South twenty-six degrees thirty-five minutes fifty-nine seconds West (S26°-35'-59"W); four hundred fourteen and seventy-two hundredths (414.72) feet, to an iron pin (found) thence, along the lands, now or formerly of Crown Investment Trust, the following three (3) courses and distances:

1. North fifty-two degrees forty-five minutes nine seconds West (N52°-45'-09"W), three hundred fifty and forty-three hundredths (350.43) feet, to an iron pin (found); Thence,

2. North thirteen degrees ten minutes one seconds West (N13°-10'-01"W), one hundred ninety-nine and thirty-six hundredths (199.36) feet, to an iron pin (reset); Thence,

3. North thirty-two degrees fifty-three minutes four seconds East (N32°-53'-04"E), one hundred eightynine
and seventy-two hundredths (189.72) feet, to an iron pin (set) on the division line between Lot "F-1" and Lot "F-2"; Thence,

Through the lands, now or formerly of Crown Investments Trust, and along said division line between Lot "F-1" and "F-2", South sixty-four degrees twenty-six minutes seven seconds East (S64°-26'-07"E), four hundred fifty-one and twenty-two hundredths (451.22) feet, to the point of BEGINNING.

CONTAINING 3.73 Acres of Land, more or less.

BEING PIN NO. 12401-040-003.03

BEING the same premises which Tharaldson Asset Management, Inc., a North Dakota corporation, by Special Warranty Deed dated 05/21/2013 and recorded 06/13/2013 in Lackawanna County at Instrument No. 201312134, granted and conveyed unto W2005/Fargo Hotels (Pool C) Realty, L.P., a Delaware limited partnership, in fee.

Name of Project:     Courtyard Salinas

Address of Project:   17225 El Rancho Way, Salinas, CA

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 2017062945 in the Recorder's Office of the County Recorder of Monterey County, California (the "Monterey Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 10, 2018, as Document Number 2018030328 in the Monterey Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 10, 2018, as Document Number 2018030329 in the Monterey Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL I:

PARCEL A AS SAID PARCEL IS SHOWN ON THAT CERTAIN RECORD OF SURVEY ENTITLED, RECORD OF SURVEY FOR LOT LINE ADJUSTMENT PURPOSES, MARRIOTT HOTEL, SALINAS, CALIFORNIA, SAID MAP BEING RECORDED IN VOLUME 25 OF SURVEYS AT PAGE 57 ON MAY 01, 2002 IN THE OFFICE OF THE MONTEREY COUNTY RECORDER, MONTEREY, CALIFORNIA.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF MONTEREY, BY GRANT DEED RECORDED APRIL 18, 2003 IN RECORDER'S SERIES NUMBER 2003044666 OF OFFICIAL RECORDS OF MONTEREY COUNTY.

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR DRIVEWAY, INGRESS, EGRESS, STORM DRAINAGE, SANITARY SEWER AND PUBLIC AND PRIVATE UTILITY AS SET FORTH IN THAT CERTAIN RECIPROCAL EASEMENT AGREEMENT, RECORDED JULY 09, 2003 AS 2003079851, OF OFFICIAL RECORDS.

73744464.1

Name of Project:     Fairfield Inn Erie and Homewood Suites Erie

Address of Project:    2082 and 2084 Interchange Road, Erie, PA

Security Instrument:   Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Instrument Number 2017087737, in Mortgage Book 14442, Page 02357 in the Recorder's Office of the Recorder of Deeds of Montgomery County, Pennsylvania (the "Montgomery Recorder's Office"); as assigned by Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 201843355 in the Montgomery Recorder's Office; as further assigned by Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 201843356 in the Montgomery Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

16

ALL THAT CERTAIN Tract or piece of land, situate in the Township of Montgomery, County of Montgomery, Commonwealth of Pennsylvania, as described on an ALTA/ACSM Land Title Survey made by Bock & Clark's Inc. National Surveying Network as Job No. 201100435-73, dated 4/11/2011, and last revised 4/22/2011, bounded and described as follows:

BEGINNING at a point, said point being a point along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Thomas J. and Dolores Lusa Gorman, along the Southeasterly ultimate right-of-way of Dekalb Pike (S.R. 202) (50 feet from centerline), located from the intersection of the centerline of Dekalb Pike with the centerline of Knapp Road (60 feet wide) the following three (3) courses and distances: (1) Along or near the centerline of Dekalb Pike (S.R. 202), North 43 degrees, 50 minutes, 37 seconds East, a distance of 1,091.26 feet to a point, (2) Continuing along or near the centerline of Dekalb Pike (S R 202), North 43 degrees, 56 minutes, 04 seconds East, a distance of 644.31 feet to a point, (3) Leaving the bed of Dekalb Pike (S.R. 202), along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Thomas J. and Dolores Lusa Gorman, South 46 degrees, 03 minutes, 56 seconds East, a distance of 50.35 feet to the point of beginning, Thence, from said point of beginning, along the Southeasterly ultimate right-of-way of Dekalb Pike (S.R. 202) (50 feet from centerline), North 43 degrees, 53 minutes, 39 seconds East, a distance of 625.00 feet to a point, Thence, along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly U.S. Restaurant Properties Inc., the following two (2) courses and distances: (1) South 46 degrees, 03 minutes, 56 seconds East, a distance of 200.09 feet to a point, (2) South 45 degrees, 54 minutes, 43 seconds East, a distance of 246.20 feet to a point, Thence, along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Montgomery Square Partnership (Block 11C Unit 18), being the Northwesterly right-of-way of the Proposed Route 202 Bypass Corridor (Variable Width), the following three (3) courses and distances (1) South 79 degrees, 55 minutes, 23 seconds West, a distance of 136.89 feet to a point, (2) Along the arc of a circle curving to the left having a radius of 345.47 feet, an arc distance of 405.40 feet, a chord bearing of South 46 degrees 18 minutes 20 seconds West, a chord distance of 382.54 feet, to a point, (3) South 12 degrees, 41 minutes, 19 seconds West, a distance of 153.66 feet to a point, Thence, along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Montgomery Square Partnership (Block 11C Unit 14) and Thomas J. and Dolores Lusa Gorman, North 46 degrees, 03 minutes, 56 seconds West, a distance of 429.29 feet to a point, said point being the first mentioned point and place of beginning.

CONTAINING 5.0063 acres, more or less.

BEING PARCEL NO. 46-00-00316-20-5

BEING the same premises which Tharaldson Asset Management, Inc., a North Dakota corporation, by Special Warranty Deed dated 05/21/2013 effective 05/24/2013 and recorded 06/12/2013 in Montgomery County at Deed Book 5876 Page 1478, granted and conveyed unto W2005/Fargo Hotels (Pool A) Realty, L.P., a Delaware limited partnership, in fee.

73744464.1

Name of Project:      Fairfield Inn Philadelphia
Address of Project:   8800 Bartram Avenue, Philadelphia, PA
Security Instrument:  Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 17, 2017, as Document Number 53293342 in the Recorder's Office of the Recorder of Deeds of Philadelphia County, Pennsylvania (the "Philadelphia Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of February 5, 2018 and recorded July 6, 2018, as Document Number 53386694 in the Philadelphia Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded July 6, 2018, as Document Number 53386695 in the Philadelphia Recorder's Office
Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

ALL THAT CERTAIN tract of land situated in the Fortieth Ward of the City of Philadelphia, Commonwealth of Pennsylvania, described according to an ALTA/ACSM Land Title Survey made by Bock & Clark's Inc. National Surveying Network as Job No. 4200501156, dated 11/10/2005, and last revised 01/17/2006, and being more particularly bounded and described as follows:

BEGINNING at a point in the Southeasterly line of Bartram Avenue (112 feet wide at this point), said point being the Southwesterly end of a 20 feet radius of connecting to the Southwesterly line of 88th Street (87 feet wide) as shown on aforesaid plan; thence (1) curving to the right along said 20 feet radius an arc length of 31.42 feet to a point in said Southwesterly line of 88th Street; thence (2) along said line of 88th Street, South 53 degrees 19 minutes 42 seconds East, a distance of 384.97 feet to a point in the centerline of Tinicum Boulevard; thence (3) along centerline of Tinicum Boulevard South 36 degrees 40 minutes 18 seconds West, a distance of 237.26 feet to a point; thence (4) along the line of Parcel D-1, North 53 degrees 19 minutes 42 seconds West, a distance of 404.97 feet to a point in said line of Bartram Avenue; thence (5) along said line of Bartram Avenue North 36 degrees 40 minutes 18 seconds East, a distance of 217.26 feet to a point and place of beginning.

CONTAINING 2.20 acres or 95,996 square feet, more or less (all distances and areas are measured in Philadelphia District Standard).

BEING 8800 Bartram Avenue, Philadelphia, Pennsylvania 19153

BEING OPA NO. 88-3745000

BEING the same premises which Pennsylvania Number V. Limited Partnership, a North Dakota limited partnership, by Deed dated 03/30/2006 and recorded 04/28/2006 in Philadelphia County at Document No. 51429655, granted and conveyed unto W2005/Fargo Hotels (Pool C) Realty, L.P., a Delaware limited partnership, in fee.

73744464.1

Name of Project:       Homewood Suites Chandler
Address of Project:    7373 West Detroit Street, Chandler, AZ
Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 20170837864 in the Recorder's Office of the County Recorder of Maricopa County, Arizona (the "Maricopa Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 20180406719; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 20180406720 in the Maricopa Recorder's Office
Borrower(s):           W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

19

PARCEL NO. 1:

LOT 3, OF CTC 256, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 394 OF MAPS, PAGE 13, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A FOUND PK NAIL AT THE SOUTHEAST CORNER OF LOT 3, OF CTC 256, RECORDED IN BOOK 394 OF MAPS, PAGE 13, SAID POINT ALSO BEING ON THE CENTERLINE OF A 26' WIDE PRIVATE ACCESS EASEMENT AS DESCRIBED IN INSTRUMENT NO. 88-610626;

THENCE NORTH 89 DEGREES 36 MINUTES 07 SECONDS WEST, A DISTANCE OF 310.30 FEET, ALONG THE CENTERLINE OF SAID 26' WIDE PRIVATE ACCESS EASEMENT TO A FOUND PK NAIL;

THENCE NORTH 00 DEGREES 01 MINUTES 01 SECONDS WEST, A DISTANCE OF 350.01 FEET TO A POINT ON THE SOUTHERLY RIGHT-OF-WAY LINE OF DETROIT STREET;

THENCE ALONG SAID SOUTHERLY RIGHT-OF-WAY SOUTH 89 DEGREES 36 MINUTES 07 SECONDS EAST, A DISTANCE OF 312.83 FEET;

THENCE LEAVING SAID SOUTHERLY RIGHT-OF-WAY LINE, SOUTH 00 DEGREES 23 MINUTES 53 SECONDS WEST, A DISTANCE OF 350.00 FEET TO THE POINT OF BEGINNING

PARCEL NO. 2:

EASEMENTS FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS AS SET FORTH IN RECIPROCAL EASEMENT AGREEMENT RECORDED AS 88-610626 OF OFFICIAL RECORDS AND RECORDED AS 94-890825 OF OFFICIAL RECORDS.

PARCEL NO. 3:

EASEMENTS FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS AS SET FORTH IN AMENDED AND RESTATED DECLARATION OF PROTECTIVE COVENANTS AND RESTRICTIONS OF CHANDLER FREEWAY BUSINESS PARK, RECORDED AS 84-275292 OF OFFICIAL RECORDS, AS AMENDED BY ADDITIONAL DECLARATION OF PROTECTIVE COVENANTS, RECORDED AS 87-341642 OF OFFICIAL RECORDS; ASSIGNED BY ASSIGNMENT OF RIGHTS, POWERS AND RESERVATIONS OF DECLARANT, RECORDED AS 94-0282949 OF OFFICIAL RECORDS AND EXTENSION OF ADDITIONAL DECLARATION OF PROTECTIVE COVENANTS RECORDED AS 2017-0148504 OF OFFICIAL RECORDS.

Name of Project:           Courtyard Potomac Mills
Address of Project:        14300 Crossing Place, Woodbridge, VA
Security Instrument:     Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 17, 2017, as Document Number 201711170086995 in the Recorder's Office of the Circuit Court Clerk of Prince William County, Virginia (the "Prince William Recorder's Office"); as assigned by Assignment of Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on September 26, 2018, as Document Number 201809260070499 in the Prince William Recorder's Office; as further assigned by Assignment of Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on September 26, 2018, as Document Number 201809260070500 in the Prince William Recorder's Office
Borrower(s):               W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

All of those lots or parcels of land located in Prince William County, Virginia, and more particularly described as follows:

Lot 1 containing 2.9498 Acres, more or less as shown on a plat entitled "Plat Showing Subdivision and Dedication of Various Easements, Parcel 53A1B, The Property of AutoNation USA Corporation, Occoquan Magisterial District, Prince William County, Virginia" attached to Deed of Subdivision and Easement, recorded as Instrument Number 200208080102377 among the land records of Prince William County, Virginia.

73744464.1

Name of Project:     Residence Inn Roseville

Address of Project:    1930 Taylor Road, Roseville, CA

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 2017-0089600-00 in the Recorder's Office of the County Recorder of Placer County, California (the "Placer Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 12, 2018, as Document Number 2018-0041615-00 in the Placer Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 12, 2018, as Document Number 2018-0041616-00 in the Placer Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL 4 AS SHOWN ON THE CERTAIN PARCEL MAP FILED FOR RECORD DECEMBER 28, 1998 IN BOOK 29 OF PARCEL MAPS, PAGE 106, PLACER COUNTY RECORDS.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR ACCESS AND PARKING AND OTHER RIGHTS AS SET FORTH IN THAT CERTAIN EASEMENT AGREEMENT RECORDED NOVEMBER 07, 1997, INSTRUMENT NO. 97-0069986, FOR UTILITY FACILITIES, DRAINAGE FACILITIES AND LANDSCAPING AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF OLYMPUS BUSINESS CENTER RECORDED DECEMBER 31, 1987, INSTRUMENT NO. 72698, IN BOOK 3329, PAGE 580, OFFICIAL RECORDS, AS AMENDED, AND FOR INGRESS AND EGRESS AND FOR THE PASSAGE OF MOTOR VEHICLES AND RECIPROCAL PARKING AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ESTABLISHMENT OF EASEMENTS, RECORDED SEPTEMBER 29, 2000, INSTRUMENT NO. 2000-0072375, OFFICIAL RECORDS.

73744464.1

Name of Project:      Courtyard Las Vegas

Address of Project:    5845 Dean Martin Drive, Las Vegas, NV

Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 20171113-0002300 in the Recorder's Office of the Recorder of Clark County, Nevada (the "Clark Recorder's Office"); as assigned by the Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded June 28, 2018, as Instrument Number 20180628-0000735 in the Clark Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded June 28, 2018, as Instrument Number 20180628-000736 in the Clark Recorder's Office

Borrower(s):        W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops LLC

Legal Description of Land:

PARCEL 1:

A PORTION OF THE LOT ONE (1) OF THE FINAL MAP OF GATEWAY SOUTH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 90 OF PLATS, PAGE 66, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, LYING WITHIN THE NORTHEAST QUARTER (NE ¼) OF THE NORTHWEST QUARTER (NW ¼) OF SECTION 32, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID ALIQUOT PART;
THENCE NORTH 88°23'00" WEST, ALONG THE CENTERLINE OF OQUENDO ROAD AND THE SOUTH LINE OF SAID ALIQUOT PART, 737.80 FEET TO THE CENTERLINE INTERSECTION OF OQUENDO ROAD AND CENTURY PARK DRIVE, AS SHOWN IN RECORD OF SURVEY FILE 109, PAGE 72;

THENCE ALONG THE CENTERLINE OF CENTURY PARK DRIVE, NORTH 01°37'00" EAST, 104.82 FEET TO A CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 435.00 FEET AND A CENTRAL ANGLE OF 04°17'44";
THENCE NORTHERLY ALONG SAID CURVE, 32.61 FEET;
THENCE NORTH 02°40'44" WEST 73.42 FEET TO A CURVE CONCAVE EASTERLY, HAVING A RADIUS OF 435.00 FEET AND A CENTRAL ANGLE OF 02°46'40";
THENCE NORTHERLY ALONG SAID CURVE, 21.09 FEET;
THENCE NORTH 00°05'56" EAST, 38.64 FEET;
THENCE DEPARTING SAID CENTERLINE, SOUTH 89°54'04" EAST, 30.00 FEET TO THE EASTERLY RIGHT OF WAY OF SAID CENTURY PARK DRIVE AND THE POINT OF BEGINNING;
THENCE ALONG SAID RIGHT OF WAY THE FOLLOWING TWO (2) COURSES: NORTH 00°05'56" EAST, 205.77 FEET TO A CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 1030.00 FEET AND A CENTRAL ANGLE OF 04°34'19";
THENCE NORTHERLY ALONG SAID CURVE, 82.19 FEET;
THENCE DEPARTING SAID RIGHT OF WAY, NORTH 77°30'21" EAST, 388.14 FEET TO THE WESTERLY RIGHT OF WAY OF INDUSTRIAL ROAD (40.00 FEET FROM CENTERLINE) AND THE BEGINNING OF A NON-TANGENT CURVE CONCAVE EASTERLY, THROUGH WHICH A RADIAL LINE BEARS SOUTH 69°31'14" WEST, WITH A RADIUS OF 1890.00 FEET AND A CENTRAL ANGLE OF 02°39'01";
THENCE SOUTHERLY ALONG SAID CURVE, 87.42 FEET;
THENCE SOUTH 23°07'47" EAST, 198.81 FEET;
THENCE DEPARTING SAID RIGHT OF WAY, SOUTH 77°30'21" WEST, 498.54 FEET TO THE POINT OF BEGINNING.

73744464.1

SAID LAND IS ALSO DESCRIBED AS LOT 2 ON THAT CERTAIN RECORD OF SURVEY FILED IN FILE 121 OF SURVEYS, PAGE 22, RECORDED MARCH 7, 2002 IN BOOK 20020307 AS INSTRUMENT NO. 02128, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

NOTE: THE ABOVE METES AND BOUNDS DESCRIPTION APPEARED PREVIOUSLY IN THAT CERTAIN DOCUMENT RECORDED JUNE 04, 2013 IN BOOK 20130604 AS INSTRUMENT NO. 01527, OF OFFICIAL RECORDS CLARK COUNTY, NEVADA.

PARCEL 2:

NON EXCLUSIVE EASEMENT AS CREATED AND SET FORTH IN THAT CERTAIN "DECLARATION OF RECIPROCAL EASEMENTS AND OF COVENANTS, CONDITIONS AND RESTRICTIONS", RECORDED NOVEMBER 19, 2001 IN BOOK 20011119 AS INSTRUMENT NO. 02619, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

PARCEL 3:

NON EXCLUSIVE EASEMENTS FOR DRIVEWAY, INGRESS, EGRESS AND PARKING OVER, UNDER AND ACROSS ALL PORTIONS OF THE LAS VEGAS TIMESHARE PROPERTY WHICH ARE NOT OCCUPIED OR APPROVED TO BE OCCUPIED WITH BUILDINGS, AS SET FORTH IN THAT CERTAIN "RECIPROCAL EASEMENT AGREEMENT", RECORDED MAY 27, 2005 IN BOOK 20050527 AS INSTRUMENT NO. 01624, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

73744464.1

Name of Project:       Hampton Inn Jackson
Address of Project:    2225 Shirley Drive, Jackson, MI
Security Instrument:  Mortgage dated as of November 6, 2017 and recorded on November 29, 2017, as Instrument Number 2783315 in the Recorder's Office of the Register of Deeds of Jackson County, Michigan (the "Jackson Recorder's Office"); as assigned by Assignment of Mortgage from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 11, 2018, in Liber 2120, Page 1188 in the Jackson Recorder's Office; as further assigned by Assignment of Mortgage from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 11, 2018, in Liber 2120, Page 1189 in the Jackson Recorder's Office

Borrower(s):        W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Part of the Northeast 1/4 of Section 28, Town 2 South, Range 1 West, Blackman Township, Jackson County, Michigan, being described as: Commencing at the Northeast corner of said Section 28; thence North 89 degrees 22 minutes 30 seconds West (South 89 degrees 47 minutes 33 seconds West-record) along the North line of said Section 28 a distance of 1018.41 feet to a point that is South 89 degrees 22 minutes 30 seconds East 307.00 feet from the West line of the East 1/2 of the Northeast 1/4 of said Section 28 and being the point of beginning; thence South 00 degrees 47 minutes 35 seconds West 549.38 feet; thence North 89 degrees 22 minutes 30 seconds West parallel with the North line of said Section 28, a distance of 395.34 feet to the Easterly right of way line of Shirley Drive; thence North 27 degrees 53 minutes 58 seconds West (North 28 degrees 36 minutes 14 seconds West-record) along the Easterly right of way line of Shirley Drive, a distance of 75.12 feet; thence South 89 degrees 22 minutes 30 second East parallel with the North line of said Section 28, a distance of 254.41 feet to a point that is South 89 degrees 22 minutes 30 seconds East 130.00 feet from the West line of the East 1/2 of the Northeast 1/4 of said Section 28; thence North 00 degrees 47 minutes 35 seconds East 483.39 feet to the North line of said Section 28, thence South 89 degrees 22 minutes 30 seconds East along the North line of said Section 28, a distance of 177.00 feet to the point of beginning.

Together with non-exclusive rights, and easements as created, limited and defined in the Easement Agreement recorded June 14, 2001 in Liber 1660, Page 639, Jackson County Records.

2225 Shirley Drive, Jackson, Michigan 49202

Tax Parcel No.: 000-08-28-226-002-06

Name of Project:        Courtyard Montgomeryville

Address of Project:     544 Dekalb Pike, North Wales, PA

Security Instrument:    Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Instrument Number 2017087737, in Mortgage Book 14442, Page 02357 in the Recorder's Office of the Recorder of Deeds of Montgomery County, Pennsylvania (the "Montgomery Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 201843355, in Mortgage Book 14544, Page 00498 in the Montgomery Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 208 and recorded on July 2, 2018, as Instrument Number 201843356, in Mortgage Book 14544, Page 00504 in the Montgomery Recorder's Office

Borrower(s):         W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

ALL THAT CERTAIN Tract or piece of land, situate in the Township of Montgomery, County of Montgomery, Commonwealth of Pennsylvania, as described on an ALTA/ACSM Land Title Survey made by Bock & Clark's Inc. National Surveying Network as Job No. 201100435-73, dated 4/11/2011, and last revised 4/22/2011, bounded and described as follows:

BEGINNING at a point, said point being a point along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Thomas J. and Dolores Lusa Gorman, along the Southeasterly ultimate right-of-way of Dekalb Pike (S.R. 202) (50 feet from centerline), located from the intersection of the centerline of Dekalb Pike with the centerline of Knapp Road (60 feet wide) the following three (3) courses and distances: (1) Along or near the centerline of Dekalb Pike (S.R. 202), North 43 degrees, 50 minutes, 37 seconds East, a distance of 1,091.26 feet to a point, (2) Continuing along or near the centerline of Dekalb Pike (S R 202), North 43 degrees, 56 minutes, 04 seconds East, a distance of 644.31 feet to a point, (3) Leaving the bed of Dekalb Pike (S.R. 202), along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Thomas J. and Dolores Lusa Gorman, South 46 degrees, 03 minutes, 56 seconds East, a distance of 50.35 feet to the point of beginning, Thence, from said point of beginning, along the Southeasterly ultimate right-of-way of Dekalb Pike (S.R. 202) (50 feet from centerline), North 43 degrees, 53 minutes, 39 seconds East, a distance of 625.00 feet to a point, Thence, along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly U.S. Restaurant Properties Inc., the following two (2) courses and distances: (1) South 46 degrees, 03 minutes, 56 seconds East, a distance of 200.09 feet to a point, (2) South 45 degrees, 54 minutes, 43 seconds East, a distance of 246.20 feet to a point, Thence, along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Montgomery Square Partnership (Block 11C Unit 18), being the Northwesterly right-of-way of the Proposed Route 202 Bypass Corridor (Variable Width), the following three (3) courses and distances (1) South 79 degrees, 55 minutes, 23 seconds West, a distance of 136.89 feet to a point, (2) Along the arc of a circle curving to the left having a radius of 345.47 feet, an arc distance of 405.40 feet, a chord bearing of South 46 degrees 18 minutes 20 seconds West, a chord distance of 382.54 feet, to a point, (3) South 12 degrees, 41 minutes, 19 seconds West, a distance of 153.66 feet to a point, Thence, along the common dividing line between lands now or formerly Heritage Inn of Davenport Inc. and Heritage Inn Number XXIV and lands now or formerly Montgomery Square Partnership (Block 11C Unit 14) and Thomas J. and Dolores Lusa Gorman, North 46 degrees, 03 minutes, 56 seconds West, a distance of 429.29 feet to a point, said point being the first mentioned point and place of beginning.

CONTAINING 5.0063 acres, more or less.

BEING PARCEL NO. 46-00-00316-20-5

BEING the same premises which Tharaldson Asset Management, Inc., a North Dakota corporation, by Special Warranty Deed dated 05/21/2013 effective 05/24/2013 and recorded 06/12/2013 in Montgomery County at Deed Book 5876 Page 1478, granted and conveyed unto W2005/Fargo Hotels (Pool A) Realty, L.P., a Delaware limited partnership, in fee.

73744464.1

Name of Project:       Hampton Inn Tracy

Address of Project:    2400 Naglee Road, Tracy, CA

Security Instrument:   Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 27, 2017, as Document Number 2017-137126 in the Recorder's Office of the County Recorder of San Joaquin County, California (the "San Joaquin Recorder's Office"); as assigned by Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5, 2018 and recorded May 29, 2018, as Document Number 2018-058807 in the San Joaquin Recorder's Office; as further assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 29, 2018 as Document Number 2018-058808 in the San Joaquin Recorder's Office

Borrower(s):           W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL 1, AS SHOWN ON THAT CERTAIN PARCEL MAP FILED FOR RECORD JULY 08, 1999 IN BOOK 21 OF PARCEL MAPS, PAGE 93, SAN JOAQUIN COUNTY RECORDS.

PARCEL TWO:

EASEMENTS AND RIGHTS CREATED IN, UNDER AND BY THAT CERTAIN CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT EXECUTED BY AND BETWEEN TRACY MALL PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP AND DAYTON HUDSON CORPORATION, A MINNESOTA CORPORATION, RECORDED JULY 24, 1995 AS INSTRUMENT NO. 95065574, SAN JOAQUIN COUNTY RECORDS.

| | |
|---|---|
| Name of Project: | Residence Inn Deptford |
| Address of Project: | 1154 North Hurffville Road, Deptford, NJ |
| Security Instrument: | Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on December 11, 2017, as Docket Number 00048759, in Mortgage Book 15297, Page 122 in the Recorder's Office of the County Clerk of Gloucester County, New Jersey (the "Gloucester Recorder's Office"); as assigned by the Assignment of Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Docket Number 00023596, in Mortgage Book AB357, Page 234 in the Gloucester Recorder's Office; as further assigned by Assignment of Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 28, 2018, as Docket Number 00023597, in Mortgage Book AB357, Page 240 in the Gloucester Recorder's Office |
| Borrower(s): | CNI THL Propco FE, LLC |

Legal Description of Land:

Real property in the Township of Deptford, County of Gloucester, State of New Jersey, Real property in the City of Deptford, County of Gloucester, State of New Jersey, described as follows:

BEGINNING at a concrete monument set on the Westerly line of New Jersey State Highway Route No. 41 (80 feet wide) being the Northeasterly corner of Block 484, Lot 5 of the Deptford Township tax map; thence

1. South 75 degrees 30 minutes 00 seconds West, along Block 484, Lot 5 of the aforesaid map, 486.23 feet to a concrete monument; thence

2. Northerly, curving to the right along a radius curve of 7850 feet being the Easterly line of Route 42 Freeway (300 foot wide and variable), an arc length of 204.57 feet to a point; thence

3. North 16 degrees 40 minutes 00 seconds East, continuing along lands of Route 42 Freeway, 21.21 feet to a point; thence

4. North 75 degrees 30 minutes 00 seconds East, along Block 484, Lot 9 of the aforesaid Map 600.00 feet to a concrete monument; thence

5. South 16 degrees 40 minutes 00 seconds West, along the Westerly line of New Jersey State Highway Route No. 41, 260.00 feet to a concrete monument and the point of beginning.

EXCEPTING therefrom so much of the above described premises as was conveyed to The State of New Jersey, Department of Transportation recorded in Deed Book 3257, Page 316.

NOTE: FOR INFORMATION ONLY: Being Lot(s) 2, Block(s) 484; Tax Map of the Township of Deptford, County of Gloucester, State of New Jersey

TOGETHER WITH the beneficial easements contained in that certain Consent and Agreement, Deed of Easement, Storm water drainage and sanitary sewer easement as contained in Deed Book 2145 Page 259 and Deed Book 2145, Page 283

73744464.1

| | |
|---|---|
| Name of Project: | Courtyard Flint |
| Address of Project: | 5205 Gateway Centre, Flint, MI |
| Security Instrument: | Mortgage dated as of November 6, 2017 and recorded on November 30, 2017, as Instrument Number 201711300074195 in the Recorder's Office of the Register of Deeds of Genesee County, Michigan (the "Genesee Recorder's Office"); as assigned by Assignment of Mortgage from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded June 28, 2018, as Instrument Number 201806280073951 in the Genesee Recorder's Office; as further assigned by Assignment of Mortgage from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded June 28, 2018, as Instrument Number 201806280073952 in the Genesee Recorder's Office |
| Borrower(s): | W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

Parcel of land in the Southeast 1/4 of Section 2, Town 6 North, Range 6 East, Township of Mundy, Genesee County, Michigan, described as follows:

Beginning South 89 degrees 10 minutes 14 seconds West along the South line of Section 2 a distance of 1311.54 feet and North 00 degrees 52 minutes 55 seconds West 846.28 feet (previously recorded as 846.43 feet) to the Southerly right of way of I-75 and North 44 degrees 53 minutes 09 seconds West along said right-of-way 540.88 feet (previously recorded as 540.68 feet) from the Southeast corner of Section 2; thence South 89 degrees 10 minutes 14 seconds West 615.87 (previously recorded as 616.04 feet); thence North 01 degrees 03 minutes 09 seconds West 220.00 feet; thence North 89 degrees 10 minutes 14 seconds East 403.85 feet to the Southerly right-of-way line of I-75; thence South 44 degrees 53 minutes 09 seconds East along said right-of-way line, 306.12 feet to the point of beginning.

Together with a non-exclusive easement for ingress and egress as created, limited and defined in Dedication and Declaration of Easement recorded May 6, 1988 in Liber 2322, Page 756, First Amended and Restated Dedication and Declaration of Easement recorded October 20, 1994 in Liber 2552, Page 893 and Second Amended Dedication of Easement recorded in Liber 3723, Page 655 and re-recorded in Liber 3786, Page 577.

5205 Gateway Centre, Flint, Michigan 48507

Tax Parcel No.: 15-02-400-012

Name of Project:     Residence Inn Flint
Address of Project:    2202 West Hill Road, Flint, MI
Security Instrument:   Mortgage dated as of November 6, 2017 and recorded on November 29, 2017, as Instrument Number 201711290073612 in the Recorder's Office of the Register of Deeds of Genesee County, Michigan (the "Genesee Recorder's Office"); as assigned by Assignment of Mortgage from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 201806280073962 in the Genesee Recorder's Office; as further assigned by Assignment of Mortgage from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 201806280073963 in the Genesee Recorder's Office
Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Part of the Southeast 1/4 of Section 2, Town 6 North, Range 6 East, described as: Beginning at a point on the South line of Section 2, which is North 89 degrees 10 minutes 14 seconds East 413.98 feet from the South 1/4 corner of Section 2; thence North 01 degrees 03 minutes 09 seconds West 360.10 feet; thence North 89 degrees 10 minutes 14 seconds East 440 feet; thence South 01 degrees 03 minutes 09 seconds East 360 feet; thence South 89 degrees 10 minutes 14 seconds West 440 feet to the point of beginning.

2202 West Hill Road, Flint, Michigan 48507

Tax Parcel No.: 15-02-400-004

Name of Project:       Residence Inn Potomac Mills
Address of Project:    14301 Crossing Place, Woodbridge, VA
Security Instrument:   Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 17, 2017, as Document Number 201711170087012 in the Recorder's Office of the Circuit Court Clerk of Prince William County, Virginia (the "Prince William Recorder's Office"); as assigned by Assignment of Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on September 26, 2018, as Document Number 201809260070497 in the Prince William Recorder's Office; as further assigned by Assignment of Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on September 26, 2018, as Document Number 201809260070498 in the Prince William Recorder's Office
Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops,

Legal Description of Land:

All of those lots or parcels of land located in Prince William County, Virginia, and more particularly described as follows:

Lot 2 containing 2.4842 Acres, more or less as shown on a plat entitled "Plat Showing Subdivision and Dedication of Various Easements, Parcel 53A1B, The Property of AutoNation USA Corporation, Occoquan Magisterial District, Prince William County, Virginia" attached to the Deed of Subdivision and Easement, recorded as Instrument Number 200208080102377 among the land records of Prince William County, Virginia.

33

Name of Project:      Holiday Inn Express Irondequoit

Address of Project:    2200 Goodman Street, Rochester, NY

Security Instrument:   Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of 11/6/2017, recorded 12/1/2017 as Control Number 201712010318, in Book 27417, Page 598, MDI017828 in Monroe County, NY; as assigned by Assignment of Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018, recorded June 19, 2018 as Control Number 20180619176, in Book 1843, Page 521, MCX024348; as further assigned by Assignment of Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018, recorded June 19, 2018 as Control Number 201806190177, in Book 1843, Page 531, MCX024348 in Monroe County, NY

Borrower(s):        CNI THL Propco FE, LLC, W2005/Fargo Hotels (Pool D) Realty, L.P. and County of Monroe Industrial Development Agency (d/b/a Imagine Monroe Powered by Comida)

Legal Description of Land:

34

ALL THAT TRACT OR PARCEL OF LAND, SITUATED IN TOWN LOT 40, TOWNSHIP 14, RANGE 7, OF THE PHELPS GORHAM PURCHASE, TOWN OF IRONDEQUOIT, COUNTY OF MONROE AND STATE OF NEW YORK, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING ON THE NORTHERLY RIGHT-OF-WAY OF NYS ROUTE 104, WITH ITS INTERSECTION WITH THE EASTERLY RIGHT-OF-WAY OF NORTH GOODMAN STREET (80' ROW);

THENCE NORTH 04° 08' 00" WEST, ALONG SAID EASTERLY RIGHT-OF-WAY, A DISTANCE OF 188.23 FEET TO THE POINT OF BEGINNING, THENCE,

1. NORTH 04° 08' 00" WEST, ALONG THE EASTERLY RIGHT-OF-WAY OF NORTH GOODMAN STREET, A DISTANCE OF 187.40 FEET TO A POINT; THENCE,

2. NORTH 86° 05' 57" EAST, A DISTANCE OF 368.47 FEET TO A POINT, THENCE,

3. SOUTH 02° 43' 38" EAST, A DISTANCE OF 191.46 FEET TO A POINT, THENCE,

4. SOUTH 86° 43' 55" WEST, A DISTANCE OF 363.81 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH A NON-EXCLUSIVE EASEMENT FOR ACCESS TO THE MALL'S RING ROAD FOR THE PURPOSES OF VEHICULAR INGRESS TO AND EGRESS FROM THE MALL AS DESCRIBED IN THAT CERTAIN SECOND AMENDED AND RESTATED CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT BY AND AMONG IRONWIL, MAY, PENNEY, SEARS AND THE BON-TON STORES, INC., AS SUCCESSOR IN INTEREST TO MCCURDY, DATED AS OF 3/29/1996 AND RECORDED IN THE MONROE COUNTY CLERK'S OFFICE ON 5/29/1996 IN LIBER 8742 OF DEEDS, PAGE 225.

| | |
|---|---|
| Name of Project: | Residence Inn Exton |
| Address of Project: | 10 North Pottstown Pike, Exton, PA |
| Security Instrument: | Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 16, 2017, as Document Number 11577944, in Book 9651, Page 1313 in the Recorder's Office of the Recorder of Deeds of Chester County, Pennsylvania (the "Chester Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 3, 2018, as Document Number 11615784, in Book 9770, Page 1357 in the Chester Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 3, 2018l, as Document Number 11615785, in Book 9770, Page 1362 in Chester Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

ALL THAT CERTAIN lot or tract of land situate in the Township of Uwchlan, County of Chester, and Commonwealth of Pennsylvania, being known as Lot No. 2, LESS AND EXCEPTING Parcel A, as shown on a certain plan entitled Record Plan 2-Lot Subdivision for Fred V. Schubert Uwchlan Township, Chester Co., PA., as recorded in the Office of the Recorder of Deeds of Chester County, Pennsylvania in Plan Book 12054, Page 1.

BEING UPI NO. 33-4-25

BEING the same premises which Pennsylvania Number VI, Limited Partnership, a North Dakota limited partnership, by Deed dated 03/30/2006 and recorded 05/05/2006 in Chester County at Record Book 6835 Page 702, granted and conveyed unto W2005/Fargo Hotels (Pool C) Realty, L.P., a Delaware limited partnership, in fee.

73744464.1

Name of Project:    Four Points Pleasanton

Address of Project:    5115 Hopyard Road, Pleasanton, CA

Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 2017249733 in the Recorder's Office of the Recorder of Alameda County, California (the "Alameda Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 8, 2018, as Instrument Number 2018113333 in the Alameda Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 8, 2018, as Instrument Number 2018113334 in the Alameda Recorder's Office

Borrower(s):    W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

PARCELS A AND B OF AMENDED PARCEL MAP 4552, FILED NOVEMBER 23, 1987 IN BOOK 172, PAGE 97 OF MAPS, ALAMEDA COUNTY RECORDS.

ALL THAT PROPERTY DESCRIBED AS PARCELS A AND B OF AMENDED PARCEL MAP NO. 4552 FILED IN BOOK 172 OF MAPS AT PAGE 98, ALAMEDA COUNTY RECORDS, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF SAID PARCEL B, A POINT ON THE EASTERLY LINE OF HOPYARD ROAD, A CITY STREET; THENCE FROM THE POINT OF BEGINNING ALONG THE NORTHERLY LINE OF SAID PARCEL B NORTH 57°12' EAST 128.67 FEET; THENCE CONTINUING ALONG SAID NORTHERLY LINE AND ALONG THE NORTH LINE OF SAID PARCEL A SOUTH 88°21'09" EAST 377.66 FEET TO A POINT ON THE WESTERLY LINE OF CHABOT DRIVE, A CITY STREET; THENCE ALONG SAID WESTERLY LINE OF THE FOLLOWING FIVE (5) CONSECUTIVE COURSES: (1) SOUTH 32°48' EAST 151.15 FEET, (2) ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 566.50 FEET, A CENTRAL ANGLE OF 34°26'51" AND AN ARC LENGTH OF 340.59 FEET, (3) SOUTH 3°38' WEST 43.29 FEET, (4) SOUTH 1°38'51" WEST 243.10 FEET AND (5) ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 49.50 FEET, A CENTRAL ANGLE OF 90°00' AND AN ARC LENGTH OF 77.75 FEET TO A POINT ON THE NORTHERLY LINE OF GIBRALTAR AVENUE, A CITY STREET; THENCE ALONG SAID NORTHERLY LINE ON FOLLOWING SIX (6) CONSECUTIVE COURSES: (1) NORTH 88°21'09" WEST 172.86 FEET, (2) ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 399.50 FEET, A CENTRAL ANGLE OF 4°56'54" AND AN ARC LENGTH OF 34.50 FEET, (3) NORTH 83°24'15" WEST 40.79 FEET, (4) ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 400.50 FEET, A CENTRAL ANGLE OF 4°56'54" AND AN ARC LENGTH OF 34.59 FEET, (5) NORTH 88°21'09" WEST 200.00 FEET AND (6) ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 49.50 FEET, A CENTRAL ANGLE OF 90°00' AND ARC LENGTH OF 77.75 FEET TO A POINT ON THE AFOREMENTIONED EASTERLY LINE OF HOPYARD ROAD; THENCE ALONG SAID EASTERLY LINE ON THE FOLLOWING THIRTEEN (13) CONSECUTIVE COURSES: (1) NORTH 1°38'51" EAST 269.28 FEET, (2) ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 600.50 FEET, A CENTRAL ANGLE OF 5°02'42" AND AN ARC LENGTH OF 52.88 FEET, (3) CONCENTRIC TO THE LAST COURSE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 21.60 FEET, A CENTRAL ANGLE OF 38°00' AND AN ARC LENGTH OF 14.33 FEET, (4) CONCENTRIC TO THE LAST COURSE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 22.60 FEET, A CENTRAL ANGLE

73744464.1

OF 40°39'10" AND AN ARC LENGTH OF 16.04 FEET, (5) CONCENTRIC TO THE LAST COURSE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 610.50 FEET, A CENTRAL ANGLE OF 3°22'16" AND AN ARC LENGTH OF 35.92 FEET, (6) NORTH 9°25'18" WEST 48.11 FEET, (7) ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 22.60 FEET, A CENTRAL ANGLE OF 39°18'28" AND AN ARC LENGTH OF 15.50 FEET, (8) CONCENTRIC TO THE LAST COURSE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 21.60 FEET, A CENTRAL ANGLE OF 39°18'28" AND AN ARC LENGTH OF 14.82 FEET, (9) NORTH 9°25'18" WEST 31.56 FEET, (10) ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 671.50 FEET, A CENTRAL ANGLE OF 4°39'44" AND AN ARC LENGTH OF 54.64 FEET, (11) NORTH 1°38'51" EAST 42.77 FEET, (12) NORTH 32°48' WEST 57.44 FEET AND (13) FROM A TANGENT THAT BEARS NORTH 22°15'58" WEST ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 671.50 FEET, A CENTRAL ANGLE OF 1°45'11" AND AN ARC LENGTH OF 20.55 FEET TO THE POINT OF BEGINNING.

| | |
|---|---|
| Name of Project: | Courtyard Topeka |
| Address of Project: | 2033 S.W. Wanamaker Road, Topeka, KS |
| Security Instrument: | Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 22, 2017, as Document Number 2017R20457 in the Recorder's Office of the Register of Deeds of Shawnee County, Kansas (the "Shawnee Recorder's Office"); as assigned by Assignment of Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 30, 2018, as Document Number 2018R12840 in the Shawnee Recorder's Office; as further assigned by Assignment of Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 30, 2018, as Document Number 2018R12841 in the Shawnee Recorder's Office |
| Borrower(s): | CHI THL Propco FE, LLC |

Legal Description of Land:

40

TRACT 1:

PART OF LOT 2, BLOCK A, WEST RIDGE MALL SUBDIVISION NO. 3, BEING A TRACT OF LAND IN THE SOUTHEAST QUARTER OF SECTION 5, TOWNSHIP 12 SOUTH, RANGE 15 EAST OF THE 6TH P.M., IN THE CITY OF TOPEKA, SHAWNEE COUNTY, KANSAS, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF THE SAID SOUTHEAST QUARTER; THENCE SOUTH 87 DEGREES 45 MINUTES 19 SECONDS WEST ALONG THE SOUTH LINE OF SAID SOUTHEAST QUARTER, 422.57 FEET; THENCE NORTH 00 DEGREES 00 MINUTES 12 SECONDS EAST, 150.12 FEET TO A POINT ON THE NORTHERLY SIDE OF ENTRANCE NO. 3, SAID POINT ALSO BEING THE POINT OF BEGINNING; THENCE ALONG SAID NORTHERLY LINE ON A CURVE TO THE RIGHT HAVING A RADIUS OF 1897.86 FEET, AN ARC DISTANCE OF 143.68 FEET, WITH A CHORD WHICH BEARS NORTH 43 DEGREES 44 MINUTES 01 SECONDS WEST, A DISTANCE OF 143.64 FEET; THENCE CONTINUING ALONG SAID NORTHERLY LINE NORTH 41 DEGREES 33 MINUTES 53 SECONDS WEST, A DISTANCE OF 89.91 FEET; THENCE CONTINUING ALONG SAID NORTHERLY LINE ON A CURVE TO THE LEFT HAVING A RADIUS OF 966.93 FEET, AN ARC DISTANCE OF 111.96 FEET, WITH A CHORD WHICH BEARS NORTH 44 DEGREES 52 MINUTES 55 SECONDS WEST, A DISTANCE OF 111.90 FEET; THENCE CONTINUING ALONG SAID NORTHERLY LINE NORTH 48 DEGREES 11 MINUTES 57 SECONDS WEST, A DISTANCE OF 13.30 FEET; THENCE ON A CURVE TO THE RIGHT HAVING A RADIUS OF 38.00 FEET, AN ARC DISTANCE OF 48.95 FEET, WITH A CHORD WHICH BEARS NORTH 11 DEGREES 17 MINUTES 36 SECONDS WEST, A DISTANCE OF 45.64 FEET TO THE NORTHWESTERLY LINE OF SAID LOT 2, BLOCK "A", WEST RIDGE MALL SUBDIVISION NO. 3; THENCE ALONG SAID NORTHWESTERLY LINE ON A CURVE TO THE LEFT HAVING A RADIUS OF 375.00 FEET, AN ARC DISTANCE OF 149.90 FEET, WITH A CHORD WHICH BEARS NORTH 14 DEGREES 09 MINUTES 39 SECONDS EAST, A DISTANCE OF 148.91 FEET; THENCE CONTINUING ALONG SAID NORTHWESTERLY LINE OF LOT 2 NORTH 02 DEGREES 42 MINUTES 30 SECONDS EAST, A DISTANCE OF 8.95 FEET; THENCE CONTINUING ALONG SAID NORTHWESTERLY LINE OF LOT 2 ON A CURVE TO THE RIGHT HAVING A RADIUS OF 580.00 FEET, AN ARC DISTANCE OF 15.12 FEET, WITH A CHORD WHICH BEARS NORTH 03 DEGREES 27 MINUTES 19 SECONDS EAST, A DISTANCE OF 15.12 FEET; THENCE ON A CURVE TO THE RIGHT HAVING A RADIUS OF 30.00 FEET, AN ARC DISTANCE OF 51.67 FEET, WITH A CHORD WHICH BEARS NORTH 53 DEGREES 32 MINUTES 32 SECONDS EAST, A DISTANCE OF 45.52 FEET; THENCE ON A CURVE TO THE RIGHT HAVING A RADIUS OF 135.00 FEET, AN ARC DISTANCE OF 78.17 FEET, WITH A CHORD WHICH BEARS SOUTH 60 DEGREES 31

41

MINUTES 49 SECONDS EAST, A DISTANCE OF 77.08 FEET; THENCE SOUTH 43 DEGREES 56 MINUTES 32 SECONDS EAST, A DISTANCE OF 128.82 FEET; THENCE ON A CURVE TO THE LEFT HAVING A RADIUS OF 125.00 FEET, AN ARC DISTANCE OF 57.41 FEET, WITH A CHORD WHICH BEARS SOUTH 57 DEGREES 05 MINUTES 55 SECONDS EAST, A DISTANCE OF 56.90 FEET; THENCE SOUTH 29 DEGREES 59 MINUTES 48 SECONDS EAST, A DISTANCE OF 120.78 FEET; THENCE SOUTH 00 DEGREES 00 MINUTES 12 SECONDS WEST, A DISTANCE OF 223.69 FEET; THENCE SOUTH 82 DEGREES 02 MINUTES 41 SECONDS WEST, A DISTANCE OF 63.61 FEET; THENCE SOUTH 87 DEGREES 45 MINUTES 19 SECONDS WEST, 19.27 FEET TO THE POINT OF BEGINNING.

TRACT 2:

NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AS SET FORTH IN COVENANTS, CONDITIONS AND RESTRICTIONS AGREEMENT FILED OCTOBER 19, 1999, RECORDED IN BOOK 3366, PAGE 417; AND AS ALSO SHOWN IN THE FOLLOWING DOCUMENTS: SPECIAL (LIMITED) WARRANTY DEED RECORDED IN BOOK 2396, PAGE 939; OPERATING AND EASEMENT AGREEMENT RECORDED IN BOOK 2413, PAGE 741, AS MODIFIED; RECIPROCAL EASEMENT AND OPERATING AGREEMENT RECORDED IN BOOK 2504, PAGE 164, AS MODIFIED; CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT RECORDED IN BOOK 2515, PAGE 1094, AS MODIFIED; CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT RECORDED IN BOOK 2638, PAGE 4, AS MODIFIED; AND TIE-IN AGREEMENT RECORDED IN BOOK 2515, PAGE 246, AS AMENDED.

TAX PARCEL NO. 1430504001001170

73744464.1

Name of Project:    Residence Inn Independence
Address of Project:    3700 South Arrowhead Avenue, Independence, MO
Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 2017E0102202 in the Recorder's Office of the Recorder of Deeds of Jackson County, Missouri (the "Jackson Recorder's Office); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 27, 2018, as Instrument Number 2018E0056209 in the Jackson Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 27, 2018, as Instrument Number 2018E0056210 in the Jackson Recorder's Office
Borrower(s):    W2005/Fargo Hotels (Pool B) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

TRACT 1:

LOT 1, THARALDSON FAIRFIELD PLAT, A SUBDIVISION IN INDEPENDENCE, JACKSON COUNTY, MISSOURI.

TRACT 2:

A PERMANENT STRUCTURAL EASEMENT FOR THE INSTALLATION AND MAINTENANCE OF UNDERGROUND CEMENT INTEGRAL TO THE RETAINING WALL, OVER, ALONG AND ACROSS ADJACENT PROPERTY FOR THE BENEFIT OF THE SUBJECT PROPERTY, AS CREATED, ESTABLISHED AND DEFINED BY THAT CERTAIN EASEMENT AGREEMENT RECORDED NOVEMBER 20, 1998 AS DOCUMENT NO. 98-I-93249, BOOK I-3317, PAGE 1160 ACROSS THE AREA DESCRIBED AS FOLLOWS:

A 10 FOOT WIDE TRACT OF LAND IN LOT 6, SOUTHERN HILL, A SUBDIVISION IN INDEPENDENCE, JACKSON COUNTY, MISSOURI, LYING 5 FEET EITHER SIDE OF THE FOLLOWING DESCRIBED CENTERLINE; COMMENCING AT THE SOUTHEAST CORNER OF SAID LOT; THEN NORTH 90°00'00" WEST ON THE SOUTH LINE OF SAID LOT, 335.03 FEET FOR A TRUE POINT OF BEGINNING; THEN NORTH 00°00'00" EAST, 335 FEET FOR A POINT OF TERMINATION OF SAID CENTERLINE.

Name of Project:        Hampton Inn Memphis Walnut Grove
Address of Project:     33 Humphrey Center Drive, Memphis, TN
Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Instrument Number 17117328 in the Recorder's Office of the Register of Deeds of Shelby County, Tennessee (the "Shelby Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument Number 18046135 in the Shelby Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument No. 18046136 in the Shelby Recorder's Office
Borrower(s):            W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

SITUATED AND BEING IN CITY OF MEMPHIS, COUNTY OF SHELBY, STATE OF TENNESSEE, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PHASE FOURTEEN, PARCEL ONE, HUMPHREYS BOULEVARD P.D. IN MEMPHIS, TENNESSEE AS RECORDED IN PLAT BOOK 135, PAGE 85:

BEGINNING AT A CHISEL MARK FOUND IN THE WEST LINE OF HUMPHREYS CENTER DRIVE, 37 FOOT RIGHT OF WAY, SAID CHISEL MARK BEING NORTH 86 DEGREES 09 MINUTES 30 SECONDS WEST A DISTANCE OF 18.50 FEET FROM A POINT IN THE CENTERLINE OF HUMPHREYS CENTER DRIVE WHICH IS 641.92 FEET SOUTHWARDLY, AS MEASURED ALONG THE CENTERLINE OF HUMPHREYS CENTER DRIVE, FROM A POINT IN THE CENTERLINE OF WALNUT GROVE ROAD THAT IS 437.50 FEET SOUTHWESTWARDLY FROM THE CENTERLINE OF HUMPHREYS BOULEVARD, SAID POINT OF BEGINNING BEING THE NORTHEAST CORNER OF PHASE FIFTEEN, PARCEL ONE, HUMPHREYS BOULEVARD P.D. AS RECORDED IN PLAT BOOK 136, PAGE 59; THENCE, NORTH 86 DEGREES 09 MINUTES 30 SECONDS WEST WITH THE NORTH LINE OF PHASE FIFTEEN, PARCEL ONE, HUMPHREYS BOULEVARD P.D. A DISTANCE OF 303.90 FEET TO AN IRON PIN FOUND IN THE EAST LINE OF BAPTIST MEMORIAL HOSPITAL EAST P.D. AS RECORDED IN PLAT BOOK 121, PAGE 13; THENCE NORTH 01 DEGREES 21 MINUTES 00 SECONDS EAST WITH THE SAID EAST LINE OF BAPTIST MEMORIAL HOSPITAL EAST P.D. A DISTANCE OF 251.94 FEET TO AN IRON PIN FOUND AT THE SOUTHWEST CORNER OF PHASE SIXTEEN, PARCEL ONE, HUMPHREYS BOULEVARD P.D. AS RECORDED IN PLAT BOOK 145, PAGE 13; THENCE NORTH 81 DEGREES 44 MINUTES 10 SECONDS EAST WITH THE SOUTHERLY LINE OF PHASE SIXTEEN, PARCEL ONE, HUMPHREYS BOULEVARD P.D. A DISTANCE OF 268.50 FEET TO A CHISEL MARK FOUND AT THE POINT OF CURVATURE; THENCE, NORTHEASTWARDLY WITH THE SOUTHERLY LINE OF PHASE SIXTEEN, PARCEL ONE, HUMPHREYS BOULEVARD P.D. A DISTANCE OF 251.94 FEET TO AN IRON PIN FOUND AT THE SOUTHWEST CORNER OF PHASE 16, PARCEL ONE, HUMPHREYS BOULEVARD P.D. AND ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 29.50 FEET A DISTANCE OF 48.98 FEET TO A POINT IN THE WESTERLY LINE OF HUMPHREYS CENTER DRIVE, 18.5 FEET FROM CENTERLINE, CHORD NORTH 34 DEGREES 10 MINUTES 25 SECONDS EAST A DISTANCE OF 43.54 FEET; THENCE SOUTHEASTWARDLY WITH THE WESTERLY LINE OF HUMPHREYS CENTER DRIVE AND ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 564.50 FEET A DISTANCE OF 60.35 FEET TO A POINT OF TANGENCY, CHORD SOUTH 10 DEGREES 19 MINUTES 35 SECONDS EAST A DISTANCE OF 60.32 FEET; THENCE SOUTH 07 DEGREES 15 MINUTES 50 SECONDS EAST WITH THE WESTERLY LINE OF HUMPHREYS CENTER DRIVE A DISTANCE OF 51.07 FEET TO A POINT OF CURVATURE; THENCE SOUTHEASTWARDLY WITH THE WESTERLY LINE OF

73744464.1

HUMPHREYS CENTER DRIVE AND ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 302.52 FEET A DISTANCE OF 59.00 FEET TO A POINT OF TANGENCY, CHORD SOUTH 01 DEGREE 44 MINUTES 45 SECONDS EAST A DISTANCE OF 58.91 FEET; THENCE SOUTH 03 DEGREES 50 MINUTES 30 SECONDS WEST WITH THE WEST LINE OF HUMPHREYS CENTER DRIVE A DISTANCE OF 178.37 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH EASEMENT RIGHTS BENEFITING THE LAND AS CONTAINED IN THE AGREEMENT FOR RECIPROCAL ACCESS EASEMENTS OF RECORD IN INSTRUMENT NO. BS 9921 AND DECLARATION OF COMMON DRIVEWAY OF RECORD IN INSTRUMENT NO. AN 0180, IN THE REGISTER'S OFFICE FOR SHELBY COUNTY, TENNESSEE.

BEING THE SAME PROPERTY CONVEYED TO W2005 NEW CENTURY HOTEL PORTFOLIO, L.P., A DELAWARE LIMITED PARTNERSHIP, BY SPECIAL WARRANTY DEED OF RECORD IN INSTRUMENT NO. 07039804, REGISTER'S OFFICE FOR SHELBY COUNTY TENNESSEE.

Being the same property conveyed to Individual Borrower by instrument of record at Book ___, Page ___ or Instrument No. ___ in the Register's office for Shelby County, Tennessee.

Also being the same property leased to Operating Company pursuant to a lease memorialized by the Memorandum of Lease of record at Book ___, Page ___ in the Register's office for Shelby County, Tennessee.

73744464.1

Name of Project:     Residence Inn Cheektowaga/Buffalo; Comfort Suites Rochester; Hampton Inn Johnson City; Homewood Suites Rochester; and Country Inn & Suites Big Flats

Address of Project:   107 Anderson Road, Buffalo, NY; 2085 Hylan Drive, Rochester, NY; 630 Field Street, Johnson City, NY; 2095 Hylan Dr., Rochester, NY; and 105 E. Mall Road, Horseheads, NY

Security Instrument:  Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated 11/6/2017 and recorded in Chemung County, New York on 12/13/2017 as Instrument Number 201728921; as assigned by Assignment of Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5, 2018 and recorded May 30, 2018 as Instrument Number 201812662 in Chemung County, New York; as further assigned by Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated February 5, 2018 and recorded May 30, 2018 as Instrument Number 201812663 in Chemung County, New York

Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated 11/6/2017 and recorded in Monroe County, New York on 11/29/2017 as Control Number 201711290022, in Book 27413, Page 533, MDI017588; as assigned by Assignment of Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5, 2018 and recorded June 19, 2018 as Control Number 201806910260, in Book 1843, Page 542, MCX004797 in Monroe County, New York; as further assigned by Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated February 5, 2018 and recorded June 19, 2018 as Control Number 201806910261, in Book 1843, Page 560, MCX004797 in Monroe County, New York

Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated 11/6/2017 and recorded in Erie County, New York on 11/29/2017 in Liber of Mortgages 13839, Page 534; as assigned by Assignment of Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5, 2018 and recorded May 30, 2018 in Book of Mortgages 13857, Page 1220 in Erie County, New York; as further assigned by Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated February 5, 2018 and recorded May 30, 2018 in Book of Mortgages 13857, Page 1238 in Erie County, New York

Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated 11/6/2017 and recorded in Broome County, New York on 11/6/2017, as Instrument Number 201700032452 in Book M3848, Page 687; as assigned by Assignment of Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5,

73744464.1

2018 and recorded May 30, 2018 as Instrument Number 201800014011 in Book M3867, Page 1045 in Broome County, New York; as further assigned by Amended and Restated Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated February 5, 2018 and recorded May 30, 2018, as Instrument Number 201800014012 in Book M3867, Page 1063 in Broome County, New York

Borrower(s):       CNI THL Propco FE, LLC, W2005/Fargo Hotels (Pool A) Realty, L.P. and W2005/Fargo Hotels (Pool D) Realty, L.P.

Legal Description of Land:

| **Address** | **City** | **County** | **Section** | **Block** | **Lot** |
|---|---|---|---|---|---|
| 2085 Hylan Drive | Rochester | Monroe | 161.20 | 1 | 15 |

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN LOTS 10 AND 12 IN THE 4TH RANGE OF LOTS, TOWNSHIP 12, RANGE 7 IN THE TOWN OF HENRIETTA, COUNTY OF MONROE AND STATE OF NEW YORK AND BEING LOT NO. R-302C AS SHOWN ON THE MAP ENTITLED "RESUBDIVISION OF LOT 302, MARKETPLACE CENTER, SECTION 300, SUBDIVISION PLAT" PREPARED BY THE SEAR-BROWN GROUP, INC. DATED DECEMBER 9, 1997, LAST REVISED APRIL 28, 1998 HAVING DRAWING NO. 7761V, SU8 AND FILED IN MONROE COUNTY CLERK'S OFFICE IN LIBER 297 OF MAPS, PAGE 2.

TOGETHER WITH THE BENEFITS OF A FIFTY FOOT ACCESS EASEMENT AS SET FORTH ON "RESUBDIVISION OF LOT 302, MARKETPLACE CENTER, SECTION 300, SUBDIVISION PLAT" PREPARED BY THE SEAR-BROWN GROUP, INC. DATED DECEMBER 9, 1997, LAST REVISED APRIL 28, 1998 HAVING DRAWING NO. 7761V, SU8 AND FILED IN MONROE COUNTY CLERK'S OFFICE IN LIBER 297 OF MAPS, PAGE 2.

| **Address** | **City** | **County** | **Section** | **Block** | **Lot** |
|---|---|---|---|---|---|
| 630 Field Street | Johnson City | Broome | 143.09 | 1 | 2.22 |

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE VILLAGE OF JOHNSON CITY, COUNTY OF BROOME AND STATE OF NEW YORK BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON FOUND IN THE SOUTHERLY BOUNDARY OF FIELD STREET AT ITS INTERSECTION WITH THE WESTERLY BOUNDARY OF PROPERTY CONVEYED TO EUGENE V. BROZZETTI, DINO D. ALESSI & CHARLES T. DELORENZO BY DEED RECORDED IN THE BROOME COUNTY CLERK'S OFFICE IN LIBER 1702 AT PAGE 154;

THENCE SOUTH 81° 25' EAST ALONG THE SOUTHERLY BOUNDARY OF FIELD STREET A DISTANCE OF 29.41 FEET TO AN IRON FOUND;

THENCE THROUGH SAID PROPERTY OF BROZZETTI, ET AL. THE FOLLOWING THREE COURSES AND DISTANCES:

1) SOUTH 13° 01' EAST A DISTANCE OF 25.39 FEET TO A REBAR WITH CAP SET;
2) SOUTH 82° 20' 18" EAST A DISTANCE OF 67.20 FEET TO A REBAR WITH CAP SET;
3) NORTH 31° 23' 15" EAST A DISTANCE OF 25.31 FEET TO A REBAR WITH CAP SET;

THENCE ALONG THE BOUNDARIES OF SAID PROPERTY OF BROZZETTI ET AL. THE FOLLOWING TEN COURSES AND DISTANCES:

1) NORTH 52° 28' 32" EAST A DISTANCE OF 255.36 FEET TO A CONCRETE MONUMENT FOUND;

73744464.1

2) NORTH 08° 45' 10" EAST A DISTANCE OF 238.23 FEET TO AN IRON FOUND;
3) NORTH 08° 51' 22" EAST A DISTANCE OF 25.12 FEET TO AN IRON FOUND;
4) SOUTH 81° 03' 35" EAST A DISTANCE OF 357.68 FEET TO A REBAR WITH CAP SET;
5) SOUTH 38° 08' 57" WEST A DISTANCE OF 30.01 FEET TO A REBAR WITH CAP SET;
6) SOUTH 48° 21' 16" WEST A DISTANCE OF 325.22 FEET TO AN IRON FOUND;
7) SOUTH 48° 21' 00" WEST A DISTANCE OF 217.61 FEET TO A REBAR WITH CAP SET;
8) SOUTH 81° 26' 28" WEST A DISTANCE OF 186.62 FEET TO AN IRON FOUND;
9) NORTH 82° 20' 18" WEST A DISTANCE OF 107.92 FEET TO AN IRON FOUND;
10) NORTH 05° 36' 33" EAST A DISTANCE OF 54.27 FEET TO THE POINT OF
BEGINNING

| Address | City | County | Section | Block | Lot |
|---|---|---|---|---|---|
| 105 E. Mall Road | Horseheads | Chemung | 58.03 | 1 | 1.12 |

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN OF BIG FLATS,
COUNTY OF CHEMUNG AND STATE OF NEW YORK, BOUNDED AND DESCRIBED
AS FOLLOWS:

THE PLACE OF BEGINNING FOR THE PARCEL TO BE DESCRIBED HEREIN IS THE
FOLLOWING TWELVE (12) COURSES AND DISTANCES FROM THE POINT MARKING
THE INTERSECTION OF THE EASTERLY LINE OF ARNOT ROAD WITH THE
SOUTHERLY LINE OF COLONIAL DRIVE:

1. SOUTH 63° 30' 46" EAST A DISTANCE OF 313.86 FEET TO A POINT;
2. SOUTH 63° 30' 46" EAST A DISTANCE OF 10.17 FEET TO A POINT;
3. SOUTH 63° 39' 43" EAST A DISTANCE OF 354.73 FEET TO A POINT;
4. SOUTH 63° 39' 43" EAST A DISTANCE OF 50.01 FEET TO A POINT;
5. SOUTH 27° 09' 14" WEST A DISTANCE OF 139.49 FEET TO A POINT;
6. SOUTHWESTERLY ALONG A CURVE TO THE RIGHT, WITH A RADIUS OF 200.00
FEET, A LENGTH OF 89.57 FEET, PRODUCING A CHORD OF SOUTH 39° 59' 01" WEST
WITH A CHORD DISTANCE OF 88.82 FEET TO A POINT;
7. SOUTH 52° 48' 47" WEST A DISTANCE OF 52.80 FEET TO AN IRON PIN;
8. SOUTH 63° 12' 23" EAST A DISTANCE OF 110.99 FEET TO AN IRON PIN;
9. SOUTH 21° 13' 30" WEST A DISTANCE OF 101.57 FEET TO AN IRON PIN;
10. SOUTH 00° 55' 30" EAST A DISTANCE OF 64.80 FEET TO AN IRON PIN;
11. NORTH 89° 04' 30" EAST A DISTANCE OF 236.84 FEET TO AN IRON PIN; AND
12. SOUTH 31° 04' 52" EAST A DISTANCE OF 70.35 FEET TO THE IRON PIN MARKING
THE PLACE OF BEGINNING;

THENCE SOUTH 89° 48' 20" WEST A DISTANCE OF 91.81 FEET TO AN IRON PIN;

THENCE SOUTH 00° 11' 40" EAST A DISTANCE OF 35.64 FEET TO AN IRON PIN;

THENCE SOUTH 51° 30' 40" EAST A DISTANCE OF 38.01 FEET TO AN IRON PIN;

THENCE SOUTH 56° 34' 33" EAST A DISTANCE OF 122.08 FEET TO A POINT;

THENCE SOUTH 42° 37' 52" EAST A DISTANCE OF 50.16 FEET TO A POINT;

THENCE SOUTH 57° 16' 39" EAST A DISTANCE OF 48.09 FEET TO A POINT;

THENCE SOUTH 65° 11' 49" EAST A DISTANCE OF 59.24 FEET TO A POINT;

THENCE SOUTH 55° 16' 36" EAST A DISTANCE OF 58.38 FEET TO A POINT;

THENCE SOUTH 80° 35' 53" EAST A DISTANCE OF 20.87 FEET TO A POINT;

THENCE SOUTH 90° 00' 00" EAST A DISTANCE OF 46.63 FEET TO A POINT;

THENCE NORTH 00° 00' 00" EAST A DISTANCE OF 241.11 FEET TO A POINT;

THENCE NORTH 76° 09' 10" WEST A DISTANCE OF 75.83 FEET TO A POINT;

THENCE SOUTH 26° 18' 33" WEST A DISTANCE OF 8.13 FEET TO A POINT;

THENCE SOUTH 89° 48' 20" WEST A DISTANCE OF 206.14 FEET TO THE IRON PIN
MARKING THE PLACE OF BEGINNING.

EXCEPTING AND RESERVING THE SUBSURFACE OIL, GAS, AND MINERAL RIGHTS
CONVEYED BY ARNOT REALTY CORPORATION TO ARNOT ASSOCIATES IV, LLC
BY OIL, GAS, AND MINERAL RIGHT DEED DATED AS OF 6/4/2015 AND RECORDED
6/4/2015 AS INSTRUMENT NO. 201512273 IN THE CHEMUNG COUNTY CLERK'S
OFFICE.

TOGETHER WITH THE BENEFITS AND SUBJECT TO THE BURDENS OF THE
EASEMENTS CONTAINED IN THAT CERTAIN EASEMENT AGREEMENT BY AND
BETWEEN ARNOT REALTY CORPORATION AND ARNOT ASSOCIATES V, LLC,
DATED 6/4/2015 AND RECORDED 6/4/2015 AS INSTRUMENT NO. 201512277.

73744464.1

| Address | City | County | Section | Block | Lot |
|---------|------|--------|---------|-------|-----|
| 2095 Hylan Drive | Rochester | Monroe | 161.20 | 1 | 16 |

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN LOTS 10 AND 12 IN THE 4TH RANGE OF LOTS, TOWNSHIP 12, RANGE 7 IN THE TOWN OF HENRIETTA, COUNTY OF MONROE AND STATE OF NEW YORK AND BEING LOT NO. R-302D AS SHOWN ON THE MAP ENTITLED "RESUBDIVISION OF LOT 302, MARKETPLACE CENTER, SECTION 300, SUBDIVISION PLAT" PREPARED BY THE SEAR-BROWN GROUP, INC. DATED DECEMBER 9, 1997, LAST REVISED APRIL 28, 1998 HAVING DRAWING NO. 7761V, SU8 AND FILED IN MONROE COUNTY CLERK'S OFFICE IN LIBER 297 OF MAPS, PAGE 2.

TOGETHER WITH THE BENEFITS OF A FIFTY FOOT ACCESS EASEMENT AS SET FORTH ON "RESUBDIVISION OF LOT 302, MARKETPLACE CENTER, SECTION 300, SUBDIVISION PLAT" PREPARED BY THE SEAR-BROWN GROUP, INC. DATED DECEMBER 9, 1997, LAST REVISED APRIL 28, 1998 HAVING DRAWING NO. 7761V, SU8 AND FILED IN MONROE COUNTY CLERK'S OFFICE IN LIBER 297 OF MAPS, PAGE 2.

| Address | City | County | Section | Block | Lot |
|---------|------|--------|---------|-------|-----|
| 107 Anderson Road | Buffalo | Erie | 102.004 | 1 | 3 |

ALL THAT TRACT OR PARCEL OF LAND, SITUATE IN THE TOWN OF CHEEKTOWAGA, COUNTY OF ERIE AND STATE OF NEW YORK, BEING PART OF LOT 24, TOWNSHIP 11, RANGE 7 OF THE HOLLAND LAND COMPANY'S SURVEY AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE CENTER LINE OF ANDERSON (100.00 FEET WIDE) PUBLIC RIGHT OF WAY ROAD (FORMERLY A PRIVATE ROAD 100.00 FEET WIDE KNOWN AS GOOD ROAD) DISTANCE 949 FEET NORTHERLY FROM ITS INTERSECTION WITH THE CENTER LINE OF OLD WALDEN AVENUE, WHICH SAID POINT OF BEGINNING IS ALSO 345.6 FEET EASTERLY AS MEASURED AT RIGHT ANGLES FROM THE WESTERLY LINE OF LANDS CONVEYED BY GENERAL AMERICAN TRANSPORTATION CORPORATION TO WALDEN PROPERTIES, INC. BY DEED RECORDED IN ERIE COUNTY CLERK'S OFFICE IN LIBER 3980 OF DEEDS AT PAGE 480 ON SEPTEMBER 17, 1946;

THENCE NORTHERLY AND CONTINUING ALONG SAID CENTER LINE OF ANDERSON ROAD A DISTANCE OF 266.14 FEET TO A POINT;

THENCE EASTERLY AT RIGHT ANGLES TO SAID CENTER LINE OF ANDERSON ROAD A DISTANCE OF 467.78 FEET TO THE SOUTHWESTERLY LINE OF LANDS APPROPRIATED BY THE PEOPLE OF THE STATE OF NEW YORK FOR THE WALDEN AVENUE INTERCHANGE OF THE ONTARIO THRUWAY BY NOTICE OF APPROPRIATION AND MAP RECORDED IN THE ERIE COUNTY CLERK'S OFFICE IN LIBER 4840 OF DEEDS AT PAGE 466 AND IN LIBER 4579 OF DEEDS AT PAGE 508;

THENCE SOUTHEASTERLY ALONG SAID SOUTHWESTERLY LINE OF LANDS SO APPROPRIATED A DISTANCE OF 219.00 FEET TO THE EASTERLY LINE OF SAID LOT 24,

THENCE SOUTHERLY ALONG THE EASTERLY LINE OF LOT 24 A DISTANCE OF 113.17 FEET TO A POINT;

THENCE WESTERLY A DISTANCE OF 628.40 FEET TO THE POINT OR PLACE OF BEGINNING.

73744464.1

Name of Project:       Residence Inn Folsom
Address of Project:    2555 Iron Point Road, Folsom, CA
Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, in Book 20171114, Page 0845 in the Recorder's Office of the Clerk/Recorder of Sacramento County, California (the "Sacramento Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 11, 2018, in Book 20180711, Page 0197 in the Sacramento Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 11, 2018, in Book 20180711, Page 0198 in the Sacramento Recorder's Office
Borrower(s):           W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL 1:

PARCEL 1 AS SHOWN ON THAT CERTAIN PARCEL MAP FILED DECEMBER 08, 2000, IN BOOK 159, OF PARCEL MAPS, PAGE NO. 19 OF OFFICIAL RECORDS.

PARCEL 2:

NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN ACCESS, PARKING AND FOR UTILITIES AS CREATED IN, UNDER OR CONTAINED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS RECORDED DECEMBER 08, 2000 AS BOOK 20001208, PAGE 676, AS AMENDED AND AS CONTAINED IN THAT CERTAIN NOTE "F" ON PARCEL MAP RECORDED IN BOOK 159, PAGE 19.

73744464.1

Name of Project: SpringHill Suites Chandler

Address of Project: N. Metro Drive, Chandler, AZ

Security Instrument: Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 20170838108 in the Recorder's Office of the County Recorder of Maricopa County, Arizona (the "Maricopa Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5, 2018 and recorded on May 29, 2018, as Document Number 20180406876 in the Maricopa Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 20180406877 in the Maricopa Recorder's Office

Borrower(s): W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

PARCEL NO. 1:

TRACT "E", OF DIVIDEND CENTER AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 311 OF MAPS, PAGE 21.

EXCEPT THE FOLLOWING DESCRIBED PARCEL OF LAND:

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 25, TOWNSHIP 1 SOUTH, RANGE 4 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, FROM WHENCE THE SOUTH QUARTER CORNER OF SAID SECTION 25 BEARS SOUTH 88 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 88 DEGREES 14 MINUTES 43 SECONDS WEST RECORD);

THENCE SOUTH 88 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 88 DEGREES 14 MINUTES 43 SECONDS WEST RECORD) ALONG THE SOUTH LINE OF SAID SECTION 25, A DISTANCE OF 784.97 FEET;

THENCE NORTH 01 DEGREES 56 MINUTES 11 SECONDS WEST, A DISTANCE OF 65.00 FEET TO THE MOST SOUTHERLY SOUTHEAST CORNER OF SAID TRACT "E", SAID CORNER BEING THE TRUE POINT OF BEGINNING;

THENCE SOUTH 88 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 88 DEGREES 14 MINUTES 43 SECONDS WEST RECORD) ALONG THE SOUTH LINE OF SAID TRACT "E", A DISTANCE OF 293.58 FEET;

THENCE NORTH 01 DEGREES 56 MINUTES 11 SECONDS WEST, A DISTANCE OF 502.00 FEET TO A POINT ON THE NORTH LINE OF SAID TRACT "E";

THENCE NORTH 88 DEGREES 03 MINUTES 49 SECONDS EAST (NORTH 88 DEGREES 14 MINUTES 45 SECONDS EAST RECORD) ALONG SAID NORTH LINE, A DISTANCE OF 293.58 FEET;

THENCE SOUTH 46 DEGREES 56 MINUTES 11 SECONDS EAST (SOUTH 46 DEGREES 45 MINUTES 15 SECONDS EAST RECORD) ALONG SAID NORTH LINE, A DISTANCE OF 28.28 FEET TO A POINT ON THE EAST LINE OF SAID TRACT "E";

THENCE SOUTH 01 DEGREES 56 MINUTES 11 SECONDS EAST (SOUTH 01 DEGREES 45 MINUTES 15 SECONDS EAST RECORD) ALONG SAID EAST LINE, A DISTANCE OF 462.00 FEET;

THENCE SOUTH 43 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 43 DEGREES 14 MINUTES 45 SECONDS WEST RECORD) ALONG SAID EAST LINE, A DISTANCE OF 28.28 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL NO. 2:

EASEMENTS APPURTENANT TO PARCEL NO. 1 HEREIN AS SET FORTH IN RECIPROCAL EASEMENT AGREEMENT RECORDED FEBRUARY 08, 2000 AS 2000-094947 OF OFFICIAL RECORDS OF MARICOPA COUNTY, ARIZONA.

73744464.1

Name of Project:      Fairfield Inn Tracy
Address of Project:   2410 Naglee Road, Tracy, CA
Security Instrument:  Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 2017-132285 in the Recorder's Office of the County Recorder of San Joaquin County, California (the "San Joaquin Recorder's Office"); as assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 2018-058810 in the San Joaquin Recorder's Office; as further assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 2018-058811 in the San Joaquin Recorder's Office
Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL 2, AS SHOWN ON THAT CERTAIN PARCEL MAP FILED FOR RECORD JULY 08, 1999 IN BOOK 21 OF PARCEL MAPS, PAGE 93, SAN JOAQUIN COUNTY RECORDS.

PARCEL TWO:

EASEMENTS AND RIGHTS CREATED BY THAT CERTAIN CONSTRUCTION, OPERATION AND RECIPROCAL EASEMENT AGREEMENT EXECUTED BY AND BETWEEN TRACY MALL PARTNERS, L.P., A DELAWARE LIMITED PARTNERSHIP, AND DAYTON HUDSON CORPORATION, A MINNESOTA CORPORATION RECORDED JULY 24, 1995 AS INSTRUMENT NO. 95065574, SAN JOAQUIN COUNTY RECORDS AND BOOK 219 OF PARCEL MAPS, PAGE 93.

73744464.1

Name of Project:     Hampton Inn Chandler

Address of Project:   7333 W. Detroit Street, Chandler, AZ

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 20170837856 in the Recorder's Office of the County Recorder of Maricopa County, Arizona (the "Maricopa Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded May 29, 2018, as Document Number 20180406621 in the Maricopa Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 29, 2018, as Document Number 20180406622 in the Maricopa Recorder's Office

Borrower(s):       W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL NO. 1:

LOT 4, OF CTC 256, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 394 OF MAPS, PAGE 13.

PARCEL NO. 2:

EASEMENTS FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS AS SET FORTH IN RECIPROCAL EASEMENT AGREEMENT RECORDED AS 88-610626 OF OFFICIAL RECORDS AND RECORDED AS 94- 890825 OF OFFICIAL RECORDS.

PARCEL NO. 3:

EASEMENTS FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS AS SET FORTH IN AMENDED  AND RESTATED DECLARATION OF PROTECTIVE COVENANTS AND RESTRICTIONS OF CHANDLER   FREEWAY BUSINESS PARK, RECORDED AS 84-275292 OF OFFICIAL RECORDS, AS AMENDED BY ADDITIONAL DECLARATION OF PROTECTIVE COVENANTS, RECORDED AS 87-341642 OF OFFICIAL RECORDS AND ASSIGNED BY ASSIGNMENT OF RIGHTS, POWERS AND RESERVATIONS OF DECLARANT, RECORDED AS 94-0282949 OF OFFICIAL RECORDS AND EXTENSION OF ADDITIONAL DECLARATION OF  PROTECTIVE COVENANTS RECORDED AS 2017-0148504 OF OFFICIAL RECORDS.

PARCEL NO. 4:

NON-EXCLUSIVE EASEMENT RIGHTS FOR ACCESS AND EGRESS AND GENERAL RIGHT TO PASS ON,  OVER AND ACROSS EASEMENT AND SURFACE VEHICULAR PARKING AS CONTAINED IN THAT CERTAIN EASEMENT AGREEMENT DATED FEBRUARY 08, 2007, AND RECORDED FEBRUARY 28, 2007 AS DOCUMENT NO. 2007-0241151 OF OFFICIAL RECORDS.

73744464.1

Name of Project:      Fairfield Inn South Joliet

Address of Project:    1501 Riverboat Center, Joliet, IL

Security Instrument:   Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on December 25, 2017, as Document Number R2017094988 in the Recorder's Office of the Recorder of Will County, Illinois (the "Will Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Document Number R2018031490 in the Will Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Document Number R2018031491 in the Will Recorder's Office

Borrower(s):        W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

REAL PROPERTY IN THE CITY OF JOLIET, COUNTY OF WILL, STATE OF ILLINOIS, DESCRIBED AS FOLLOWS:

LOT 4, IN RIVERBOAT CENTER, A SUBDIVISION OF PART OF THE SOUTH ½ OF SECTION 23, TOWNSHIP 35 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED NOVEMBER 2, 1994 AS DOCUMENT NO. R94-101016.

Permanent Index Number: 05-06-23-402-005-0000

1501 Riverboat Center, Joliet, Illinois 60431

73744464.1

Name of Project:     Residence Inn Palmdale

Address of Project:    514 West Avenue P, Palmdale, CA

Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 20171297720 in the Recorder's Office of the Recorder of Los Angeles County, California (the "Los Angeles Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 21, 2018, as Instrument Number 20180620138 in the Los Angeles Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 21, 2018 as Instrument Number 20180620139 in the Los Angeles Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL 1:

PARCEL D OF THAT CERTAIN LOT LINE ADJUSTMENT NO. 503, A CERTIFIED COPY OF WHICH WAS RECORDED JULY 6, 1999 AS INSTRUMENT NO. 99-1231149, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT PORTIONS OF PARCELS 5, 6, AND 7 OF PARCEL MAP 24590, RECORDED IN BOOK 275 PAGES 40 AND 41 OF PARCELS MAPS, IN THE CITY OF PALMDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHWESTERLY CORNER OF SAID PARCEL 2 SAID CORNER HAVING A 2" IP TAGGED LS 3462 PER SAID PARCEL MAP; THENCE ALONG THE SOUTHERLY LINE OF SAID PARCEL MAP SOUTH 89 DEG. 47' 02" EAST 248.58 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 00 DEG. 12' 58" EAST 65.01 FEET; THENCE NORTH 89 DEG. 47' 02" WEST 18.96 FEET; THENCE NORTH 00 DEG. 22' 14" EAST 293.56 FEET TO A NON-TANGENT CURVE, SAID CURVE BEING CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 313.00 FEET AND HAVING A RADIAL BEARING OF NORTH 66 DEG. 56' 57" EAST, SAID CURVE ALSO BEING THE EASTERLY LINE OF SAID PARCEL 2; THENCE NORTHERLY ALONG SAID CURVE THROUGH A DELTA ANGLE OF 7 DEG. 58' 30" AN ARC DISTANCE OF 43.57 FEET; THENCE NORTH 78 DEG. 42' 05" EAST 144.12 FEET TO THE WESTERLY LINE OF PARCEL 4 OF SAID PARCEL MAP; THENCE SOUTH 0 DEG. 29' 38" EAST 13.44 FEET TO THE SOUTHERLY LINE OF SAID PARCEL 4; THENCE NORTH 78 DEG. 34' 23" EAST 119.95 FEET TO THE WESTERLY RIGHT-OF-WAY OF 5TH STREET WEST PER SAID PARCEL MAP; THENCE ALONG SAID RIGHT-OF-WAY SOUTH 0 DEG. 28' 47" EAST 436.83 FEET TO THE SOUTHERLY LINE OF SAID PARCEL MAP; THENCE ALONG SAID SOUTHERLY LINE NORTH 89 DEG. 47' 02" WEST 226.07 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

THOSE EASEMENTS CONTAINED WITHIN THAT CERTAIN DECLARATION OF RESTRICTIONS AND GRANT OF EASEMENTS RECORDED JANUARY 3, 1997 AS INSTRUMENT NO. 97-8847 AND AMENDED BY FIRST AMENDMENT TO DECLARATION OF RESTRICTIONS RECORDED JANUARY 7, 1998 AS INSTRUMENT NO. 98-22567 OF OFFICIAL RECORDS.

73744464.1

Name of Project:    Homewood Suites Warwick

Address of Project:    33 International Way, Warwick, RI

Security Instrument:    Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on December 7, 2017, as Instrument Number 00018336, in Book 8960, Page 1 in the Recorder's Office of the City Clerk of Warwick City, Rhode Island (the "Warwick Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 5, 2018, as Instrument Number 00009217, in Book 9086, Page 7 in the Warwick Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 5, 2018, as Instrument Number 00009218, in Book 9086, Page 13 in the Warwick Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

Real property in the City/Town of Warwick, County of Kent, State of Rhode Island, described as follows:

PARCEL I (FEE):

Those certain lots or parcels of land, with all the buildings and improvements thereon, more particularly recorded Lot 8, Metro Center South, Section 1 further described as follows:

That certain parcel or tract of land with all buildings and improvements thereon situated on the westerly side of International Way in the City of Warwick, County of Kent, State of Rhode Island and is bounded and described as follows:

Beginning at the southeasterly corner of the parcel herein described, said corner being the northeasterly corner of Lot 7 on Metro Center South, said corner being situated along the westerly street line of International Way;

Thence running westerly bounding southerly by said Lot 7 for a distance of 332.34 feet to a corner;

Thence turning an interior angle of 90°00'00" and limning northerly bounding westerly by Lot 5 on Metro Center South for a distance of 318.44 feet to corner;

Thence turning an interior angle of 87°17'40" and running easterly bounding northerly by Lot 9 on Metro Center South for a distance of 380.22 feet to corner;

Thence turning an interior angle of 83°44'06" and running southerly along the westerly street line of International Way for a distance of 304.22 feet to corner and the point and place of beginning;

The last described line forming an interior angle of 98°58'14" with the first described line.

Together with that certain appurtenant easement described as follows:

That certain parcel or tract of land with all improvements thereon situated at the northerly terminus of International Way in the City of Warwick, County of Kent, State of Rhode Island and is bounded and described as follows:

Beginning at a granite bound at the northwesterly corner of International Way, said corner being the northeasterly corner of property now or formerly belonging to Vito A. Scola, said corner being the northwesterly corner of the parcel herein described;

65

Thence running S 73°00'00" E along the northerly terminus of International Way for a distance of 35.51 feet to a cone;

Thence running S 09°54'28" E for a distance of 16.54 feet to a point;

Thence running southwesterly curving to the left along the arc of a circle having a radius of 60.00 feet, a central angle of 71°05'32", for an arc distance of 74.45 feet to a granite bound at a point of tangency, said curve having a chord bearing of S 44°32'45"W;

Thence running N 09°00'00" E bounding westerly by property now or formerly belonging to Vito A. Scola for a distance of 77.45 feet to the point and place of beginning.

PARCEL II (EASEMENT):

TOGETHER WITH the beneficial easements contained in that certain Appurtenant easement as shown in Book 2481, Page 195 and replaced by instrument recorded in Book 2684, Page 96, as affected by instrument recorded in Book 2687, Page 243.

Name of Project:      Country Inn & Suites Springfield

Address of Project:    1751 West 1st Street, Springfield, OH

Security Instrument:   Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Document Number 201700016394, in Book 2132, Page 2344 in the Recorder's Office of the Recorder of Clark County, Ohio (the "Clark Recorder's Office"); as assigned by Assignment of Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Document Number 201800006196 in the Clark Recorder's Office; as further assigned by Assignment of Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Document Number 201800006197 in the Clark Recorder's Office

Borrower(s):        CNI THL Propco FE, LLC

Legal Description of Land:

73744464.1

Situated in the City of Springfield, County of Clark, State of Ohio, described as follows:

Parcel 1:

Situated in the City of Springfield, County of Clark, County of Clark, and State of Ohio:

And known as being within the corporate limits of the City of Springfield, and being part of Lot 4, as numbered and designated on the Hometown Business District recorded in Volume 15, Page 186 of the plat records of Clark County, Ohio and being described as follows:

Beginning at a 5/8 inch rebar with plastic cap (set) on the west line of said Lot 4, North 35 deg. 44' 43" East, 301.62 feet from the Westernmost corner of said Lot 4;

Thence continuing with the West line of said Lot 4, North 35 deg. 44' 43" East, 292.00 feet to a 5/8 inch rebar with plastic cap (set);

Thence, South 70 deg. 57' 10" East, 89.01 feet to a 5/8 inch rebar with plastic cap (set);

Thence with the East line of said Lot 4, South 25 deg. 35' 11" West, 12.71 feet to a 3/4 inch iron bar (found) at a corner thereof;

Thence continuing with the East line of said Lot 4, South 3 deg. 12' 04" West, 288.73 feet to a 5/8 inch rebar with plastic cap (set);

Thence, North 68 deg. 30' 16" West, 250.53 feet to the point of beginning and containing 1.095 acres, subject, however, to all rights of way, easement and restrictions of record.

Parcel 2:

Situated in the State of Ohio, County of Clark and within the corporate limits of the City of Springfield, and being part of Lot 4, as numbered and designated on the Hometown Business District recorded in Volume 15, Page 186 of the plat records of Clark County, Ohio and being described an follows:

Beginning at a 5/8 inch rebar with plastic cap (set) on the west line of said Lot 4, North 35 deg. 44' 43" East, 301.62 feet from the Westernmost corner of said Lot 4;

Thence continuing with the West line of said Lot 4, North 35 deg. 44' 43" East, 292.00 feet to a

5/8 inch rebar with plastic cap (set);

Thence with the Southerly right of way line of West First Street (60 feet right of way) and along a curve to the right, having a radius of 5897.15 feet, a central angle of 0 deg. 16' 13" and a chord which bears South 67 deg. 13' 15" East at 27.82 feet, are arc distance of 27.82 feet to a 3/4 inch iron bar (found);

Thence with the East line of said Lot 4, South 25 deg. 35' 11" West, 329.66 feet to a 5/8 inch rebar with plastic cap (set);

Thence North 70 deg. 57' 10" West, 89.01 feet to the point of beginning and containing 0.442 acres, subject, however, to all rights of way easements, and restrictions of record.

Parcel 3:

Situated in the State of Ohio, County of Clark and within the corporate limits of the City of Springfield, and being part of Section 11, Town 4, Range 9, between the Miami Rivers Survey, and being described as follows:

Beginning at a 5/8 inch rebar with plastic cap (set) at the original Southernmost corner of a 2.017 acre tract described in deed to Ryan's Family Steak House recorded in Book 1043, Page 28 of the Official Records of Clark County Ohio, said point of beginning being on the West line of Lot 4, as numbered and designated on the Hometown Business District recorded in Volume 15, Page 186 of the plat records of Clark County, Ohio, North 35 deg. 44' 43" East, 469.73 feet from the Westernmost corner of said Lot 4;

Thence with the South line of said Ryan's premises, North 54 deg. 15' 17" West, 140.69 feet to a 5/8 inch rebar with plastic cap (set) at the Southwest corner thereof;

Thence with part of the West line of said Ryan's premises, North 20 deg. 06' 05" East, 78.25 feet to a 5/8 inch rebar with plastic cap (found) at the Southeasterly corner of a 1.656 acre tract described in deed to Tumbleweed LLC recorded in a Book 1036, Page 65 of the Official Records of Clark County, Ohio;

Thence, South 70 deg. 57' 10" East, 168.92 feet to a 5/8 inch rebar with plastic cap (set);

Thence with the West line of said Lot 4, South 35 deg. 44' 43" West, 123.89 feet to the point of beginning and containing 0.352 acre, subject, however, to all rights of way, easements, and restrictions of record.

Parcel 4:

Situated in the State of Ohio, County of Clark, and within the corporate limits of the City of Springfield, and being part of Sections 11 and 12, Town 4, Range 9, between the Miami Rivers Survey, and being described as follows;

Commencing at a railroad spike (set) at the intersection of the centerline of West First Street (60 foot right of way) with the East line of the Erie Railroad (66 foot right of way);

Thence measure with the centerline of said West First Street, South 72 deg. 26' 27" East, 466.66 feet to a railroad Spike (set) at a point of curvature;

Thence measure along a curve to the right having a radius of 5927.15 feet and a central angle of 0 deg. 24' 56" and a chord which bears South 72 deg. 13' 59" East at 42.99 feet, an arc distance of 42.99 feet;

Thence measure South 17 deg. 44' 00" West, 370.00 feet to a 5/8 inch rebar with plastic cap (set) at the True Point of Beginning herein;

Thence, South 70 deg. 57' 10" East, 204.69 feet to a 5/8 inch rebar with plastic cap (set); Thence, South 20 deg. 06' 05" West, 78.25 feet to a 5/8 inch rebar with plastic cap (set); Thence, South 54 deg. 15' 17" East, 140.69 feet to a 5/8 inch rebar, with plastic cap (set);

Thence with the Westerly line of Lot 4, as numbered and designated on the Hometown Business District, recorded in Book 15, Page 86 of the Plat Records of Clark County, Ohio, South 35 deg. 44' 43" West, 257.31 feet to a 5/8 inch rebar with metal cap (found);

Thence with the North line of premises described in deed to Eby-Brown Company recorded in Book 86, Page 136 of the Official Records of Clark County, Ohio, North 68 deg. 30' 16" West, 395.00 feet to a 5/8 inch rebar with plastic cap (sat);

Thence, North 21 deg. 29' 44" East, 261.98 feet to a 5/8 inch rebar with plastic cap (set);

Thence, North 58 deg. 09' 04" East, 60.00 feet to a 5/8 inch rebar with plastic cap (set); Thence along the right of way of a future street and along a curve to the left having a radius of 50.00 feet, a central angle of 130 deg. 25' and 05", and a chord which bear North 82 deg. 56' 32" East at 90.78 feet, an arc distance of 113.81 feet to the point of beginning and containing 3.147 acres.

Less and Except:

Situated in the State of Ohio, County of Clark, and within the corporate limits of the City of Springfield and being part of Section 11, Town 4, Range 9, between the Miami Rivers Survey, and being described as follows:

Commence at a railroad spike (set) at the intersection of the centerline of West First Street (60 foot right-of-way) with the East line of the Erie Railroad (66 foot right of way);

Thence measure with the centerline of said West First Street, South 72 deg. 26' 27" East, 466.66 feet to a railroad spike (set) at a point of curvature;

70

Thence measure along a curve to the right having a radius of 5927.17 feet and a central angle of 0 deg. 24' 56", and a chord which bears South 72 deg. 13' 59" East at 42.99 feet, an arc distance of 42.99 feet;

Thence measure with the west line of a 1.656 acre tract described in deed to Tumbleweed LLC recorded in Book 1036, Page 65 of the Official Records of Clark County, Ohio, South 17 deg. 44' 00" West, 370.00 feet to a 5/8 inch rebar with plastic cap (set) at the southwest corner thereof, the True Place of Beginning herein;

Thence with part of the South line of said Tumbleweed premises, South 70 deg. 57' 10" East, 179.60 feet to a 5/8 inch rebar with plastic cap (set);

Thence, South 21 deg. 29' 44" West, 361.18 feet to a 5/8 inch rebar with plastic cap (set) on the Southerly line of the original 3.147 acre tract described in deed to Tharaldson Development Company, Inc. recorded in Book 999, Page 211 of the Official Records of Clark County, Ohio,

North 68 deg. 30' 16" West, 100.00 feet from the Southeast corner thereof;

Thence with part of the North line of premises described in deed to Eby-Brown Company recorded in Book 86, Page 136 of the Official Records of Clark County, Ohio, North 68 deg. 30' 16" West, 295.00 feet to a 5/8 inch rebar with plastic cap (found);

Thence, North 21 deg. 29' 44" East, 261.98 feet to a 5/8 inch rebar with plastic cap (found);

Thence, North 58 deg. 09' 04" East, 60.00 feet to a 5/8 inch rebar with plastic cap (found);

Thence along the right of way of a previously proposed street and along a curve to the left, having a radius of 50.00 feet, a central angle of 130.00 deg. 25' 05" and a chord which bears 82 deg. 56' 32" East at 90.78 feet, an arc distance of 113.81 feet to the point of beginning and containing 1.659 acres, subject, however, to all rights of way, easements, and restrictions of record.

Also Less and Except:

Situated in the State of Ohio, County of Clark, and within the corporate limits of the City of Springfield and being part of Section 11, Town 4, Range 9, between the Miami Rivers Survey, and being described as follows:

Beginning at the original Southeasterly corner of a 3.147 acre tract described in deed to Tharaldson Development Company, Inc. recorded in Book 999, Page 211 of the Official Records of Clark County, Ohio and being on the west line of Lot 4, as numbered and designated on the Hometown Business District recorded in Volume 15, Page 186 of the plat records of Clark County, Ohio, North 35 deg. 44' 43" East, 212.42 feet from the Westernmost corner of said Lot 4;

71

Thence with the South line of said Tharaldson premises, North 68 deg. 30' 16" West, 100.00 feet to a 5/8 inch rebar with plastic cap (set);

Thence, North 21 deg. 29' 44" East, 86.45 feet to a 5/8 inch rebar with plastic cap (set); Thence, South 68 deg. 30' 16" East, 121.96 feet to a 5/8 inch rebar with plastic cap (set);

Thence with part of the West line of said Lot 4, South 35 deg. 44' 43" West, 89.20 feet to the point of beginning and containing 0.220 acres, subject, however, to all rights of way, easements, restrictions of record.

| | |
|---|---|
| Name of Project: | Residence Inn Las Vegas |
| Address of Project: | 5875 Dean Martin Drive, Las Vegas, NV |
| Security Instrument: | Fee and Leasehold Deed of Trust Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 20171113-0002399 in the Recorder's Office of the Recorder of Clark County, Nevada (the "Clark Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 20180628-0000336 in the Clark Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 20180628-0000337 in the Clark Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

73

PARCEL 1:

A PORTION OF LOT ONE (1) OF THE FINAL MAP OF GATEWAY SOUTH, AS SHOWN BY MAP
THEREOF ON FILE IN BOOK 90 OF PLATS, PAGE 66, IN THE OFFICE OF THE COUNTY
RECORDER OF CLARK COUNTY, NEVADA, LYING WITHIN THE NORTHEAST QUARTER (NE
¼) OF THE NORTHWEST QUARTER (NW ¼) OF SECTION 32, TOWNSHIP 21 SOUTH, RANGE
61 EAST, M.D.M., CLARK COUNTY, NEVADA, MORE PARTICULARLY DESCRIBED AS
FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID ALIQUOT PART;

THENCE NORTH 88° 23' 00" WEST, ALONG THE CENTERLINE OF OQUENDO ROAD AND THE
SOUTH LINE OF SAID ALIQUOT PART, 119.99 FEET;

THENCE NORTH 01° 37' 00" EAST, 30.00 FEET TO THE NORTHERLY RIGHT OF WAY OF
OQUENDO ROAD AND THE POINT OF BEGINNING;

THENCE ALONG SAID RIGHT OF WAY, NORTH 88° 23' 00" WEST, 572.81 FEET TO A CURVE
CONCAVE NORTHEASTERLY, HAVING A RADIUS OF 15.00 FEET AND A CENTRAL ANGLE OF
90° 00' 00";

THENCE NORTHWESTERLY ALONG SAID CURVE, 23.56 FEET TO THE EASTERLY RIGHT OF
WAY OF CENTURY PARK DRIVE AS SHOWN IN RECORD OF SURVEY FILE 109 OF SURVEYS,
PAGE 72;

THENCE ALONG SAID RIGHT OF WAY, THE FOLLOWING FIVE (5) COURSES;

NORTH 01° 37' 00" EAST, 59.82 FEET TO A CURVE CONCAVE WESTERLY, HAVING A RADIUS
OF 465.00 FEET AND A CENTRAL ANGLE OF 04° 17' 44";

THENCE NORTHERLY ALONG SAID CURVE, 34.86 FEET;

THENCE NORTH 02° 40' 44" WEST, 73.42 FEET TO A CURVE CONCAVE EASTERLY, HAVING A
RADIUS OF 405.00 FEET AND A CENTRAL ANGLE OF 02° 46' 40";

THENCE NORTHERLY ALONG SAID CURVE, 19.63 FEET;

THENCE NORTH 00° 05' 56" EAST, 38.64 FEET;

THENCE DEPARTING SAID RIGHT OF WAY, NORTH 77° 30' 21" EAST, 498.54 FEET TO THE
WESTERLY RIGHT OF WAY OF INDUSTRIAL ROAD (40.00 FEET FROM CENTERLINE);

THENCE ALONG SAID RIGHT OF WAY, SOUTH 23° 07' 47" EAST, 194.24 FEET TO A CURVE
CONCAVE WESTERLY, HAVING A RADIUS OF 682.97 FEET AND A CENTRAL ANGLE OF 14°
20' 52";

THENCE SOUTHERLY ALONG SAID CURVE, 171.03 FEET TO A POINT OF COMPOUND CURVE CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 20.00 FEET AND A CENTRAL ANGLE OF 100° 23' 55";

THENCE SOUTHWESTERLY ALONG SAID CURVE 35.05 FEET TO THE POINT OF BEGINNING.

SAID LAND IS ALSO DESCRIBED AS LOT 1 OF THAT CERTAIN RECORD OF SURVEY FILED IN FILE 121 OF SURVEYS, PAGE 22, RECORDED MARCH 07, 2002 IN BOOK 20020307 AS INSTRUMENT NO. 02128, AND ON THAT CERTAIN RECORD OF SURVEY ON FILE IN FILE 155 OF SURVEYS, PAGE 50, RECORDED MARCH 29, 2006 IN BOOK 20060329 AS INSTRUMENT NO. 0002433, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

NOTE: THE ABOVE METES AND BOUNDS DESCRIPTION APPEARED PREVIOUSLY IN THAT CERTAIN DOCUMENT RECORDED JUNE 04, 2013 IN BOOK 20130604 AS INSTRUMENT NO. 01543 OF OFFICIAL RECORDS.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS AS CREATED AND SET FORTH IN THAT CERTAIN "DECLARATION OF RECIPROCAL EASEMENTS AND OF COVENANTS, CONDITIONS AND RESTRICTIONS", RECORDED NOVEMBER 19, 2001 IN BOOK 20011119 AS DOCUMENT NO. 02619, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

73744464.1

Name of Project:       Hampton Inn Fairview Heights
Address of Project:    150 Ludwig Drive, Fairview Heights, IL
Security Instrument:   Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and
                       Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as
                       Document Number A02559020 in the Recorder's Office of the Recorder of Deeds of St.
                       Clair County, Illinois (the "St. Clair Recorder's Office"); as assigned by Assignment of
                       Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and
                       Fixture Filing dated as of February 5, 2018 and recorded on June 27, 2018, as Document
                       Number A02580722 in the St. Clair Recorder's Office; as further assigned by Assignment
                       of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and
                       Fixture Filing from JPMorgan Chase Bank, National Association and German American
                       Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 27,
                       2018, as Document Number A02580723 in the St. Clair Recorder's Office
Borrower(s):           W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL OPS, LLC

Legal Description of Land:

PARCEL 1:

LOT FIVE (5) OF THE SUBDIVISION OF THE FAIRVIEW HEIGHTS PLAZA ANNEX
LOCATED IN PART OF THE SOUTHEAST QUARTER OF SECTION 21, TOWNSHIP 2
NORTH, RANGE 8 WEST OF THE 3RD PRINCIPAL MERIDIAN, CITY OF FAIRVIEW
HEIGHTS, ST. CLAIR COUNTY, ILLINOIS; REFERENCE BEING HAD TO THE PLAT
THEREOF RECORDED IN THE RECORDER'S OFFICE IN BOOK OF PLATS 91, ON PAGE
45, EXCEPT THE COAL UNDERLYING THE SURFACE OF SAID LAND AND ALL
RIGHTS AND EASEMENTS IN FAVOR OF THE ESTATE OF SAID COAL.

ALSO KNOWN AS LOT FOUR (4) OF "RE-SUBDIVISION OF THE SUBDIVISION OF
FAIRVIEW HEIGHTS PLAZA ANNEX" REFERENCE BEING HAD TO THE PLAT
THEREOF RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY,
ILLINOIS, IN BOOK OF PLATS 93 AT PAGE 16.

PARCEL 2:

EASEMENT RIGHTS CREATED IN THAT DECLARATION AND GRANT OF
EASEMENTS AND RECIPROCAL RIGHTS DATED APRIL 25, 1991 AND RECORDED
MAY 30, 1991 AS DOCUMENT NO. A01066285, MADE BY FAIRVIEW HEIGHTS
ASSOCIATES, LIMITED PARTNERSHIP, GRANTOR

Permanent Index Number: 03-21.0-404-009

150 Ludwig Drive, Fairview Heights, Illinois 62208

73744464.1

Name of Project:    Residence Inn West Springfield

Address of Project:    64 Border Way, West Springfield, MA

Security Instrument:    Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on December 5, 2017, as Document Number 71997, in Book 21974, Page 374 in the Recorder's Office of the Register of Deeds of Hampden County, Massachusetts (the "Hampden Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded May 10, 2018, as Document Number 25313, in Book 22166, Page 230 in the Hampden Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 10, 2018 as Document Number 25314, in Book 22166, Page 236 in the Hampden Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

All that certain parcel of land with the buildings thereon situated at 64 Border Way, West Springfield, Hampden County, Massachusetts, all more particularly described in Exhibit "A" attached hereto and made a part hereof.

Real property in the City of West Springfield, County of Hampden, Commonwealth of Massachusetts, known as 64 Border Way, and described as follows:

Lot #2:

A parcel of land in West Springfield, Hampden County, Massachusetts, lying westerly of Riverdale Street (U.S. Route 5), Northerly of the 1965 layout of Interstate Route 91, and being particularly described as follows:

Beginning at an iron pipe in the Easterly line of land now or formerly of The Roman Catholic Bishop of Springfield, as described in Book 3002, Page 354, said pipe being N 09°22'32" E a distance of 100.00 feet from the Southeast corner of parcel described herein;

Thence along land now or formerly of said Roman Catholic Bishop of Springfield N 11°27'05" E a distance of 303.60 feet to a point in the Southerly line of land now or formerly of The Dominican Nuns, as described in Book 5200, Page 276;

Thence partly along land now or formerly of said Dominican Nuns and partly along land now or formerly of Red Roof Inns, as described in Book 5768, Page 598;

Thence along land now or formerly of said Red Roof Inns S 00°25'50" E a distance of 334.25 feet to a concrete monument act in the Northerly sideline of Border Way, a proposed 60.00 foot wide public way;

Thence along said Northerly sideline of Border Way on a curve to the left of radius 60.00 feet an arc length of 186.97 feet to an iron pipe at land now or formerly of New England Restaurant Company, Inc., said pipe being S 70°17'25" W a distance of 119.99 feet from the last mentioned concrete monument;

Thence along land of said New England Restaurant Company, Inc., N 79°40'43" W a distance of 716.79 feet to a point in the Easterly line of said Roman Catholic Bishop of Springfield;

Thence along said Easterly line of said Roman Catholic Bishop of Springfield N 09°22'32" E a distance of 100.00 feet to the point of beginning.

73744464.1

The parcel described above contains 6.872 acres, is a portion of the land described in Book 10453, Page 137, and is more completely shown as Lot #2 on a plan entitled "Definitive Subdivision Plan of Land in West Springfield (Hampden County), Massachusetts, surveyed for New England Restaurant Co., Inc.", dated August 13, 1999, by Clough, Harbour & Associates LLP, which plan was recorded in the Hampden County Registry of Deeds on December 6, 1999 in Book of Plans 315, Page 037.

Together with the benefit of a non-exclusive easement to pass and repass over the land shown as Border Way on the aforementioned plan, for all purposes for which ways may be used in the City of West Springfield.

73744464.1

Name of Project:        Hampton Inn Forsyth
Address of Project:     1429 Hickory Point Drive, Forsyth, IL
Security Instrument:    Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Document Number 1927073, in Book 4596, Page 212 in the Recorder's Office of the County Recorder of Macon County, Illinois (the "Macon Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 21, 2018, as Document Number 1933355, in Book 4622, Page 310 in the Macon Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 21, 2018, as Document Number 1933356, in Book 4622, Page 315 in the Macon Recorder's Office
Borrower(s):            W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL OPS, LLC

Legal Description of Land:


ALL OF LOT 17B1, RESURVEY OF LOT 17B OF THE RESURVEY OF LOT 17 IN HICKORY POINT MALL, A SUBDIVISION OF LAND IN THE VILLAGE OF FORSYTH, MACON COUNTY, ILLINOIS, AS PER PLAT RECORDED ON BOOK 1832 PAGE 422 OF THE RECORDS IN THE RECORDER'S OFFICE OF MACON COUNTY, ILLINOIS, SITUATED IN MACON COUNTY, ILLINOIS.

Permanent Index Number: 07-07-22-278-005

1429 Hickory Point Drive, Forsyth, Illinois 62535

73744464.1

Name of Project:    Courtyard Roseville 2

Address of Project:    301 Creekside Ridge Court, Roseville, CA

Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 2017-0088947-00 in the Recorder's Office of the County Recorder of Placer County, California (the "Placer Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 12, 2018, as Document Number 2018-0041598-00 in the Placer Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 12, 2018, as Document Number 2018-0041599-00 in the Placer Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

PARCEL ONE:

LOT 11 OF "CREEKSIDE CENTER" AS SHOWN BY MAP THEREOF FILED FOR RECORD DECEMBER 24, 1998 IN BOOK "V" OF MAPS, PAGE 17, PLACER COUNTY RECORDS.

EXCEPTING THEREFROM ALL THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE EASTERLY MOST SOUTHEAST CORNER OF LOT 10 OF SAID CREEKSIDE CENTER, BEING AN ANGLE POINT ON THE COMMON LINE BETWEEN SAID LOTS 10 AND 11; THENCE ALONG SAID COMMON LINE NORTH 00° 16' 08" WEST 173.22 FEET; THENCE DEPARTING SAID COMMON LINE SOUTH 22° 31' 14" EAST 33.15 FEET; THENCE SOUTH 00° 16' 08" EAST 144.49 FEET TO A POINT ON THE EASTERLY PROLONGATION OF THE EASTERLY MOST SOUTHERLY BOUNDARY OF SAID LOT 10; THENCE ALONG SAID PROLONGATION, NORTH 81° 26' 54" WEST 12.70 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM ALL THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHERLY MOST CORNER COMMON TO LOTS 10 AND 11 AS SHOWN ON THE ABOVE MAP, SAID POINT BEING ON THE ARC OF A NON-TANGENT 5000.00 FOOT RADIUS CURVE TO WHICH A RADIAL LINE BEARS SOUTH 25° 02' 27" WEST; THENCE ALONG THE NORTHERLY LINE OF SAID LOT 11, CURVING TO THE LEFT ALONG THE ARC OF SAID 5000.00 FOOT RADIUS CURVE, CONCAVE NORTHEASTERLY, THROUGH A CENTRAL ANGLE OF 00° 21' 28", AN ARC LENGTH OF 31.22 FEET (SOUTH 65° 08' 17" EAST, 31.22 FEET);

THENCE DEPARTING SAID NORTHERLY LINE SOUTH 24° 40' 59" WEST 205.22 FEET TO AN ANGLE POINT ON THE COMMON LINE BETWEEN SAID LOTS 10 AND 11; THENCE ALONG SAID COMMON LINE NORTH 04° 51' 41" EAST 94.21 FEET; THENCE CONTINUING ALONG SAID COMMON LINE NORTH 25° 02' 27" EAST 116.69 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

82

A PORTION OF LOT 10 OF "CREEKSIDE CENTER" AS SHOWN BY MAP THEREOF FILED FOR RECORD DECEMBER 24, 1998 IN BOOK "V" OF MAPS, PAGE 17, PLACER COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE ANGLE POINT ON THE COMMON LINE BETWEEN LOTS 10 AND 11 AS SHOWN ON THE ABOVE MAP, FROM WHICH THE NORTHERLY MOST CORNER COMMON TO SAID LOTS 10 AND 11 BEARS ALONG SAID COMMON LINE NORTH 04° 51' 41" EAST 94.21 FEET AND NORTH 25° 02' 27" EAST 116.69 FEET; THENCE ALONG SAID COMMON LINE SOUTH 66° 02' 06" EAST 27.39 FEET; THENCE CONTINUING ALONG SAID COMMON LINE SOUTH 00° 16' 08" EAST 49.80 FEET; THENCE DEPARTING SAID COMMON LINE NORTH 22° 31' 14" WEST 65.95 FEET TO THE POINT OF BEGINNING.

PARCEL THREE:

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL ONE AND PARCEL TWO, INCLUDING, WITHOUT LIMITATION, EASEMENTS CREATED IN, UNDER, BY OR AS SET FORTH IN THE DECLARATION OF RECIPROCAL ACCESS, PARKING AND DRAINAGE EASEMENTS AND MAINTENANCE AGREEMENT RECORDED FEBRUARY 26, 2004, INSTRUMENT NO. 2004-0020820, OF OFFICIAL RECORDS.

73744464.1

Name of Project:       Residence Inn Vacaville
Address of Project:    360 Orange Drive, Vacaville, CA
Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Document Number 201700100252 in the Recorder's Office of the Assessor/Recorder of Solano County, California (the "Solano Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on September 11, 2018, as Document Number 201800061834 in the Solano Recorder's Office; as further assigned by the Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on September 11, 2018, as Document Number 201800061835 in the Solano Recorder's Office
Borrower(s):           W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

84

PARCEL A:

PARCEL 2, AS SHOWN ON THE PARCEL MAP OF WORTHAN FAMILY PROPERTIES, FILED NOVEMBER 25, 1998 IN BOOK 41 OF PARCEL MAPS, PAGE 22, SOLANO COUNTY RECORDS.

PARCEL B:

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL A INCLUDING WITHOUT LIMITATION A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF PARCELS 3, 4 AND 5 (41 PM 22) DESIGNATED AS "40' A.U.E. & E.V.A." ON THE FILED MAP AS GRANTED IN DEED TO HERITAGE INN OF DULUTH, INC., RECORDED ON NOVEMBER 25, 1998, INSTRUMENT NO. 1998-00097179, SOLANO COUNTY RECORDS.

PARCEL C:

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL A INCLUDING WITHOUT LIMITATION A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF PARCEL 1 (41 PM 22) DESIGNATED AS "60' A.U.E. & E.V.A." ON THE FILED MAP AS GRANTED IN DEED TO HERITAGE INN OF DULUTH, INC., RECORDED ON NOVEMBER 25, 1998, INSTRUMENT NO. 1998-00097179, SOLANO COUNTY RECORDS.

PARCEL D:

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL A INCLUDING WITHOUT LIMITATION A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF PARCEL 7 (41 PM 22) DESIGNATED AS "40' A.U.E. & E.V.A" ON THE FILED MAP AS GRANTED IN DEED FROM HERITAGE INN OF DULUTH, INC., RECORDED ON DECEMBER 31, 2002, INSTRUMENT NO. 2002- 00173180, SOLANO COUNTY RECORDS.

PARCEL E:

73744464.1

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL A INCLUDING WITHOUT LIMITATION A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF PARCEL 7 (41 PM 22) DESIGNATED AS "20' S.D.E. & 25' S.D.E" ON THE FILED MAP AS GRANTED IN DEED FROM HERITAGE INN OF DULUTH, INC., RECORDED ON DECEMBER 31, 2002, INSTRUMENT NO. 2002-00173180, SOLANO COUNTY RECORDS.

PARCEL F:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR ACCESS AND UTILITIES CREATED IN, UNDER BY OR UNDER CONTAINED IN THE DOCUMENT ENTITLED: "UTILITIES EASEMENT AGREEMENT" RECORDED FEBRUARY 01, 2000 AS INSTRUMENT NO. 2000-00009190 OF OFFICIAL RECORDS, BY AND BETWEEN HERITAGE INN OF DULUTH, INC., A NORTH DAKOTA CORPORATION, AND KPT REMIC LOAN LLC, A DELAWARE LIMITED LIABILITY COMPANY.

PARCEL G:

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL A INCLUDING WITHOUT LIMITATION NON-EXCLUSIVE EASEMENT CREATED IN, UNDER BY OR SET FORTH AND CONTAINED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ESTABLISHMENT OF EASEMENTS RECORDED NOVEMBER 25, 1998 AS INSTRUMENT NO. 1998-00097172, SOLANO COUNTY RECORDS.

PARCEL H:

ALL EASEMENT AND OTHER RIGHTS FOR THE BENEFIT OF THE ABOVE DESCRIBED PARCEL A INCLUDING WITHOUT LIMITATION A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR DRIVEWAY, INGRESS, EGRESS, PARKING, ACCESS, STORM DRAINAGE, SANITARY SEWER AND PUBLIC AND PRIVATE UTILITY PURPOSES CREATED IN, UNDER BY OR CONTAINED IN THE DOCUMENT ENTITLED: "RECIPROCAL EASEMENT AGREEMENT" BY AND BETWEEN MIDWEST HERITAGE INN OF VACAVILLE, INC. AND R.I. HERITAGE INN OF VACAVILLE, INC., RECORDED MARCH 11, 2005, INSTRUMENT NO. 2005-00034570, SOLANO COUNTY RECORDS.

Name of Project:      Residence Inn West Palm Beach
Address of Project:   2461 MetroCentre Blvd., West Palm Beach, FL
Security Instrument:  Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and
                      Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Clerk's
                      File Number 20170409559, in Official Record Book 29479, Page 277 in the Recorder's Office
                      of the Clerk and Comptroller of Palm Beach County, Florida (the "Palm Beach Recorder's
                      Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases
                      and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York
                      Branch to German American Capital Corporation dated as of February 5, 2018 and recorded
                      on May 11, 2018, as Clerk's File Number 20180182584, in Official Record Book 29845, Page
                      699 in the Palm Beach Recorder's Office; as further assigned by Fee and Leasehold
                      Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from
                      JPMorgan Chase Bank, National Association and German American Capital Corporation
                      to the Trust dated as of February 5, 2018 and recorded on May 11, 2018, as Clerk's File
                      Number 20180182585, in Official Record Book 29845, Page 704 in the Palm Beach
                      Recorder's Office
Borrower(s):          W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

87

The land referred to herein below is situated in the County of Palm Beach, State of Florida, and is described as follows:

THE WEST 197.26 FEET OF LOT 6, OF METROCENTRE CORPORATE PARK, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 61, PAGE 140, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

ALSO DESCRIBED AS FOLLOWS:

THE WEST 197.26 FEET OF LOT 6, OF METROCENTRE CORPORATE PARK, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 61, PAGES 140 AND 141, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF BEGINNING, COMMENCE AT THE NORTHWEST CORNER OF SAID LOT 6, SAID POINT LYING ON THE SOUTHERLY RIGHT-OF-WAY LINE OF 45th STREET (STATE ROAD 702) (A VARIABLE WIDTH RIGHT-OF-WAY AS NOW ESTABLISHED); THENCE SOUTH 87° 57' 30" EAST ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE, A DISTANCE OF 197.26 FEET TO THE NORTHEAST CORNER OF SAID WEST 197.26 FEET OF LOT 6; THENCE SOUTH 02° 02' 30" WEST, A DISTANCE OF 512.74 FEET TO THE NORTHEASTERLY RIGHT-OF-WAY LINE OF METROCENTRE BOULEVARD EAST (A 50.00 FOOT PRIVATE RIGHT-OF-WAY AS NOW ESTABLISHED), SAID POINT LYING ON A NON TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 250.00 FEET; THENCE ALONG AND AROUND THE ARC OF SAID CURVE, AN ARC DISTANCE OF 52.12 FEET TO THE POINT OF TANGENCY OF SAID CURVE, SAID CURVE HAVING A CHORD BEARING OF NORTH 58° 46 '20" WEST, AND A CHORD DISTANCE OF 52.03 FEET; THENCE NORTH 52° 47' 57" WEST ALONG SAID RIGHT-OF-WAY LINE, A DISTANCE OF 185.72 FEET TO THE SOUTHWEST CORNER OF SAID LOT 6, THENCE NORTH 02° 02' 30" EAST, A DISTANCE OF 380.42 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH ALL RIGHT, TITLE AND INTEREST OF INSURED IN AND TO ANY BENEFICIAL EASEMENTS, IF ANY, CONTAINED IN THE CERTAIN DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS, AND EASEMENTS RECORDED IN OFFICIAL RECORDS BOOK 5956, PAGE 1562, AS AMENDED IN OFFICIAL RECORDS BOOK 8400, PAGE 1893; OFFICIAL RECORDS BOOK 8563, PAGE 1366; OFFICIAL RECORDS BOOK 11286, PAGE 47, AS

AFFECTED BY WAIVER RECORDED IN OFFICIAL RECORDS BOOK 9454, PAGE 916, PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

Name of Project:      Hampton Inn Fairborn

Address of Project:   2550 Paramount Place, Fairborn, OH

Security Instrument:  Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as Document Number 2017019815 in the Recorder's Office of the Recorder of Greene County, Ohio (the "Greene Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 14, 2018, as Document Number 2018007481 in the Greene Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 14, 2018, as Document Number 2018007482 in the Greene Recorder's Office

Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Real property in the City of Fairborn, County of Greene, State of Ohio, described as follows:

Situate in the City of Fairborn, County of Greene, State of Ohio and being Lot 7044 Midwest Heritage Inn of Dayton/Fairborn, Inc. Being a Replat of Wright Executive Center Section Six-Phase Two Lot No. 6792, Replat as recorded in Plat Book 28, Pages 67 & 68 (now found in Plat Cabinet 34, Pages 292B & 293A) of the Plat Records of said county.

Parcel ID Number:  B41000200380003200

73744464.1

Name of Project:      Courtyard Folsom

Address of Project:   2575 Iron Point Road, Folsom, CA

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, in Book 20171114, Page 0881 in the Recorder's Office of the Clerk/Recorder of Sacramento County, California (the "Sacramento Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 11, 2018, in Book 20180711, Page 0193 in the Sacramento Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 11, 2018, in Book 20180711, Page 0194 in the Sacramento Recorder's Office

Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL 1:

PARCEL 2 AS SHOWN ON THAT CERTAIN PARCEL MAP FILED DECEMBER 08, 2000, IN BOOK 159, OF PARCEL MAPS, PAGE NO. 19 OF OFFICIAL RECORDS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN ACCESS, PARKING AND FOR UTILITIES CREATED IN, UNDER OR CONTAINED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENT RECORDED DECEMBER 08, 2000 AS BOOK 20001208, PAGE 676, AS AMENDED, AND AS CONTAINED IN THAT CERTAIN NOTE "F" ON PARCEL MAP RECORDED IN BOOK 159, PAGE 19.

73744464.1

Name of Project:    Residence Inn Chandler

Address of Project:    200 N. Federal Street, Chandler, AZ

Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 20170837888 in the Recorder's Office of the County Recorder of Maricopa County, Arizona (the "Maricopa Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded May 29, 2018, as Document Number 20180406764 in the Maricopa Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 29, 2018, as Document Number 20180406765 in the Maricopa Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

PARCEL NO. 1:

THAT PART OF TRACT "E", DIVIDEND CENTER AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 311 OF MAPS, PAGE 21, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 25, TOWNSHIP 1 SOUTH, RANGE 4 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA, FROM WHENCE THE SOUTH QUARTER CORNER OF SAID SECTION 25 BEARS SOUTH 88 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 88 DEGREES 14 MINUTES 43 SECONDS WEST RECORD);

THENCE SOUTH 88 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 88 DEGREES 14 MINUTES 43 SECONDS WEST RECORD) ALONG THE SOUTH LINE OF SAID SECTION 25, A DISTANCE OF 784.97 FEET;

THENCE NORTH 01 DEGREES 56 MINUTES 11 SECONDS WEST, 65.00 FEET TO THE MOST SOUTHERLY SOUTHEAST CORNER OF SAID TRACT "E", SAID CORNER BEING THE TRUE POINT OF BEGINNING;

THENCE SOUTH 88 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 88 DEGREES 14 MINUTES 43 SECONDS WEST RECORD) ALONG THE SOUTH LINE OF SAID TRACT "E", A DISTANCE OF 293.58 FEET;

THENCE NORTH 01 DEGREES 56 MINUTES 11 SECONDS WEST, A DISTANCE OF 502.00 FEET TO A POINT ON THE NORTH LINE OF SAID TRACT "E";

THENCE NORTH 88 DEGREES 03 MINUTES 49 SECONDS EAST (NORTH 88 DEGREES 14 MINUTES 45 SECONDS EAST RECORD) ALONG SAID NORTH LINE, A DISTANCE OF 293.58 FEET;

THENCE SOUTH 46 DEGREES 56 MINUTES 11 SECONDS EAST (SOUTH 46 DEGREES 45 MINUTES 15 SECONDS EAST RECORD) ALONG SAID NORTH LINE, A DISTANCE OF 28.28 FEET TO A POINT ON THE EAST LINE OF SAID TRACT "E";

THENCE SOUTH 01 DEGREES 56 MINUTES 11 SECONDS EAST (SOUTH 01 DEGREES 45 MINUTES 15 SECONDS EAST RECORD) ALONG SAID EAST LINE, A DISTANCE OF 462.00 FEET;

THENCE SOUTH 43 DEGREES 03 MINUTES 49 SECONDS WEST (SOUTH 43 DEGREES 14 MINUTES 45 SECONDS WEST RECORD), ALONG SAID EAST LINE, A DISTANCE OF 28.28 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT THAT PROPERTY AS SET FORTH IN FINAL ORDER OF CONDEMNATION RECORDED AS 2012-0373452 OF OFFICIAL RECORDS AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

A PARCEL OF LAND BEING A PORTION OF TRACT E AS SHOWN ON THE AMENDED FINAL PLAT FOR DIVIDEND CENTER RECORDED IN BOOK 311, PAGE 21, MARICOPA COUNTY RECORDS AND AS CONVEYED TO W2005/FARGO HOTELS (POOL C) REALTY, L.P. BY DEED OF RECORD IN INSTRUMENT NO. 2006-0610665, MARICOPA COUNTY RECORDS ALL LYING WITHIN THE SOUTHEAST QUARTER OF SECTION 25, TOWNSHIP 1 SOUTH, RANGE 4 EAST OF THE GILA AND SALT RIVER MERIDIAN, CITY OF CHANDLER, MARICOPA COUNTY, ARIZONA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 25 (3" ADOT HIGHWAY DEPARTMENT ALUMINUM CAP IN HAND HOLE) FROM WHICH POINT THE SOUTH QUARTER CORNER THEREOF (3" CITY OF CHANDLER BRASS CAP IN HAND HOLE) BEARS SOUTH 88 DEGREES 04 MINUTES 01 SECONDS WEST A DISTANCE OF 2671.89 FEET;

THENCE SOUTH 88 DEGREES 04 MINUTES 01 SECONDS WEST, ALONG THE SOUTH LINE OF SAID SOUTHEAST QUARTER, A DISTANCE OF 835.31 FEET;

THENCE NORTH 01 DEGREES 55 MINUTES 59 SECONDS WEST, ACROSS THE RIGHT-OF-WAY OF CHANDLER BOULEVARD, A DISTANCE OF 65.00 FEET TO A POINT ON THE NORTH RIGHT-OF-WAY LINE THEREOF AS SHOWN ON SAID AMENDED PLAT THE POINT OF BEGINNING;

THENCE NORTH 85 DEGREES 47 MINUTES 31 SECONDS EAST, ACROSS SAID TRACT E, A DISTANCE OF 52.46 FEET TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF FEDERAL STREET AS SHOWN ON SAID AMENDED PLAT;

THENCE SOUTH 43 DEGREES 04 MINUTES 01 SECONDS WEST, ALONG SAID WEST RIGHT-OF-WAY LINE, A DISTANCE OF 2.95 FEET TO THE RIGHT-OF-WAY INTERSECTION WITH SAID CHANDLER BOULEVARD;

73744464.1

THENCE SOUTH 88 DEGREES 04 MINUTES 01 SECONDS WEST, ALONG SAID NORTH RIGHT-OF-WAY LINE OF CHANDLER BOULEVARD, A DISTANCE OF 50.34 FEET TO THE POINT OF BEGINNING.

PARCEL NO. 2:

EASEMENT CONTAINED IN THAT CERTAIN RECIPROCAL EASEMENT AGREEMENT DATED FEBRUARY 03, 2000 BY AND BETWEEN MIDWEST HERITAGE INN OF CHANDLER, INC. AND R.I. HERITAGE OF CHANDLER, INC. RECORDED FEBRUARY 08, 2000 AS 2000-094947 OF OFFICIAL RECORDS.

PARCEL NO. 3:

NON-EXCLUSIVE EASEMENTS AS SET FORTH IN OPERATION AND RECIPROCAL EASEMENT AGREEMENT RECORDED APRIL 20, 1998 AS 98-317937 OF OFFICIAL RECORDS.

73744464.1

Name of Project:    Hampton Inn Ft. Lauderdale - Cypress Creek

Address of Project:    720 East Cypress Creek Road, Ft. Lauderdale, FL

Security Instrument:    Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 17, 2017, as Instrument Number 114727950 in the Recorder's Office of the Board of County Commissioners of Broward County, Florida (the "Broward Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument Number 115066899 in the Broward Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument Number 115066900 in the Broward Recorder's Office

Borrower(s):    W2005 New Century Hotel Portfolio, L.P. and CNI THL OPS

Legal Description of Land:

73744464.1

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF BROWARD, STATE OF FLORIDA, AND IS DESCRIBED AS FOLLOWS:

PARCELS B, C, AND D, HARRAH PLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 100, PAGE 25, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A REBAR MARKING THE NORTHWEST CORNER OF SAID PARCEL D, SAID POINT LYING ON THE SOUTHERLY RIGHT-OF-WAY LINE OF CYPRESS CREEK ROAD (NE 62nd STREET)(VARIABLE WIDTH RIGHT-OF-WAY);

THENCE NORTH 88°46'54" EAST ALONG SAID RIGHT-OF-WAY LINE A DISTANCE OF 256.10 FEET TO A REBAR ON A NON-TANGENT CIRCULAR CURVE TO THE LEFT, HAVING A RADIUS OF 5784.58 FEET AND A CENTRAL ANGLE OF 00°44'04"; THENCE ALONG SAID CURVED RIGHT-OF-WAY LINE AN ARC DISTANCE OF 74.14 FEET (CHORD: SOUTH EAST, 74.15 FEET) TO A REBAR MARKING THE NORTHEAST CORNER OF SAID B; THENCE SOUTH 01°29'30" EAST A DISTANCE OF 292.91 FEET TO A REBAR MARKING THE SOUTHEAST CORNER OF PARCEL B; THENCE SOUTH 88°44'00" WEST A DISTANCE OF 330.00 FEET TO A REBAR MARKING THE SOUTHWEST CORNER OF SAID PARCEL D; THENCE NORTH 01°29'30" WEST A DISTANCE OF 298.79 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH ALL RIGHT, TITLE AND INTEREST THE INSURED IN AND TO THE CROSS PARKING AND ACCESS AGREEMENT RECORDED IN OFFICIAL RECORDS BOOK 12959, PAGE 317, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

SAID LAND ALSO BEING DESCRIBED AS:

PARCELS "B", "C", AND "D", HARRAH PLAT, ACCORDING TO THE PLAT HEREOF, AS RECORDED IN PLAT BOOK 100, PAGE 25, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF BEGINNING, COMMENCE AT THE NORTHWEST CORNER OF SAID PARCEL "D", SAID POINT LYING ON THE SOUTHERLY RIGHT-OF-WAY LINE OF CYPRESS CREEK ROAD (N.E. 62nd STREET)(VARIABLE WIDTH RIGHT-OF-WAY); THENCE NORTH 88°46'54" EAST, ALONG SAID RIGHT-OF-WAY LINE, A DISTANCE OF 256.10 FEET TO A POINT OF CURVATURE OF A CURVE CONCAVE NORTHERLY AND HAVING A RADIUS OF 5784.58 FEET; THENCE IN A EASTERLY DIRECTION ALONG AND AROUND THE ARC OF SAID CURVE, AN ARC DISTANCE OF 74.14 FEET TO THE NORTHEAST CORNER OF PARCEL "B", SAID ARC BEING SUBTENDED BY A CHORD BEARING OF SOUTH 86°53'09" EAST AND A CHORD DISTANCE OF 74.15

FEET; THENCE SOUTH 01°29'30" EAST, A DISTANCE OF 292.91 FEET TO THE SOUTHEAST CORNER OF SAID PARCEL "B"; THENCE SOUTH 88°44'00" WEST, A DISTANCE OF 330.00 FEET TO A REBAR MARKING THE SOUTHWEST CORNER OF PARCEL "D"; THENCE NORTH 01°29'30" WEST, A DISTANCE OF 298.79 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH ALL RIGHT, TITLE AND INTEREST THE INSURED IN AND TO THE CROSS PARKING AND ACCESS AGREEMENT RECORDED IN OFFICIAL RECORDS BOOK 12959, PAGE 317, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

73744464.1

Name of Project:     Courtyard Dayton
Address of Project:   7087 Miller Lane, Dayton, OH
Security Instrument:  Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 20, 2017, as File Number 2017-00069479 in the Recorder's Office of the County Recorder of Montgomery County, Ohio (the "Montgomery Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 24, 2018, as File No. 2018-00030113 in the Montgomery Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 24, 2018, as File Number 2018-00030114 in the Montgomery Recorder's Office

Borrower(s):      W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Parcel 1: Fee Parcel

Situated in the County of Montgomery, State of Ohio and Township of Butler:

Lot Numbered Three (3), Interstate Subdivision Two (2), Section Three (3), as recorded in Plat Book 173, Page 48, of the Montgomery County, Ohio Records.

Parcel 2: Easement Parcel

Detention Easement from Hawn Investments, Ltd. to George M. Whitson and Dayton Co., dated April 16, 1999, filed for record April 29, 1999 and recorded in Deed Microfiche No. 99-0266 A03, of the Montgomery County Records.

Parcel 3: Easement Parcel

Easement from George M. Whitson to A. William Spiry, dated April 14, 1999, filed for record April 29, 1999 and recorded in Deed Microfiche No. 99-0266 A11, of the Montgomery County Records.

Tax Parcel No.: A01259190003

Name of Project:      Residence Inn Salem

Address of Project:    640 Hawthorne Avenue, SE, Salem, OR

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, in Book 4014, Page 389 in the Recorder's Office of the County Clerk of Marion County, Oregon (the "Marion Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, in Book 4076, Page 52 in the Marion Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, in Book 4076, Page 53 in the Marion Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

PARCEL A:

A TRACT OF LAND SITUATED IN LOTS 7, 8, 9, 11, 12, 13 AND 14 OF MELROSE ADDITION TO SALEM, OREGON (PLAT BOOK 5, PAGE 0028) LOCATED IN SECTION 36, TOWNSHIP 7 SOUTH, RANGE 3 WEST OF THE WILLAMETTE MERIDIAN, IN THE CITY OF SALEM, MARION COUNTY, OREGON, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH LINE OF THAT TRACT OF LAND CONVEYED TO KYOTARU OREGON, INC. BY DEED RECORDED IN VOLUME 714, PAGE 0093, DEED RECORDS, WHICH POINT BEARS SOUTH 88° 53' 11" WEST 528.00 FEET FROM THE SOUTHEAST CORNER OF SAID KYOTARU TRACT, SAID BEGINNING POINT ALSO BEARS SOUTH 89° 13' 00" WEST 1139.23 FEET AND NORTH 1° 06' 49" WEST 550.04 FEET AND NORTH 14° 39' 04" WEST 204.20 FEET AND NORTH 1° 06' 49" WEST 252.00 FEET FROM THE SOUTHEAST CORNER OF LOT 10, MELROSE ADDITION TO SALEM, OREGON (PLAT BOOK 5, PAGE 0028);
THENCE SOUTH 1° 06' 49" EAST 222.15 FEET TO THE TRUE POINT OF BEGINNING;
THENCE NORTH 88° 53' 11" EAST PARALLEL WITH THE SOUTH LINE OF SAID KYOTARU TRACT,
A DISTANCE OF 493.13 FEET TO A POINT ON THE WESTERLY LINE OF THE SECOND DESCRIBED PARCEL CONVEYED TO THE STATE OF OREGON, BY DEED RECORDED IN VOLUME 975, PAGE 0004, DEED RECORDS;
THENCE SOUTHERLY ALONG SAID WESTERLY LINE ON THE ARC OF A 11,599.16 FOOT RADIUS CURVE TO THE LEFT (THE CHORD OF WHICH BEARS SOUTH 3° 33' 17" EAST 228.58 FEET TO THE NORTHEAST CORNER OF THE FIRST DESCRIBED PARCEL IN SAID VOLUME 975, PAGE 0004, DEED RECORDS;
THENCE SOUTH 88° 53' 11" WEST ALONG THE NORTH LINE OF SAID PARCEL, A DISTANCE OF 455.07 FEET TO THE NORTHWEST CORNER THEREOF;
THENCE NORTH 14° 39' 04" WEST 204.20 FEET;
THENCE NORTH 1° 06' 49" WEST 29.85 FEET TO THE TRUE POINT OF BEGINNING.

THE LEGAL DESCRIPTION WAS CREATED PRIOR TO JANUARY 01, 2008.

PARCEL B:

AN APPURTENANT ACCESS EASEMENT AS SET FORTH IN INSTRUMENT RECORDED APRIL 04, 1996 IN REEL 1301 AND PAGE 0219, FILM RECORDS, FOR MARION COUNTY, OREGON.

Name of Project:      Fairfield Inn Deptford
Address of Project:   1160 North Hurffville Road, Deptford, NJ
Security Instrument:  Fee Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing
                      dated as of November 6, 2017 and recorded on December 11, 2017, as Docket Number
                      00048744, in Mortgage Book 15297, Page 89 in the Recorder's Office of the County Clerk
                      of Gloucester County, New Jersey (the "Gloucester Recorder's Office"); as assigned by
                      Assignment of Fee Mortgage, Assignment of Leases and Rents, Security Agreement and
                      Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital
                      Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Docket
                      Number 00023585, in Mortgage Book AB357, Page 220 in the Gloucester Recorder's
                      Office; as further assigned by Assignment of Fee Mortgage, Assignment of Leases and
                      Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National
                      Association and German American Capital Corporation to the Trust dated as of February
                      5, 2018 and recorded on June 28, 2018, as Docket Number 00023586, in Mortgage Book
                      AB357, Page 226 in the Gloucester Recorder's Office
Borrower(s):          CNI THL Propco FE, LLC

Legal Description of Land:

73744464.1

Real property in the City of Deptford, County of Gloucester, State of New Jersey, described as follows:

BEGINNING at a point in the dividing line between the present Westerly right of way line of New Jersey State Highway Route No. 41 (a/k/a Hurffville Road) (80 feet wide) and the Southerly line of Lot 3, Block 484 (lands now or formerly of Earl L. Prickett) and from said point running; thence

1. South 14 degrees 10 minutes 00 seconds West, along the Westerly present right of way line of New Jersey State Highway Route 41,215.37 feet to an angle point; thence

2. South 22 degrees 17 minutes 48 seconds West, 70.71 feet to a point curve; thence

3. Southwestwardly, on a curve to the right, said curve having a radius of 480.00 feet, an arc distance of 111.36 feet to a point of curve; thence

4. Southwestwardly, on a curve to the right, said curve having a radius of 230.00 feet, an arc distance of 77.28 feet to a point of tangency; thence

5. South 61 degrees 39 minutes 51 seconds West, 43.51 feet to a point; thence

6. South 82 degrees 39 minutes 39 seconds West, 81.80 feet to a point; thence

7. North 71 degrees 23 minutes 32 seconds West, 73.47 feet to a point in the curved Northeasterly line of New Jersey State Highway Route No. 42 (a/k/a North-South Freeway); thence

8. Northwestwardly, along the curved Northeasterly line of New Jersey State Highway Route No. 42, on a curve to the right, said curve having a radius of 7,850 feet, an arc distance of 323.97 feet to a point in the dividing line between Lots 3 and 5 in Block 484; thence

9. North 73 degrees 00 minutes 00 seconds East, along the aforementioned dividing line, 466.37 feet to the point of BEGINNING.

TOGETHER WITH the beneficial easements contained in that certain Easement as contained in Deed Book 2055, Page 38.

NOTE: FOR INFORMATION ONLY: Being Lot(s) 5, Block(s) 484; Tax Map of the Township of Deptford, County of Gloucester, State of New Jersey.

73744464.1

Name of Project:     Hampton Inn Sedona

Address of Project:    1800 West Highway 89A, Sedona, AZ

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 2017-0059038 in the Recorder's Office of the County Recorder of Yavapai County, Arizona (the "Yavapai Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 2018-0027163 in the Yavapai Recorder's Office; as further assigned by Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 2018-0027164 in the Yavapai Recorder's Office

Borrower(s):       W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

A PORTION OF TRACT "A", OF SEDONA WEST SUBDIVISION, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YAVAPAI COUNTY, ARIZONA, RECORDED IN BOOK 7 OF MAPS, PAGE 98 AND BEING SITUATED IN THE SOUTHWEST QUARTER OF SECTION 12, TOWNSHIP 17 NORTH, RANGE 5 EAST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, YAVAPAI COUNTY, ARIZONA, SAID PARCEL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 12, AS MARKED BY A ½ INCH REBAR WITH PLASTIC CAP STAMPED "LS 14184" (FOUND);

THENCE FROM SAID POINT OF COMMENCEMENT, SOUTH 00 DEGREES 09 MINUTES 27 SECONDS WEST (SOUTH 00 DEGREES 12 MINUTES 09 SECONDS EAST - RECORD), A DISTANCE OF 176.99 (177 - RECORD) FEET ALONG THE WEST LINE OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 12 TO THE NORTHWEST CORNER OF SAID TRACT "A";

THENCE LEAVING SAID WEST LINE AND ALONG THE NORTH LINE OF SAID TRACT "A", SOUTH 85 DEGREES 00 MINUTES 12 SECONDS EAST (SOUTH 85 DEGREES 26 MINUTES 10 SECONDS EAST - RECORD) A DISTANCE OF 252.13 (251.80 - RECORD) FEET TO A ½ INCH REBAR WITH PLASTIC CAP STAMPED "LS 25384" (FOUND);

THENCE CONTINUING ALONG SAID NORTH LINE, SOUTH 87 DEGREES 23 MINUTES 06 SECONDS EAST (SOUTH 87 DEGREES 40 MINUTES 50 SECONDS EAST - RECORD), A DISTANCE OF 4.73 (RECORD SAME) FEET TO A ½ INCH REBAR WITH PLASTIC CAP STAMPED "LS 27231" (SET) AT THE POINT OF BEGINNING;

THENCE CONTINUING ALONG SAID NORTH LINE, SOUTH 87 DEGREES 23 MINUTES 06 SECONDS EAST, A DISTANCE OF 402.97 FEET TO A ½ INCH O.D. PIPE WITH NO CAP OR TAG (FOUND) AT THE SOUTHWEST CORNER OF LOT 1 OF SAID SEDONA WEST SUBDIVISION;

THENCE CONTINUING ALONG SAID NORTH LINE, SOUTH 89 DEGREES 42 MINUTES 16 SECONDS EAST (EAST - RECORD), A DISTANCE OF 104.61 FEET (RECORD SAME) TO A ½ INCH REBAR WITH PLASTIC CAP STAMPED "LS 27231" (SET) ON THE WESTERLY RIGHT-OF-WAY LINE OF MOUNTAIN SHADOWS DRIVE AS SHOWN ON SAID PLAT OF SEDONA WEST SUBDIVISION;

THENCE LEAVING SAID NORTH LINE AND ALONG SAID WESTERLY RIGHT-OF-WAY LINE, SOUTH 00 DEGREES 23 MINUTES 45 SECONDS WEST (SOUTH - RECORD), A DISTANCE OF 309.01 (309.35 RECORD) FEET TO ½ INCH REBAR WITH PLASTIC CAP STAMPED "LS 27231" (SET) ON THE NORTHERLY RIGHT-OF-WAY LINE OF ARIZONA STATE HIGHWAY 89-A;

THENCE LEAVING SAID WESTERLY RIGHT-OF-WAY LINE AND ALONG SAID NORTHERLY RIGHT-OF-WAY LINE, NORTH 81 DEGREES 09 MINUTES 04 SECONDS WEST (NORTH 81 DEGREES 32 MINUTES 07 SECONDS WEST RECORD), A DISTANCE OF 549.51 FEET TO A ½ INCH REBAR WITH PLASTIC CAP STAMPED "LS 27231" (SET);

THENCE LEAVING SAID NORTHERLY RIGHT-OF-WAY LINE, NORTH 08 DEGREES 51 MINUTES 41 SECONDS EAST (NORTH 08 DEGREES 27 MINUTES 53 SECONDS EAST RECORD), A DISTANCE OF 246.33 (247.34 RECORD) FEET TO THE POINT OF BEGINNING.

THE BASIS OF BEARINGS FOR THIS DESCRIPTION IS NORTH 00 DEGREES 06 MINUTES 00 SECONDS WEST (PER B.L.M. TOWNSHIP PLAT) BETWEEN THE SOUTHWEST CORNER OF SAID SECTION 12 AS PREVIOUSLY MARKED BY A 5/8 INCH STEEL ROD AND THE WEST QUARTER CORNER OF SAID SECTION 12 AS MARKED BY A G.L.O. BRASS CAPPED PIPE.

Name of Project:      Homewood Suites Dublin

Address of Project:   5300 Parkcenter Avenue, Dublin, OH

Security Instrument:  Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 17, 2017, as Instrument Number 201711170163364 in the Recorder's Office of the Recorder of Franklin County, Ohio (the "Franklin Recorder's Office"); as assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument Number 201805100062282 in the Franklin Recorder's Office; as further assigned by Assignment of Open-End Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument No. 201805100062283 in the Franklin Recorder's Office

Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

Situated in the City of Dublin, County of Franklin, State of Ohio, described as follows:

Parcel 1:

Situated in the City of Dublin, County of Franklin, and State of Ohio:

And known as being part of Lot 8 as shown and delineated upon the plat "Tuttle Crossing", a subdivision recorded in Plat Book 71, Pages 100, 101 and 102 of Franklin County Records, and being more particularly described as follows:

Beginning for reference at an iron pin set in the Westerly line of Lot 8, the Easterly right of way line of Paul Blazer Parkway, 100 feet wide, at the Southwesterly corner of that 3 acre tract as described in a Deed to Prudential Life Insurance, recorded in ORV 28315, Page H03 of Franklin County Records and at the Northwesterly corner of that 3.326 acre tract as described in a Deed to Galatians III, LLC, recorded as Franklin County Recorder's Document No. 199804010076308;

Thence North 82 deg. 21' 54" East, along the Southerly line of said 3 acre tract, the Northerly line of said 3.326 acre tract, a distance of 375.48 feet to an iron pin set at the true place of beginning at the Northeasterly corner of said 3.326 acre tract;

Thence North 82 deg. 21' 54" East, continuing along said Southerly line, a distance of 5.61 feet to an iron pin set at the Southeasterly corner of said 3 acre tract;

Thence South 44 deg. 42' 39" East, through Lot 8, a distance of 349.63 feet to an iron pin set in the Westerly right of way line of Bradenton Avenue, 60 feet wide;

Thence along said right of way line with the arc of a non-tangent curve to the few, having a radius of 580 feet, a central angle of 13 deg. 24' 30", the chord of which bears South 19 deg. 07' 48" West, a chord distance of 135.42 feet to an iron pin found at the point of tangency;

Thence South 12 deg. 25' 33" West continuing along said right of way line, a distance of 143.13 feet to an iron pin found at a point of curvature;

Thence with the arc of a curve to the right, having a radius of 30 feet, a central angle of 90 deg. 00' 00", the chord of which bears South 57 deg. 25' 32" West, a chord distance of 42.43 feet to an iron pin found at the point of tangency in the Northerly right of way line of Parkcenter Avenue, 60 feet wider;

107

Thence North 77 deg. 34' 27" West, along said right of way line, a distance of 253.14 feet to an iron pin set at the Southeasterly corner of said 3.326 acre tract;

Thence North 12 deg. 25' 33" East, along the Easterly line of said 3.326 acre tract, a distance of 495.42 feet to the true place of beginning, and containing 2.674 acres of land. Bearings herein conform to those of the referenced plat, North 787 deg. 34' 27" West for Parkcenter Avenue. Iron pins set consist of a 1 inch (O.D.) iron pipe, 30 inches long with a plastic cap inscribed "M-E ENGF/S-6872.

Easement Parcel 1:

Easements rights contained in Mutual Cross Easement by Tuttle Road L.P. and Galatians II, L.L.C., dated November 13, 1998, filed for record November 13, 1998 and recorded as Franklin County Recorders Document No. 199811130292644.

Easement Parcel 2:

Easement rights contained in Easement Agreement between Browne Bradenton Co., LLC to Heritage Suites of Peoria AZ, Inc., dated December 18, 2000, filed for record January 9, 2001 and recorded as Franklin County Recorder's Document No. 200101090005976.

Tax Parcel No.: . 273-009900-00

Name of Project: Courtyard Bloomingdale and Residence Inn Bloomingdale

Address of Project: 275 and 295 Knollwood Drive, Bloomingdale, IL

Security Instrument: Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 28, 2017, as Document Number R2017-121527 in the Recorder's Office of the Recorder of DuPage County, Illinois (the "DuPage Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Document Number R2018-040995 in the DuPage Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Document Number R2018-040996 in the DuPage Recorder's Office

Borrower(s): W2005/Fargo Hotels (Pool B) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

A TRACT OF LAND IN THE NORTHEAST 1/4 OF SECTION 20, TOWNSHIP 40 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF THE WEST LINE OF THE NORTHEAST 1/4 OF SAID SECTION 20 WITH THE CENTER LINE OF ARMY TRAIL ROAD, SAID POINT BEING NORTH 00 DEGREES 09 MINUTES 00 SECONDS WEST, 370.25 FEET FROM THE CENTER OF SAID SECTION 20; THENCE SOUTH 88 DEGREES 39 MINUTES 40 SECONDS EAST ALONG THE CENTER LINE OF ARMY TRAIL ROAD A DISTANCE OF 1565.21 FEET; THENCE NORTH 01 DEGREE, 20 MINUTES, 20 SECONDS EAST, A DISTANCE OF 50.00 FEET TO THE POINT OF INTERSECTION OF THE EAST LINE OF KNOLLWOOD DRIVE, DEDICATED PER DOCUMENT NO. R81-54532, WITH THE NORTH LINE OF ARMY TRAIL ROAD, DEDICATED PER DOCUMENT NO. R79-13181; THENCE NORTH 37 DEGREES 19 MINUTES 15 SECONDS WEST ALONG SAID EAST LINE, A DISTANCE OF 32.02 FEET; THENCE NORTH 01 DEGREE, 20 MINUTES, 20 SECONDS EAST ALONG SAID EAST LINE A DISTANCE OF 225.00 FEET TO A POINT OF CURVATURE; THENCE CONTINUING ALONG SAID EAST LINE, SAID LINE BEING A CURVE CONCAVE TO THE WEST, HAVING A RADIUS OF 804.62 FEET, AN ARC DISTANCE OF 57.05 FEET, THE CHORD OF SAID ARC HAVING A LENGTH OF 57.04 FEET AND A BEARING OF NORTH 00 DEGREES 41 MINUTES 43 SECONDS WEST TO THE POINT OF BEGINNING; THENCE CONTINUING NORTHERLY ALONG SAID EAST LINE, AND SAID CURVE HAVING A RADIUS OF 804.62 FEET, AN ARC DISTANCE OF 235.48 FEET TO A POINT OF TANGENCY, THE CHORD OF SAID ARC HAVING A LENGTH OF 234.64 FEET AND A BEARING OF NORTH 11 DEGREES 06 MINUTES 27 SECONDS WEST; THENCE NORTH 19 DEGREES 29 MINUTES 29 SECONDS WEST ALONG SAID EAST LINE, A DISTANCE OF 36.54 FEET TO A POINT OF CURVATURE; THENCE CONTINUING NORTHERLY ALONG SAID EAST LINE, SAID LINE BEING A CURVE CONCAVE TO THE EAST, HAVING A RADIUS OF 771.15 FEET (771.10 FEET MEASURED), AN ARC DISTANCE OF 262.32 FEET TO A POINT OF TANGENCY, THE CHORD OF SAID ARC HAVING A LENGTH OF 261.06 FEET AND A BEARING OF NORTH 09 DEGREES 44 MINUTES 43 SECONDS WEST; THENCE DUE NORTH ALONG SAID EAST LINE, A DISTANCE OF 88.92 FEET TO A POINT, SAID POINT BEING 55.49 FEET DUE SOUTH OF THE SOUTHWEST CORNER OF LOT 2 IN STRATFORD ASSESSMENT PLAT NO. 12 RECORDED AS DOCUMENT R87-145419; THENCE NORTH 82 DEGREES 20 MINUTES 58 SECONDS EAST PARALLEL WITH THE SOUTHERLY LINE OF SAID LOT 2 AND 55.00 FEET DISTANT THEREFROM A DISTANCE OF 152.00 FEET TO A POINT OF CURVATURE; THENCE CONTINUING EASTERLY ALONG A CURVE, CONCAVE TO THE SOUTH, HAVING A RADIUS OF 162.71 FEET AS CALCULATED FROM DEED (162.77 FEET MEASURED) AND BEING CONCENTRIC WITH THE SOUTHERLY LINE OF SAID LOT 2 AN ARC DISTANCE OF 103.98 FEET TO A POINT OF REVERSE CURVATURE, THE CHORD OF SAID ARC HAVING A LENGTH OF 102.22 FEET AND A BEARING OF

SOUTH 79 DEGREES 20 MINUTES 59 SECONDS EAST; THENCE CONTINUING EASTERLY ALONG A CURVE CONCAVE TO THE NORTH, HAVING A RADIUS OF 324.15 FEET AND BEING CONCENTRIC WITH THE SOUTHERLY LINE OF SAID LOT 2 AN ARC DISTANCE OF 152.01 FEET, THE CHORD OF SAID ARC HAVING A LENGTH OF 150.62 FEET AND A BEARING OF SOUTH 74 DEGREES 28 MINUTES 59 SECONDS EAST; THENCE SOUTH 01 DEGREES 20 MINUTES 20 SECONDS WEST 578.67 FEET; THENCE NORTH 88 DEGREES 39 MINUTES 40 SECONDS WEST ALONG A LINE PARALLEL WITH THE CENTER LINE OF ARMY TRAIL ROAD 281.20 FEET TO THE POINT OF BEGINNING, IN DUPAGE COUNTY, ILLINOIS.

Permanent Index Number: 02-20-206-029

275-95 Knollwood Drive, Bloomingdale, Illinois, 60108

73744464.1

Name of Project:      Residence Inn Oklahoma City
Address of Project:   1111 East I-240 Service Road, Oklahoma City, OK
Security Instrument:  Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 29, 2017, as Instrument Number 20171129011670620, in Book RE13601, Page 1016 in the Recorder's Office of the County Clerk of Oklahoma County, Oklahoma (the "Oklahoma Recorder's Office"); as assigned by Assignment of Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 25, 2018 in Book 13745, Page 687 in the Oklahoma Recorder's Office; as further assigned by Assignment of Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 25, 2018, in Book 13745, Page 698 in the Oklahoma Recorder's Office
Borrower(s):          CNI THL Propco FE, LLC

Legal Description of Land:

73744464.1

LEASEHOLD ESTATE TRACT

A TRACT OF LAND LYING IN THE SOUTHWEST QUARTER (SW/4) OF SECTION TWENTY-SIX (26), TOWNSHIP ELEVEN (11) NORTH, RANGE THREE (3) WEST OF THE INDIAN MERIDIAN, OKLAHOMA COUNTY, STATE OF OKLAHOMA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER (SW/4);

THENCE NORTH 89°52'39" EAST, ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER (SW/4) A DISTANCE OF 996.07 FEET;

THENCE NORTH 00°00'00" EAST A DISTANCE OF 32.98 FEET TO A POINT LYING ON THE PRESENT NORTHERLY RIGHT-OF-WAY LINE FOR INTERSTATE HIGHWAY NO. 240;

THENCE SOUTH 89°52'39" WEST ALONG SAID RIGHT-OF-WAY LINE A DISTANCE OF 184.90 FEET TO A POINT OF CURVATURE;

THENCE NORTHWESTERLY ALONG SAID RIGHT-OF-WAY LINE ON THE ARC OF A CURVE TO THE RIGHT, SAID CURVE HAVING A RADIUS OF 350.10 FEET (A CHORD BEARING NORTH 67°37'40" WEST A CHORD LENGTH OF 267.89 FEET) AN ARC DISTANCE OF 274.90 FEET TO A POINT OF TANGENCY;

THENCE NORTH 45°08'00" WEST ALONG SAID RIGHT-OF-WAY LINE A DISTANCE OF 247.49 FEET;

THENCE NORTH 44°52'00" EAST A DISTANCE OF 97.77 FEET TO THE POINT OF BEGINNING;

THENCE CONTINUING NORTH 44°52'00" EAST A DISTANCE OF 291.33 FEET;

THENCE NORTH 24°12'00" EAST A DISTANCE OF 64.50 FEET;

THENCE SOUTH 45°05'58" EAST A DISTANCE OF 71.93 FEET;

THENCE SOUTH 25°13'57" EAST A DISTANCE OF 255.80 FEET;

113

THENCE NORTH 64°46'03" EAST A DISTANCE OF 131.98 FEET TO A POINT OF CURVATURE;

THENCE SOUTHERLY ALONG A CURVE TO THE LEFT, SAID CURVE HAVING A RADIUS OF 1177.00 FEET (A CHORD BEARING OF SOUTH 00°07'59" WEST A CHORD LENGTH OF 51.45 FEET) AND AN ARC DISTANCE OF 51.46 FEET;

THENCE SOUTH 86°24'09" WEST A DISTANCE OF 25.50 FEET;

THENCE SOUTH 64°46'03" WEST A DISTANCE OF 137.39 FEET;

THENCE SOUTH 77°25'44" WEST A DISTANCE OF 36.62 FEET;

THENCE SOUTH 44°52'00" WEST A DISTANCE OF 174.58 FEET;

THENCE NORTH 45°08'00" WEST A DISTANCE OF 289.00 FEET TO THE POINT OR PLACE OF BEGINNING.

AND

TOGETHER WITH

AN EASEMENT ESTATE ENTERED BY CROSSROADS OKLAHOMA PARTNERS, AN OKLAHOMA PARTNERSHIP IN THE FORM OF A JOINT VENTURE, AS GRANTOR, IN FAVOR OF CROSSROADS SOUTH LIMITED, A TEXAS LIMITED PARTNERSHIP, AS GRANTEE, ESTABLISHED FOR THE EXPRESS PURPOSE OF PROVIDING PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS VIA THE EASEMENT AGREEMENT RECORDED JULY 9, 1987 IN BOOK 5652, PAGE 1792, AND ESTABLISHING THE VARIOUS EASEMENT TRACTS:

PARCEL A - SPUR ROAD #1

PART OF THE SOUTHWEST QUARTER (SW/4) OF SECTION 26, TOWNSHIP 11 NORTH, RANGE 3 WEST OF THE INDIAN MERIDIAN, OKLAHOMA COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 26; THENCE NORTH 89°52'39" EAST, ALONG THE SOUTH LINE OF SAID SECTION 26 A DISTANCE OF 996.07 FEET;

THENCE NORTH 00°00'00" EAST A DISTANCE OF 32.98 FEET TO THE TRUE POINT OF BEGINNING, ALSO BEING THE MOST SOUTHERLY POINT OF A 13.768 ACRE TRACT OF LAND KNOWN AS TRACT "C", AND LYING ON THE NORTH RIGHT OF WAY LINE OF INTERSTATE HIGHWAY I-240;

THENCE NORTH 78°34'07" EAST (NORTH 73°34'07" EAST RECORD), ALONG SAID NORTH RIGHT OF WAY LINE OF INTERSTATE HIGHWAY I-240, A DISTANCE OF 122.00 FEET;

THENCE ALONG THE MOST WESTERLY LINE OF A 14.269 ACRE TRACT OF LAND KNOWN AS TRACT "B", NORTH 56°25'47" WEST A DISTANCE OF 42.426 FEET;

THENCE NORTH 11°25'51" WEST (NORTH 11°25'55" WEST RECORD), A DISTANCE OF 141.496 FEET (141 FEET RECORD);

THENCE NORTHWESTERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 1115.00 FEET A DISTANCE OF 450.10 FEET TO A POINT OF TANGENCY;

THENCE NORTH 11°41'53" EAST A DISTANCE OF 92.72 FEET, AND LEAVING SAID WESTERLY LINE OF TRACT "B";

THENCE NORTH 81°59'53" WEST A DISTANCE OF 62.13 FEET;

THENCE ALONG THE MOST EASTERLY LINE OF SAID TRACT "C", SOUTH 11°41'53" WEST A DISTANCE OF 88.715 FEET TO A POINT OF CURVE;

THENCE SOUTHWESTERLY ON A CURVE TO THE LEFT HAVING A RADIUS OF 1177.00 FEET, A DISTANCE OF 475.148 FEET (475.15 RECORD) TO A POINT OF TANGENCY;

THENCE SOUTH 11°25'55" EAST A DISTANCE OF 141.48 FEET;

THENCE SOUTH 33°34'13" WEST A DISTANCE OF 42.426 FEET (42.43 FEET RECORD) TO THE TRUE POINT OF BEGINNING.

AND

PARCEL B-SPUR ROAD #2

PART OF THE SOUTHWEST QUARTER (SW/4) OF SECTION 26, TOWNSHIP 11 NORTH, RANGE 3 WEST OF THE INDIAN MERIDIAN, OKLAHOMA COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 26;

THENCE NORTH 00°03'57" WEST A DISTANCE OF 969.78 FEET;

THENCE NORTH 90°00'00" EAST A DISTANCE OF 53.12 FEET TO THE TRUE POINT OF BEGINNING, SAID TRUE POINT OF BEGINNING ALSO BEING A COMMON CORNER WITH A 7.453 ACRE TRACT OF LAND KNOWN AS TRACT "D" AND LYING ON THE EAST RIGHT OF WAY LINE OF INTERSTATE HIGHWAY 35;

THENCE SOUTH 03°51'18" EAST, ALONG SAID EAST RIGHT OF WAY LINE, A DISTANCE OF 122.00 FEET;

THENCE ALONG THE MOST NORTHERLY LINE OF A 13.768 ACRE TRACT OF LAND KNOWN AS TRACT "C", NORTH 41°11'01" EAST A DISTANCE OF 42.43 FEET;

THENCE NORTH 86°11'03" EAST (NORTH 86°11'16" EAST RECORD) A DISTANCE OF 299.505 FEET (299.51 FEET RECORD) TO A POINT OF CURVE;

THENCE NORTHEASTERLY ALONG A CURVE TO THE LEFT HAVING A RADIUS OF 315.90 FEET A DISTANCE OF 185.85 FEET AND LEAVING SAID NORTHERLY LINE OF TRACT "C";

THENCE NORTH 37°32'44" WEST A DISTANCE OF 62.02 FEET TO A POINT ON THE MOST SOUTH LINE OF SAID TRACT "D";

THENCE SOUTHWESTERLY ALONG A CURVE TO THE RIGHT HAVING A RADIUS OF 253.90 FEET, A DISTANCE OF 149.39 FEET TO A POINT OF TANGENCY;

THENCE SOUTH 86°11'16" WEST A DISTANCE OF 299.546 FEET (299.55 FEET RECORD);

THENCE NORTH 48°48'46" WEST A DISTANCE OF 42.43 FEET TO THE POINT OF BEGINNING.

AND

PARCEL C-SPUR ROAD #3

PART OF THE SOUTHWEST QUARTER (SW/4) OF SECTION 26, TOWNSHIP 11 NORTH, RANGE 3 WEST OF THE INDIAN MERIDIAN, OKLAHOMA COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID SECTION 26;

THENCE NORTH 00°03'57" WEST A DISTANCE OF 1973.31 FEET (1972.95 FEET RECORD);

THENCE NORTH 90°00'00" EAST A DISTANCE OF 52.75 FEET TO THE TRUE POINT OF BEGINNING, SAID TRUE POINT OF BEGINNING LIES ON THE EAST RIGHT OF WAY LINE OF INTERSTATE HIGHWAY I-35;

THENCE SOUTH 00°03'54" EAST ALONG SAID EAST RIGHT OF WAY LINE A DISTANCE OF 141.00 FEET TO COMMON POINT ON THE MOST NORTHERLY LINE OF A 7.453 ACRE TRACT OF LAND, KNOWN AS TRACT "D";

116

THENCE ALONG SAID NORTHERLY LINE OF TRACT "D" NORTH 35°59'25" EAST A DISTANCE OF 68.00 FEET;

THENCE NORTH 89°58'38" EAST A DISTANCE OF 195.18 FEET (195.13 FEET RECORD) TO A POINT OF CURVE;

THENCE NORTHEASTERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 128.15 FEET, A DISTANCE OF 59.469 FEET (59.47 FEET RECORD) AND LEAVING SAID NORTHERLY LINE OF TRACT "D";

THENCE NORTH 33°05'08" EAST A DISTANCE OF 118.86 FEET TO A COMMON CORNER WITH A 47.9125 ACRE TRACT OF LAND;

THENCE SOUTH 89°58'28" WEST A DISTANCE OF 357.55 FEET TO THE TRUE POINT OF BEGINNING.

LESS AND EXCEPT:

A STRIP, PIECE OR PARCEL OF LAND LYING IN THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 11 NORTH, RANGE 3 WEST, IN OKLAHOMA COUNTY, OKLAHOMA, SAID PARCEL OF LAND BEING DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A POINT ON THE PRESENT EAST RIGHT OF WAY LINE OF INTERSTATE HIGHWAY NO. 35 A DISTANCE OF 1973.31 FEET (1971.59 FEET - RECORD) NORTH OF AND 52.75 FEET (41.15 FEET - RECORD) EAST OF THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER;

THENCE SOUTH 00°03'54" EAST, ALONG SAID RIGHT OF WAY LINE, A DISTANCE OF 141.00 FEET;

THENCE NORTH 35°59'25" EAST A DISTANCE OF 53.86 FEET (54.65 FEET - RECORD);

THENCE NORTH 00°03'57" WEST AND PARALLEL TO THE WEST LINE OF SAID SOUTHWEST QUARTER, A DISTANCE OF 97.44 FEET;

THENCE SOUTH 89°58'28" WEST A DISTANCE OF 31.70 FEET TO THE POINT OF BEGINNING.

AND

PARCEL D-PORTION OF RING ROAD

A STRIP OF LAND 62.00 FEET IN WIDTH, LYING IN THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 11 NORTH, RANGE 3 WEST OF THE INDIAN MERIDIAN,

117

OKLAHOMA COUNTY, OKLAHOMA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER;

THENCE NORTH 0°03'57" WEST A DISTANCE OF 1973.31 FEET (1972.95 FEET RECORD);

THENCE NORTH 90°00'00" EAST A DISTANCE OF 52.75 FEET;

THENCE NORTH 89°58'28" EAST A DISTANCE OF 357.55 FEET FOR A POINT OF BEGINNING, SAID POINT BEING A COMMON CORNER WITH A 47.9125 ACRE TRACT OF LAND;

THENCE SOUTH 66°36'28" EAST A DISTANCE OF 70.92 FEET;

THENCE SOUTH 23°23'32" WEST A DISTANCE OF 147.48 FEET;

THENCE SOUTHERLY ON A CURVE TO THE LEFT HAVING A RADIUS OF 288.53 FEET A DISTANCE OF 97.83 FEET;

THENCE SOUTH 3°57'57" WEST A DISTANCE OF 32.73 FEET;

THENCE SOUTHERLY ON A CURVE TO THE LEFT HAVING A RADIUS OF 790.04 FEET A DISTANCE OF 470.94 FEET;

THENCE SOUTH 30°11'17" EAST A DISTANCE OF 74.59 FEET;

THENCE SOUTHEASTERLY ON A CURVE TO THE LEFT HAVING A RADIUS OF 612.26 FEET A DISTANCE OF 574.65 FEET;

THENCE EASTERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 3613.22 FEET A DISTANCE OF 282.65 FEET;

THENCE SOUTH 0°00'00" WEST A DISTANCE OF 63.30 FEET;

THENCE WESTERLY ON A CURVE TO THE LEFT HAVING A RADIUS OF 3551.216 FEET (3551.22 FEET RECORD) A DISTANCE OF 165.338 FEET (165.34 FEET RECORD);

THENCE SOUTH 56°41'53" WEST A DISTANCE OF 49.17 FEET;

THENCE NORTH 81°59'49" WEST A DISTANCE OF 62.17 FEET;

THENCE NORTH 39°19'26" WEST A DISTANCE OF 47.818 FEET (47.70 FEET RECORD);

73744464.1

THENCE NORTHWESTERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 674.258 FEET (674.26 FEET RECORD) A DISTANCE OF 407.141 FEET (407.26 FEET RECORD);

THENCE SOUTH 85°11'43" WEST A DISTANCE OF 56.343 FEET (56.27 FEET RECORD);

THENCE NORTH 37°37'56" WEST A DISTANCE OF 61.99 FEET;

THENCE NORTH 4°33'58" EAST A DISTANCE OF 52.363 FEET (52.44 FEET RECORD);

THENCE NORTHERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 674.253 FEET (674.26 FEET RECORD) A DISTANCE OF 83.308 FEET (83.31 FEET RECORD);

THENCE NORTH 30°11'17" WEST A DISTANCE OF 74.588 FEET (74.59 FEET RECORD);

THENCE NORTHERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 852.04 FEET A DISTANCE OF 507.899 FEET (507.90 FEET RECORD);

THENCE NORTH 3°57'57" EAST A DISTANCE OF 32.735 FEET (32.73 FEET RECORD);

THENCE NORTHERLY ON A CURVE TO THE RIGHT HAVING A RADIUS OF 350.53 FEET A DISTANCE OF 118.848 FEET (118.85 FEET RECORD);
==PAGEBREAK==
THENCE NORTH 20°23'06" WEST (NORTH 2016'28" WEST RECORD) A DISTANCE OF 41.927 FEET (41.91 FEET RECORD);

THENCE NORTH 33°05'08" EAST A DISTANCE OF 118.86 FEET TO THE POINT OF BEGINNING.

73744464.1

Name of Project:      Fairfield Inn Vacaville
Address of Project:   370 Orange Drive, Vacaville, CA
Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement
                      and Fixture Filing
Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL A:

PARCEL 6, AS SHOWN ON THE PARCEL MAP OF WORTHAN FAMILY
PROPERTIES, FILED NOVEMBER 25, 1998 IN BOOK 41 OF PARCEL MAPS,
PAGE 22, SOLANO COUNTY RECORDS.

PARCEL B:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR
ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF
PARCELS 3, 4 AND 5 (41 PM 22) DESIGNATED AS "40' A.U.E. & E.V.A." ON THE
FILED MAP AS GRANTED IN DEED TO HERITAGE INN OF DULUTH, INC.,
RECORDED ON NOVEMBER 25, 1998, INSTRUMENT NO. 1998-00097179,
SOLANO COUNTY RECORDS.

PARCEL C:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR
ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF
PARCEL 1 (41 PM 22) DESIGNATED AS "60' A.U.E. & E.V.A." ON THE FILED
MAP AS GRANTED IN DEED TO HERITAGE INN OF DULUTH, INC., RECORDED
ON NOVEMBER 25, 1998, INSTRUMENT NO. 1998-00097179, SOLANO COUNTY
RECORDS.

PARCEL D:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR
ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF
PARCEL 7 (41 PM 22) DESIGNATED AS "40' A.U.E. & E.V.A." ON THE FILED
MAP AS GRANTED IN DEED FROM HERITAGE INN OF DULUTH, INC.,
RECORDED ON DECEMBER 31, 2002, INSTRUMENT NO. 2002-00173180,
SOLANO COUNTY RECORDS.

PARCEL E:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR
ACCESS AND UTILITIES OVER, UNDER AND UPON THAT PORTION OF
PARCEL 7 (41 PM 22) DESIGNATED AS "20' S.D.E. & 25' S.D.E." ON THE FILED
MAP AS GRANTED IN DEED FROM HERITAGE INN OF DULUTH, INC.,

73744464.1

RECORDED ON DECEMBER 31, 2002, INSTRUMENT NO. 2002-00173180, SOLANO COUNTY RECORDS.

PARCEL F:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR ACCESS AND UTILITIES CONTAINED IN THE DOCUMENT ENTITLED: "UTILITIES EASEMENT AGREEMENT" RECORDED FEBRUARY 01, 2000 AS INSTRUMENT NO. 2000-00009190 OF OFFICIAL RECORDS, BY AND BETWEEN HERITAGE INN OF DULUTH, INC., A NORTH DAKOTA CORPORATION, AND KPT REMIC LOAN LLC, A DELAWARE LIMITED LIABILITY COMPANY.

PARCEL G:

NON-EXCLUSIVE EASEMENT SET FORTH AND CONTAINED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ESTABLISHMENT OF EASEMENTS RECORDED NOVEMBER 25, 1998 AS INSTRUMENT NO. 1998-00097172, SOLANO COUNTY RECORDS.

PARCEL H:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO PARCEL A ABOVE FOR DRIVEWAY, INGRESS, EGRESS, PARKING, ACCESS, STORM DRAINAGE, SANITARY SEWER AND PUBLIC AND PRIVATE UTILITY PURPOSES CONTAINED IN THE DOCUMENT ENTITLED: "RECIPROCAL EASEMENT AGREEMENT" BY AND BETWEEN MIDWEST HERITAGE INN OF VACAVILLE, INC. AND R.I. HERITAGE INN OF VACAVILLE, INC., RECORDED MARCH 11, 2005, INSTRUMENT NO. 2005-00034570, SOLANO COUNTY RECORDS.

| | |
|---|---|
| Name of Project: | Fairfield Inn & Suites St. Clairsville |
| Address of Project: | 67731 Mall Road Street, St. Clairsville, OH |
| Security Instrument: | Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 21, 2017, as Instrument Number 201700015250, in Official Record Book 732, Page 590 in the Recorder's Office of the Recorder of Belmont County, Ohio (the "Belmont Recorder's Office"); as assigned by Assignment of Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated February 5, 2018 and recorded on June 4, 2018, as Instrument No. 201800006158, in Official Record Book 770, Page 248 in the Belmont Recorder's Office; as further assigned by Assignment of Open-End Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded June 4, 2018, as Instrument No. 201800006159, in Official Record Book 770, Page 254 in the Belmont Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

Situated in the Township of Richland, County of Belmont, State of Ohio, described as follows:

And known as being a part of the Northwest Quarter of Section 27 of Richland Township, and being a part of Lot No. 20 of the Replat No. 1 of the Plat No. 3 of Ohio Valley Mall, as recorded in Cabinet D, Slide 321 of the Belmont County Recorder's Office, and being further bounded and described as follows:

Commencing at a point of intersection of the centerline of Benefield Road and the centerline of Mall Road, said point known as centerline Station 45+19.98 of Mall Road as shown on State of Ohio Department of Transportation Highway Plans, BEL-70-20.00;

Thence along the arc of a curve to the right and along the centerline of Mall Road, a distance of 184.43 feet, having a radius of 1,145.92 feet, a chord bearing North 19 deg. 27' 36" West with a chord length of 184.23 feet to a point of tangency at centerline Station 43+35.55;

Thence North 14 deg. 50' 57" West, along the centerline of Mall Road, a distance of 48.78 feet to centerline Station 42+86.77;

Thence North 75 deg. 09' 03" East, to the right and perpendicular to said centerline, a distance of 39.00 feet to the Easterly limited access right-of-way line of Mall Road;

Thence continuing North 75 deg. 09' 03" East, along the Southerly right-of-way line of Mall Road Service Road, as recorded in Cabinet D, Slide 320, a distance of 40.00 feet to the Easterly right-of-way line of said Service Road;

Thence North 14 deg. 50' 57" West, along the Easterly right-of-way line of said Mall Road Service Road, a distance of 460.00 feet to the P.C. of a curve to the left;

Thence along the arc of a curve to the left and along the Easterly right-of-way line of said Mall Road Service Road, a distance of 116.11 feet, having a radius of 1224.92 feet, a central angle of 05 deg. 25' 52", a chord bearing North 17 deg. 33' 53" West with a chord distance of 116.07 feet to a P.O.C., said P.O.C. being the Northwesterly corner of Lot No. 16 and the Southwesterly corner of Lot No. 20, both of the Replat No. 1 of the Plat No. 3 of Ohio Valley Mall, said P.O.C. also being the True Place of Beginning for the herein described parcel of land;

Thence continuing along said curve to the left and along the Easterly right-of-way line of said Mall Road Service Road, a distance of 105.41 feet, having a radius of 1224.92 feet, a central

73744464.1

angle of 04 deg. 55' 50", a chord bearing North 22 deg. 44' 44" West with a chord distance of 105.38 feet to a P.O.C. of a reverse curve to the right;

Thence along the arc of a reverse curve to the right and continuing along the Easterly right-of-way line of said Mall Road Service Road, a distance of 34.42 feet, having a radius of 250.00 feet, a central angle of 07 deg. 53' 18", a chord bearing North 01 deg. 43' 59" West with a chord distance of 34.39 feet to a P.O.C. of a reverse curve to the left;

Thence along the arc of a reverse curve to the left and continuing along the Easterly right-of-way line of said Mall Road Service Road, a distance of 94.27 feet, having a radius of 170.00 feet, a central angle of 31 deg. 46' 18", a chord bearing North 13 deg. 52' 45" West with a chord distance of 93.06 feet to a P.O.C;

Thence North 69 deg. 43' 49" East, leaving the Easterly line of said Mall Road Service Road and entering upon the aforesaid Lot No. 20 of the Replat No. 1 of the Plat No. 3 of Ohio Valley Mall, a distance of 172.10 feet;

Thence South 88 deg. 33' 52" East, a distance of 223.63 feet to the Easterly line of said Lot No. 20; Thence South 32 deg. 08' 14" West, along the Easterly line of said Lot No. 20, a distance of 50.99 feet;

Thence South 26 deg. 50' 25" West, continuing along the Easterly line of said Lot No. 20, a distance of 143.85 feet;

Thence South 06 deg. 55' 36" East, continuing along the Easterly line of said Lot No. 20, a distance of 19.78 feet to the intersection of the Southeasterly corner of said Lot No. 20 and the Northeasterly corner of Lot No. 16;

Thence South 69 deg. 52' 00" West, along the common line between Lot No. 20 and Lot No. 16, a distance of 246.25 feet and returning to the True Place of Beginning and enclosing an area of 1.5844 acres of land, more or less.

The above said legal description is not based on an actual field boundary survey. It is based from record: Replat No. 1 of the Plat No. 3 of Ohio Valley Mall, as recorded in Cabinet D, Slide 321.

Parcel ID Number: 32-03143.001

Name of Project:      Courtyard Roseville 1
Address of Project:   1920 Taylor Road, Roseville, CA
Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 2017-0088939-00 in the Recorder's Office of the County Recorder of Placer County, California (the "Placer Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 12, 2018, as Document No. 2018-0041590-00 in the Placer Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 12, 2018, as Document No. 2018-0041591099 in the Placer Recorder's Office
Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL 2 AS SHOWN ON THE CERTAIN PARCEL MAP FILED FOR RECORD DECEMBER 28, 1998 IN BOOK 29 OF PARCEL MAPS, PAGE 106, PLACER COUNTY RECORDS.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR ACCESS AND PARKING AND OTHER RIGHTS AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN EASEMENT AGREEMENT RECORDED NOVEMBER 07, 1997, INSTRUMENT NO. 97-0069986, FOR UTILITY FACILITIES, DRAINAGE FACILITIES AND LANDSCAPING AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF OLYMPUS BUSINESS CENTER RECORDED DECEMBER 31, 1987, INSTRUMENT NO. 72698, IN BOOK 3329, PAGE 580, OFFICIAL RECORDS, AS AMENDED, AND FOR INGRESS AND EGRESS AND FOR THE PASSAGE OF MOTOR VEHICLES AND RECIPROCAL PARKING AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ESTABLISHMENT OF EASEMENTS RECORDED SEPTEMBER 29, 2000, INSTRUMENT NO. 2000-0072375, OFFICIAL RECORDS.

73744464.1

Name of Project:        Fairfield Inn Niles
Address of Project:     1860 Niles-Cortland Road, SE, Warren, OH
Security Instrument:    Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 21, 2017, as Document Number 201711210031363 in the Recorder's Office of the County Recorder of Trumbull County, Ohio (the "Trumbull Recorder's Office"); as assigned by Assignment of Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Document Number 201806280012595 in the Trumbull Recorder's Office; as further assigned by Assignment of Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 28, 2018, as Document Number 201806280012596 in the Trumbull Recorder's Office
Borrower(s):            CNI THL Propco FE, LLC

Legal Description of Land:

Situated in the Township of Howland, County of Trumbull, State of Ohio, described as follows:

Parcel One

Situated in the Township of Howland, County of Trumbull, and State of Ohio: and known as Lot 2A-1 in a Plat recorded as Instrument No. 200601060000468 in Plat Book 54, Page 3 being a Replat of Lot 2-A in a Replat of Lots 2 and 3, and further being a Replat of North Commons Plat No. 1 as recorded in Volume 47 at Page 61.

Parcel Two

Non-Exclusive Easements contained in that certain Ingress and Egress easement recorded in Volume 1153, Page 77 and the Reciprocal Access Easement recorded at Volume 1210, Page 88.

PPN: 28-902403

73744464.1

| | |
|---|---|
| Name of Project: | Holiday Inn Express Las Vegas |
| Address of Project: | 5760 Polaris Avenue, Las Vegas, NV |
| Security Instrument: | Fee and Leasehold Deed of Trust Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Instrument Number 20171113-0002357 in the Recorder's Office of the Recorder of Clark County, Nevada (the "Clark Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 20180628-0000334 in the Clark Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 28, 2018, as Instrument Number 20180628-0000335 in the Clark Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

73744464.1

PARCEL 1:

A PORTION OF LOT ONE (1) OF THE FINAL MAP OF GATEWAY SOUTH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 90 OF PLATS, PAGE 66, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, LYING WITHIN THE NORTHEAST QUARTER (NE¼) OF THE NORTHWEST QUARTER (NW¼) OF SECTION 32, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.M., CLARK COUNTY, NEVADA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER (NW COR) OF SAID ALIQUOT PART; THENCE ALONG THE CENTERLINE OF POLARIS ROAD, SOUTH 00° 05' 56" WEST, 614.60 FEET; THENCE DEPARTING SAID CENTERLINE, SOUTH 89° 54' 04" EAST, 30.00 FEET TO THE EASTERLY RIGHT OF WAY OF POLARIS ROAD AND THE POINT OF BEGINNING; THENCE ALONG SAID RIGHT OF WAY OF POLARIS ROAD, NORTH 00° 05' 56" EAST, 263.59 FEET;

THENCE DEPARTING SAID RIGHT OF WAY, SOUTH 89° 54' 04" EAST, 349.32 FEET TO THE WESTERLY RIGHT OF WAY OF CENTURY PARK DRIVE;

THENCE ALONG SAID RIGHT OF WAY, SOUTH 19° 54' 04" EAST, 195.46 FEET TO A CURVE CONCAVE WESTERLY, HAVING A RADIUS OF 970.00 FEET AND A CENTRAL ANGLE OF 03° 47' 04";

THENCE SOUTHERLY ALONG SAID CURVE 64.07 FEET TO A POINT OF COMPOUND CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 15.00 FEET AND A CENTRAL ANGLE OF 92° 42' 03";

THENCE SOUTHWESTERLY ALONG SAID CURVE, 24.27 FEET TO THE NORTHERLY RIGHT OF WAY OF QUAIL AVENUE AS SHOWN IN RECORD OF SURVEY FILE 109, PAGE 72;

THENCE ALONG SAID RIGHT OF WAY, SOUTH 76° 35' 03" WEST, 17.28 FEET TO A CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 405.00 FEET AND A CENTRAL ANGLE OF 13° 30' 53";

THENCE WESTERLY ALONG SAID CURVE, 95.53 FEET;
THENCE NORTH 89° 54' 04" WEST 298.73 FEET TO THE BEGINNING OF A CURVE CONCAVE

NORTHEASTERLY, WITH A RADIUS OF 15.00 FEET;

128

THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 90° 00' 00", A DISTANCE OF 23.67 FEET TO THE POINT OF BEGINNING.

SAID LAND IS ALSO DESCRIBED AS LOT 4 ON THAT CERTAIN RECORD OF SURVEY ON FILE IN FILE 121 OF SURVEYS, PAGE 22, RECORDED MARCH 07, 2002 IN BOOK 20020307 AS INSTRUMENT NO. 02128, AND ON THAT CERTAIN RECORD OF SURVEY ON FILE IN FILE 155 OF SURVEYS, PAGE 50, RECORDED MARCH 29, 2006 IN BOOK 20060329 AS INSTRUMENT NO. 02433, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

NOTE: THE ABOVE METES AND BOUNDS LEGAL DESCRIPTION PREVIOUSLY APPEARED IN THAT DEED RECORDED JUNE 04, 2013 IN BOOK 20130604 AS INSTRUMENT NO. 01551, OFFICIAL RECORDS.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS AS CREATED AND SET FORTH IN THAT CERTAIN "DECLARATION OF RECIPROCAL EASEMENTS AND OF COVENANTS, CONDITIONS AND RESTRICTIONS", RECORDED NOVEMBER 19, 2001 IN BOOK 20011119 AS INSTRUMENT NO. 02619, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

73744464.1

Name of Project:      Residence Inn Atlanta Gwinnett Place
Address of Project:   1760 Pineland Road, Duluth, GA
Security Instrument:  Fee and Leasehold Deed to Secure Debt, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 15, 2017, in Book 55530, Page 0656 in the Recorder's Office of the Superior Court Clerk of Gwinnett County, Georgia (the      "Gwinnett Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed to Secure Debt, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, in Book 55979, Page 0092 in the Gwinnett Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed to Secure Debt, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, in Book 55979, Page 0100 in the Gwinnett Recorder's Office
Borrower(s):          W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

130

TRACT 1

CRESTWOOD SUBDIVISION - LOT 1, BLOCK "C"

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 203
OF THE 6TH DISTRICT, GWINNETT COUNTY, GEORGIA, AND BEING MORE
PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF
SHACKLEFORD ROAD (100 FOOT RIGHT-OF-WAY) AND THE NORTHWEST
END OF A MITER AT THE INTERSECTION FORMED BY THE SAID RIGHT-OF-
WAY LINE OF SHACKLEFORD ROAD AND THE SOUTHWESTERLY RIGHT-OF-
WAY LINE OF PINELAND ROAD (80 FOOT RIGHT-OF-WAY); THENCE
FOLLOWING SAID METER 31.43 FEET ALONG THE ARC OF A CURVE TO THE
RIGHT, SAID CURVE HAVING A RADIUS OF 20.00 FEET AND A CHORD
BEARING AND DISTANCE OF SOUTH 75 DEGREES 02 MINUTES 07 SECONDS
EAST 28.30 FEET TO AN IRON PIN FOUND ON THE SOUTHWESTERLY RIGHT-
OF-WAY LINE OF PINELAND ROAD (80 FOOT RIGHT-OF-WAY); THENCE
FOLLOWING SAID RIGHT-OF-WAY LINE OF PINELAND ROAD SOUTH 30
DEGREES 03 MINUTES 38 SECONDS EAST A DISTANCE OF 298.15 FEET TO
AN IRON PIN FOUND; THENCE 254.53 FEET ALONG THE ARC OF A CURVE TO
THE LEFT, SAID CURVE HAVING A RADIUS OF 468.18 FEET AND A CHORD
BEARING AND DISTANCE OF SOUTH 45 DEGREES 38 MINUTES 06 SECONDS
EAST 251.40 FEET TO AN IRON PIN FOUND; THENCE LEAVING SAID RIGHT-
OF-WAY LINE AND RUNNING SOUTH 28 DEGREES 06 MINUTES 48 SECONDS
WEST A DISTANCE OF 40.94 FEET TO A POINT; THENCE SOUTH 20 DEGREES
35 MINUTES 53 SECONDS WEST A DISTANCE OF 80.01 FEET TO A POINT;
THENCE SOUTH 59 DEGREES 20 MINUTES 03 SECONDS WEST A DISTANCE
OF 231.49 FEET TO AN IRON PIN FOUND; THENCE SOUTH 64 DEGREES 32
MINUTES 59 SECONDS WEST A DISTANCE OF 111.89 FEET TO AN IRON PIN
FOUND; THENCE SOUTH 83 DEGREES 46 MINUTES 15 SECONDS WEST A
DISTANCE OF 119.41 FEET TO AN IRON PIN FOUND; THENCE NORTH 12
DEGREES 40 MINUTES 53 SECONDS WEST A DISTANCE OF 606.06 FEET TO
AN IRON PIN FOUND ON THE SOUTHEASTERLY RIGHT-OF-WAY LINE OF
SHACKLEFORD ROAD (100 FOOT RIGHT-OF-WAY); THENCE FOLLOWING
SAID RIGHT-OF-WAY LINE 50.45 FEET ALONG THE ARC OF A CURVE TO THE
LEFT, SAID CURVE HAVING A RADIUS OF 4,364.91 FEET AND A CHORD
BEARING A DISTANCE OF NORTH 60 DEGREES 19 MINUTES 10 SECONDS
EAST 50.45 FEET TO A POINT; THENCE CONTINUING ALONG SAID RIGHT-OF-
WAY LINE NORTH 59 DEGREES 59 MINUTES 23 SECONDS EAST A DISTANCE

OF 229.92 FEET TO A POINT AT THE NORTHWESTERLY END OF A MITER AND THE POINT OF BEGINNING.

SAID TRACT BEING KNOWN AS LOT 1, BLOCK C OF THE CRESTWOOD SUBDIVISION AS RECORDED IN PLAT BOOK 69, PAGE 156, GWINNETT COUNTY, GEORGIA RECORDS AND CONTAINING 5.863 ACRES OF LAND, MORE OR LESS.

TRACT 2

EASEMENTS AND OTHER INTERESTS IN REAL PROPERTY CONTAINED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR CRESTWOOD BY POST GWINNETT INVESTORS, LTD., A GEORGIA LIMITED PARTNERSHIP HAVING JOHN A. WILLIAMS AND L. BARRY TEAGUE AS ITS ONLY GENERAL PARTNERS, DATED MARCH 26, 1985, FILED FOR RECORD APRIL 1, 1985, RECORDED IN DEED BOOK 3009, PAGE 87, AFORESAID RECORDS; AS AMENDED

Name of Project:     Fairfield Inn Visalia
Address of Project:  140 South Akers Street, Visalia, CA
Security Instrument: Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement
and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as
Document Number 2017-0070771 in the Recorder's Office of the Clerk Recorder of Tulare
County, California (the "Tulare Recorder's Office"); as assigned by Assignment of Fee
and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and
Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital
Corporation dated as of February 5, 2018 and recorded on July 12, 2018, as Document
Number 2018-0037429 in the Tulare Recorder's Office; as further assigned by Assignment
of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement
and Fixture Filing from JPMorgan Chase Bank, National Association and German
American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on
July 12, 2018, as Document Number 2018-0037421 in the Tulare Recorder's Office
Borrower(s):         W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL NO. 6 OF PARCEL MAP NO. 4410, IN THE CITY OF VISALIA, COUNTY OF
TULARE, STATE OF CALIFORNIA, AS PER PARCEL MAP RECORDED IN BOOK 45,
PAGE 15 OF PARCEL MAPS, TULARE COUNTY RECORDS.

PARCEL TWO:

TOGETHER WITH THE BENEFITS OF THE RECIPROCAL ACCESS GRANTED IN
PARCEL MAP NO. 4410, RECORDED IN BOOK 45, PAGE 15 OF MAPS AND ALSO SET
FORTH IN DECLARATION OF RESTRICTIONS RECORDED APRIL 04, 2000,
INSTRUMENT NO. 2000-0020638 AND MODIFIED IN INSTRUMENT 2000-0034099 AND
NOVEMBER 10, 2004, AS INSTRUMENT NO. 2004-117260.

Name of Project:    Hampton Inn Lexington
Address of Project:    3060 Lakecrest Circle, Lexington, KY
Security Instrument:    Fee and Leasehold Mortgage, Assignment of Leases & Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 28, 2017, as Document Number 201711280247, in Mortgage Book 8988, Page 215 in the Recorder's Office of the County Court Clerk of Fayette County, Kentucky (the "Fayette Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases & Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 10, 2018, as Document Number 201807100001 in the Fayette Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases & Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 10, 2018, as Document Number 201807100002 in the Fayette Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL OPS, LLC

Legal Description of Land:

TRACT 1

BEING LOT 6, BLOCK B, UNIT 1, SECTION 3, BEAUMONT FARM SUBDIVISION, PLAT OF WHICH IS OF RECORD IN PLAT CABINET J, SLIDE 162, IN THE OFFICE OF THE CLERK OF FAYETTE COUNTY, KENTUCKY.

BEING THE SAME PROPERTY ACQUIRED BY W2005/FARGO HOTELS (POOL C) REALTY, L. P., A DELAWARE LIMITED PARTNERSHIP, BY SPECIAL WARRANTY DEED DATED MARCH 31, 2006, OF RECORD IN DEED BOOK 2640, PAGE 254, IN THE OFFICE AFORESAID.

TRACT II

Together with non-exclusive easements set forth in Joint Easements dated October 15, 1993, of record in Deed Book 1698, Page 690, in the office aforesaid.

TAX DATA: 3000 LAKECREST CIRCLE, LEXINGTON, KY 40513
PARCEL NO. 19302300

BEING THE SAME PROPERTY ACQUIRED BY W2005/FARGO HOTELS (POOL C) REALTY, L. P., A DELAWARE LIMITED PARTNERSHIP, BY SPECIAL WARRANTY DEED DATED MARCH 31, 2006, OF RECORD IN DEED BOOK 2640, PAGE 254, IN THE OFFICE AFORESAID.

134

| | |
|---|---|
| Name of Project: | Country Inn & Suites Orlando |
| Address of Project: | 5440 Forbes Place, Orlando, FL |
| Security Instrument: | Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 16, 2017, as Document Number 20170628475 in the Recorder's Office of the Comptroller of Orange County, Florida (the "Orange Recorder's Office"); as assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 14, 2018, as Document Number 20180350911 in the Orange Recorder's Office; as further assigned by Assignment of Fee and Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 14, 2018, as Document Number 20180350912 in the Orange Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool D) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF ORANGE, STATE OF FLORIDA, AND IS DESCRIBED AS FOLLOWS:

THE LEASEHOLD ESTATE CONTAINED IN THAT CERTAIN UNRECORDED LEASE BETWEEN _, AS LESSOR LANDLORD, AND _, AS LESSEE TENANT, AS EVIDENCED BY THAT CERTAIN _, RECORDED _, OF THE PUBLIC RECORDS OF _, COUNTY, FLORIDA, DEMISING ALL OR A PORTION OF THE PREMISES DESCRIBED AS FOLLOWS:

LOT 1, O. M. ORLANDO TRACT 1, A REPLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 38, PAGES 74 AND 75, INCLUSIVE, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA;

TOGETHER WITH THAT CERTAIN JOINT ACCESS EASEMENT DEDICATED AS PER THE PLAT OF LOT 1, O. M. ORLANDO TRACT 1, A REPLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 38, PAGES 74 AND 75, INCLUSIVE, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA;

TOGETHER WITH EASEMENT RIGHTS, AS CONTAINED IN THAT CERTAIN MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR AIRPORT LAKES, RECORDED IN OFFICIAL RECORDS BOOK 3947, PAGE 468, AS AFFECTED BY OFFICIAL RECORDS BOOK 3988, PAGE 2056; OFFICIAL RECORDS BOOK 4477, PAGE 3342; OFFICIAL RECORDS BOOK 5324, PAGE 1804 AND OFFICIAL RECORDS BOOK 5519, PAGE 713; ALL OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA; TOGETHER WITH EASEMENT RIGHTS, AS CONTAINED IN THAT CERTAIN DECLARATION OF EASEMENTS, RECORDED IN OFFICIAL RECORDS BOOK 5281, PAGE 1, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

Name of Project:    Homewood Suites Roseville

Address of Project:    401 Creekside Ridge Court, Roseville, CA

Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 2017-0089554-00 in the Recorder's Office of the County Recorder of Placer County, California (the "Placer Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 12, 2018, as Document Number 2018-0041608-00 in the Placer Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on June 12, 2018 as Document No. 2018-0041609-00 in the Placer Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

LOT 10 OF "CREEKSIDE CENTER" AS SHOWN BY MAP THEREOF FILED FOR RECORD DECEMBER 24, 1998 IN BOOK "V" OF MAPS, PAGE 17, PLACER COUNTY RECORDS.

EXCEPTING THEREFROM THAT PORTION OF SAID LOT 10 DESCRIBED AS FOLLOWS:

BEGINNING AT THE ANGLE POINT ON THE COMMON LINE BETWEEN SAID LOTS 10 AND 11, FROM WHICH THE NORTHERLY MOST CORNER COMMON TO SAID LOTS 10 AND 11 BEARS ALONG SAID COMMON LINE NORTH 04° 51' 41" EAST 94.21 FEET AND NORTH 25° 02' 27" EAST 116.69 FEET;

THENCE ALONG SAID COMMON LINE SOUTH 66° 02' 06" EAST 27.39 FEET;

THENCE CONTINUING ALONG SAID COMMON LINE SOUTH 00° 16' 08" EAST 49.80 FEET;

THENCE DEPARTING SAID COMMON LINE NORTH 22° 31' 14" WEST 65.95 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

A PORTION OF LOT 11 OF "CREEKSIDE CENTER" AS SHOWN BY MAP THEREOF FILED FOR RECORD DECEMBER 24, 1998 IN BOOK "V" OF MAPS, PAGE 17, PLACER COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE EASTERLY MOST SOUTHEAST CORNER OF LOT 10 OF SAID CREEKSIDE CENTER, BEING AN ANGLE POINT ON THE COMMON LINE BETWEEN SAID LOTS 10 AND 11;  THENCE ALONG SAID COMMON LINE NORTH 00° 16' 08" WEST 173.22 FEET;  THENCE DEPARTING SAID COMMON LINE SOUTH 22° 31' 14" EAST 33.15;  THENCE SOUTH 00° 16' 08" EAST 144.49 FEET TO A POINT ON THE EASTERLY PROLONGATION OF THE EASTERLY MOST SOUTHERLY BOUNDARY OF SAID LOT 10;  THENCE ALONG SAID PROLONGATION, NORTH 81° 26' 54" WEST 12.70 FEET TO THE POINT OF BEGINNING.

PARCEL THREE:

73744464.1

A PORTION OF LOT 11 OF "CREEKSIDE CENTER" AS SHOWN BY MAP THEREOF FILED FOR RECORD DECEMBER 24, 1998 IN BOOK "V" OF MAPS, PAGE 17, PLACER COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHERLY MOST CORNER COMMON TO LOTS 10 AND 11 AS SHOWN ON THE ABOVE MAP, SAID POINT BEING ON THE ARC OF A NON-TANGENT 5000.00 FOOT RADIUS CURVE TO WHICH A RADIAL LINE BEARS SOUTH 25° 02' 27" WEST;  THENCE ALONG THE NORTHERLY LINE OF SAID LOT 11, CURVING TO THE LEFT ALONG THE ARC OF SAID 5000.00 FOOT RADIUS CURVE, CONCAVE NORTHEASTERLY, THROUGH A CENTRAL ANGLE OF 00° 21' 28", AN ARC LENGTH OF 31.22 FEET (SOUTH 65° 08' 17" EAST, 31.22 FEET);

THENCE DEPARTING SAID NORTHERLY LINE SOUTH 24° 40' 59" WEST 205.22 FEET TO AN ANGLE POINT ON THE COMMON LINE BETWEEN SAID LOTS 10 AND 11;  THENCE ALONG SAID COMMON LINE NORTH 04° 51' 41" EAST 94.21 FEET;  THENCE CONTINUING ALONG SAID COMMON LINE NORTH 25° 02' 27" EAST 116.69 FEET TO THE POINT OF BEGINNING.

PARCEL FOUR:

EASEMENT AS CREATED IN, UNDER, BY OR SET FORTH THE DECLARATION OF RECIPROCAL ACCESS, PARKING AND DRAINAGE EASEMENTS AND MAINTENANCE AGREEMENT RECORDED FEBRUARY 26, 2004, INSTRUMENT NO. 2004-0020820, OFFICIAL RECORDS.

Name of Project:        Country Inn & Suites Columbus
Address of Project:     2900 Airport Drive, Columbus, OH
Security Instrument:    Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 17, 2017, as Instrument Number 201711170163361 in the Recorder's Office of the Recorder of Franklin County Ohio (the "Franklin Recorder's Office"); as assigned by Assignment of Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument Number 201805100062279 in the Franklin Recorder's Office; as further assigned by Assignment of Open-End Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 10, 2018, as Instrument Number 201805100062280 of the Franklin Recorder's Office
Borrower(s):            CNI THL Propco FE, LLC

Legal Description of Land:

139

73744464.1

Situated in the City of Columbus, County of Franklin, State of Ohio, described as follows:

Situated in the State of Ohio, County of Franklin, City of Columbus, being located in Quarter Township 3, Township 1, Range 17, United States Military Lands and being part of the Port Columbus Enterprises tract (0.660 acre) of record in Official Record 8804G15 and part of the Port Columbus Enterprises tract (1.145 acre) of record in Official Record 8336A13, all references being to records in the Recorder's Office, Franklin County, Ohio and bounded and described as follows:

Beginning for reference at the intersection of the centerline of Cassady Avenue (variable width) with the centerline of Airport Drive (60 feet in width);

Thence North 86 degrees 48' 32" West, along the centerline of Airport Drive, a distance of 291.56 feet to a point;

Thence North 3 degrees 11' 28" East, crossing Airport Drive, a distance of 30.00 feet to an iron pin set in the northerly right of way line of Airport Drive, being the true point of beginning and the southeasterly corner of the tract herein intended to be described;

Thence North 86 degrees 48' 32" West, along said right of way line of Airport Drive, a distance of 131.54 feet to an Iron pin set at a point of curvature of a curve to the left;

Thence continuing along said right of way line, being the arc of said curve (Sub Delta = 19 degrees 31' 26", Radius = 385.00 feet), a chord bearing and distance of South 83 degrees 25' 45" West, 130.55 feet to an iron pin set;

Thence North 3 degrees 41' 23" East, a distance of 216.46 feet to an Iron pin found at the southeasterly corner of the Cassady-Sunbury Limited Partnership 31.018 acre tract, of record in Official Record 16509G06;

Thence North 4 degrees 33' 21" East, along the easterly line of said Cassady-Sunbury Limited Partnership 31.018 acre tract, a distance of 118.62 feet to an iron pin set;

Thence South 86 degrees 50' 34" East, a distance of 240.22 feet to an Iron pin set;

Thence South 3 degrees 41' 23" West, a distance of 198.30 feet to an iron pin set;

Thence South 86 degrees 48' 32" East, a distance of 18.00 feet to an iron pin set;

Thence South 3 degrees 41' 23" West, a distance of 114.76 feet to the place of beginning, containing 1.805 acres, more or less.

The bearings contained herein are based on the same meridian as the centerline of Cassady Avenue, being North 3 degrees 11' 28" East, as shown in Plat Book 71, page 17, Recorder's Office, Franklin County, Ohio.

Parcel ID Number: 010-250975-00

73744464.1

Name of Project:    Towne Place Suites Springfield

Address of Project:    6245 Brandon Avenue, Springfield, VA

Security Instrument:    Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as. of November 6, 2017 and recorded on November 17, 2017, as Document Number 2017071411.004, in Book 25249, Page 2085 in the Recorder's Office of the Circuit Court Clerk of Fairfax County, Virginia (the "Fairfax Recorder's Office"); as assigned by Assignment Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on September 27, 2018, as Document Number 2018055395.001, in Book 25546, Page 2104 in the Fairfax Recorder's Office; as further assigned by Assignment of Amended and Restated Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on September 27, 2018, as Document Number 2018055395.002, in Book 25546, Page 2110 in the Fairfax Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

141

All of those lots or parcels of land located in Fairfax County, Virginia, and more particularly described as follows:

PARCEL I:

Parcel "A-1" as shown on that certain plat entitled "Plat of Subdivision on Parcel "A" of the land of TownePlace Management Corporation, Lee District, Fairfax County, Virginia", prepared by Rinker-Detwiler & Associates, P.C., dated April 9, 2002" attached to that certain Deed of Subdivision and Access Easement, recorded among the land records of Fairfax County, Virginia in Deed Book 13041 at Page 1464.

PARCEL II:

TOGETHER WITH the non-exclusive, permanent and perpetual easement on, over, across and through the Access Easement Area for the purpose of providing vehicular and pedestrian access, ingress and egress over the Access Easement Area and Entrance Road to and from Brandon Avenue as set forth in the Easement Agreement and the plat(s) attached thereto dated 12-22-00 recorded in Deed Book 11646 at page 709 among the aforesaid land records.

PARCEL III:

AND FURTHER TOGETHER WITH the non-exclusive Ingress-Egress easement for pedestrian and vehicular ingress and egress as set forth in the Declaration of Easements as recorded in Deed Book 9388 at Page 997, as amended by the First Amendment to Declaration of Easements dated 12-22-00 recorded in Deed Book 11646 at page 680, both among the aforesaid land records.

PARCEL IV:

AND FURTHER TOGETHER WITH the benefits and SUBJECT TO the burdens of the easements as set forth in the Declaration of Easements, Covenants, Conditions and Restrictions dated 06-28-02 and recorded in Deed Book 13084 at page 712 among the land records of Fairfax County, Virginia.

PARCEL V:

AND FURTHER TOGETHER WITH the non-exclusive permanent and perpetual ingress, egress and access easement on, over, across and through the Augusta Drive Easement Area for the sole purpose of providing vehicular and pedestrian access, ingress and egress to and from the publicly dedicated portion of Augusta Drive, as well as a non-exclusive, permanent and perpetual easement on, over, across under and through the Maintenance Easement Area for the sole purpose of performing the Augusta Drive Maintenance as set forth in the Maintenance and

Easement Agreement and the plat(s) attached thereto dated 12-22-00 recorded in Deed Book 11646 at page 727 among the aforesaid land records.

73744464.1

Name of Project:          Fairfield Inn Roseville
Address of Project:       1910 Taylor Road, Roseville, CA
Security Instrument:      Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 13, 2017, as Document Number 2017-0088943-00 in the Recorder's Office of the County Recorder of Placer County, California (the "Placer Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 27, 2018, as Document Number 2018-0046110-00 in the Placer Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded June 27, 2018, as Document Number 2018-0046111099 in the Placer Recorder's Office
Borrower(s):              W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL ONE:

PARCEL 3 AS SHOWN ON THE CERTAIN PARCEL MAP FILED FOR RECORD DECEMBER 28, 1998 IN BOOK 29 OF PARCEL MAPS, PAGE 106, PLACER COUNTY RECORDS.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR ACCESS AND PARKING AND OTHER RIGHTS AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN EASEMENT AGREEMENT RECORDED NOVEMBER 07, 1997, INSTRUMENT NO. 97-0069986, FOR UTILITY FACILITIES, DRAINAGE FACILITIES AND LANDSCAPING AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF OLYMPUS BUSINESS CENTER RECORDED DECEMBER 31, 1987, INSTRUMENT NO. 72698, IN BOOK 3329, PAGE 580, OFFICIAL RECORDS, AS AMENDED, AND FOR INGRESS AND EGRESS AND FOR THE PASSAGE OF MOTOR VEHICLES AND RECIPROCAL PARKING AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ESTABLISHMENT OF EASEMENTS RECORDED SEPTEMBER 29, 2000, INSTRUMENT NO. 2000-0072375, OFFICIAL RECORDS.

73744464.1

Name of Project:      Residence Inn Salinas

Address of Project:    17215 El Rancho Way, Salinas CA

Security Instrument:   Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14   , 2017, as Document Number 2017063248 in the Recorder's Office of the County Recorder of Monterey County, California (the "Monterey Recorder's Office); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on June 19, 2018, as Document Number 2018026942 in the Monterey Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated February 5, 2018 and recorded on June 19, 2018, as Document Number 2018026943 in the Monterey Recorder's Office

Borrower(s):        W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

PARCEL I:

PARCEL B AS SAID PARCEL IS SHOWN ON THAT CERTAIN RECORD OF SURVEY ENTITLED, RECORD OF SURVEY FOR LOT LINE ADJUSTMENT PURPOSES, MARRIOTT HOTEL, SALINAS, CALIFORNIA, SAID MAP BEING RECORDED IN VOLUME 25 OF SURVEYS AT PAGE 57 ON MAY 01, 2002 IN THE OFFICE OF THE MONTEREY COUNTY RECORDER, MONTEREY, CALIFORNIA.

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR DRIVEWAY, INGRESS, EGRESS, STORM DRAINAGE, SANITARY SEWER AND PUBLIC AND PRIVATE UTILITY AS CREATED IN, UNDER, BY OR SET FORTH IN THAT CERTAIN RECIPROCAL EASEMENT AGREEMENT, RECORDED JULY 09, 2003 AS 2003079851, OF OFFICIAL RECORDS.

73744464.1

Name of Project:    Sheraton Hotel San Jose

Address of Project:    1801 Barber Lane, Milpitas, CA

Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 23799728 in the Recorder's Office of the Clerk-Recorder of Santa Clara County, California (the "Santa Clara Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 23943056 in the Santa Clara Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on May 29, 2018, as Document Number 23943057 in the Santa Clara Recorder's Office

Borrower(s):    W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

ALL THAT PROPERTY DESCRIBED AS PARCEL 2 OF THE PARCEL MAP RECORDED IN BOOK 524 OF MAPS AT PAGE 22, SANTA CLARA COUNTY RECORDS, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING A 3/4 INCH DIAMETER IRON PIPE SET AT THE SOUTHWEST CORNER OF SAID PARCEL 2, A POINT IN THE NORTHWESTERLY LINE OF BARBER LANE, A CITY STREET; THENCE FROM THE POINT OF BEGINNING ALONG THE BOUNDARY OF SAID PARCEL 2 NORTH 12° 30' WEST 538.52 FEET; THENCE CONTINUING ALONG SAID BOUNDARY NORTH 70° 30' EAST 608.00 FEET TO A POINT ON THE AFOREMENTIONED NORTHWESTERLY LINE OF BARBER LANE; THENCE ALONG SAID NORTHWESTERLY LINE ON THE FOLLOWING SIX (6) CONSECUTIVE COURSES: (1) FROM A TANGENT THAT BEARS SOUTH 1° 46' 18" WEST ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 903 FEET, A CENTRAL ANGLE OF 18° 22' 04" AND AN ARC LENGTH OF 289.48 FEET; (2) CONCENTRIC TO THE LAST MENTIONED COURSE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 5000 FEET, A CENTRAL ANGLE OF 1° 00' 59" AND AN ARC LENGTH OF 88.70 FEET, (3) SOUTH 21° 09' 21" WEST 24.04 FEET, (4) TANGENT TO THE LAST MENTIONED COURSE ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 5000 FEET, A CENTRAL ANGLE OF 1° 00' 59" AND AN ARC LENGTH OF 88.70 FEET, (5) CONCENTRIC TO THE LAST MENTIONED COURSE ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 390 FEET, A CENTRAL ANGLE OF 57° 21' 38" AND AN ARC LENGTH OF 390.44 FEET AND (6) SOUTH 77° 30' WEST 50.00 FEET TO THE POINT OF BEGINNING.

Name of Project:        Hampton Inn Rancho Cordova
Address of Project:     10755 Gold Center Drive, Rancho Cordova, CA
Security Instrument:    Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, in Book 20171114, Page 0901 in the Recorder's Office of the Clerk/Recorder of Sacramento County, California (the "Sacramento Recorder's Office); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 11, 2018, in Book 20180711, Page 0195 in the Sacramento Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 11, 2018, in Book 20180711, Page 0196 in the Sacramento Recorder's Office
Borrower(s):            W2005/Fargo Hotels (Pool B) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

73744464.1

PARCEL NO. 1:

PARCEL C AS SHOWN ON THAT CERTAIN PARCEL MAP ENTITLED "PORTION OF PARCEL A, 11 P.M. 18", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY, ON DECEMBER 17, 1997, IN BOOK 149 OF PARCEL MAPS, AT PAGE 13.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING SAID LAND WHETHER NOW KNOWN TO EXIT OR HEREAFTER DISCOVERED WITH THAT PORTION OF THE PROPERTY DESCRIBED IN GRANT DEED TO AEROJET-GENERAL CORPORATION, RECORDED FEBRUARY 25, 1957, IN BOOK 3251, PAGE 172, OFFICIAL RECORDS, AS RESERVED BY SOUTHERN PACIFIC COMPANY AND EXCEPTED IN DIRECTOR'S DEED, RECORDED MARCH 17, 1971, IN BOOK 710317, PAGE 186, OFFICIAL RECORDS, AS RESERVED BY THE STATE OF CALIFORNIA.

PARCEL NO. 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, ACCESS AND DRIVEWAY AS DESCRIBED IN THAT CERTAIN "RECIPROCAL INGRESS/EGRESS EASEMENT", RECORDED MARCH 12, 1998, IN BOOK 19980312, PAGE 983, OFFICIAL RECORDS.

PARCEL NO. 3:

A NON-EXCLUSIVE EASEMENT FOR DRAINAGE AS DESCRIBED IN THAT CERTAIN "RECIPROCAL DRAINAGE EASEMENT AND MAINTENANCE AGREEMENT", RECORDED MARCH 12, 1998, IN BOOK 19980312, PAGE 982, OFFICIAL RECORDS.

Name of Project:    Fairfield Inn & Suites The Woodlands
Address of Project:    16850 I-45 South, Conroe, TX
Security Instrument:    Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 2017102750 in the Recorder's Office of the County Clerk of Montgomery County, Texas (the "Montgomery Recorder's Office"); as assigned by Assignment of Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number 2018063132 in the Montgomery Recorder's Office; as further assigned by Assignment of Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number 2018063133 in the Montgomery Recorder's Office
Borrower(s):    CNI THL Propco FE, LLC

Legal Description of Land:

73744464.1

BEING 2.1492 ACRES (93,621 SQUARE FEET) OF LAND, ALL OF A CALLED 2.151 ACRES, CONVEYED TO HERITAGE INN NUMBER LX, LIMITED PARTNERSHIP BY DEED RECORDED UNDER COUNTY CLERK'S FILE NUMBER (CCF) 99092402 REAL PROPERTY RECORDS OF MONTGOMERY COUNTY, TEXAS (RPR MCT), AND SAID 2.1492 ACRE TRACT LYING IN THE GEORGE TAYLOR SURVEY, ABSTRACT 555, ALSO BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS;

BEGINNING AT A FOUND 5/8 INCH IRON ROD WITH CAP IN THE WEST RIGHT-OF-WAY LINE OF THE I-45 SOUTH BOUND FEEDER, MARKING THE SOUTHEAST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING THE COMMON NORTHEAST CORNER OF A CALLED 2.290 ACRE TRACT, CONVEYED TO LANDMARK INDUSTRIES LTD BY DEED RECORDED UNDER COUNTY CLERK'S FILE NUMBER (CCF) 2004-109155 REAL PROPERTY RECORDS OF MONTGOMERY COUNTY, TEXAS (RPR HCT);

THENCE NORTH 89°30'54" WEST, ALONG NORTH PROPERTY LINE OF SAID 2.290 ACRE TRACT, A DISTANCE OF 13.68 FEET TO A FOUND 5/8 INCH IRON ROD WITH CAP IN THE SOUTH PROPERTY LINE OF THE HEREIN DESCRIBED TRACT TO A POINT OF CURVATURE;

THENCE ALONG A CURVE TO THE RIGHT, ALONG SAID NORTH PROPERTY LINE OF 2.290 ACRE TRACT, BASED ON A RADIUS OF 86.00 FEET, HAVING A INCLUDED ANGLE OF 14°59'58", A CHORD BEARING NORTH 82°00'54" WEST, A DISTANCE OF 22.51 FEET AND AN ARC LENGTH OF 22.45 FEET TO A FOUND 5/8 INCH IRON ROD WITH CAP IN THE SOUTH PROPERTY LINE OF THE HEREIN DESCRIBED TRACT TO A POINT OF TANGENCY;

THENCE NORTH 74°30'54" WEST, ALONG SAID NORTH LINE OF 2.290 ACRE TRACT, A DISTANCE OF 33.46 FEET TO A FOUND "X" IN CONCRETE IN THE SOUTH PROPERTY LINE OF THE HEREIN DESCRIBED TRACT TO A POINT OF CURVATURE;

THENCE ALONG A CURVE TO THE LEFT, ALONG SAID NORTH LINE OF 2.290 ACRE TRACT, BASED ON A RADIUS OF 39.00 FEET, HAVING A INCLUDED ANGLE OF 14°59'54", A CHORD BEARING NORTH 82°00'54" WEST, A DISTANCE OF 10.21 FEET AND AN ARC LENGTH OF 10.18 FEET TO A FOUND "X" IN CONCRETE IN THE SOUTH PROPERTY LINE OF THE HEREIN DESCRIBED TRACT TO A POINT OF TANGENCY;

THENCE NORTH 89°30'54" WEST, ALONG SAID NORTH LINE OF 2.290 ACRE TRACT, A DISTANCE OF 223.21 FEET TO A SET 5/8 INCH IRON, MARKING THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED, ALSO BEING THE COMMON SOUTHEAST

CORNER OF A CALLED 21.653 ACRE TRACT, CONVEYED TO WALMART REAL ESTATE BUSINESS TRUST BY DEED RECORDED UNDER COUNTY CLERK'S FILE NUMBER (CCF) 2002-118019 REAL PROPERTY OF MONTGOMERY COUNTY, TEXAS;

THENCE NORTH 03°28'57" WEST (CALLED NORTH 03°25'21" WEST), ALONG THE EAST PROPERTY LINE OF SAID 21.653 ACRE TRACT, A DISTANCE OF 299.59 FEET (CALLED 300.00') TO A FOUND 5/8 INCH IRON ROD, MARKING THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING THE COMMON SOUTHWEST CORNER OF A CALLED 1.692 ACRE TRACT, CONVEYED TO RICHARD A. WARMKA BY DEED RECORDED UNDER COUNTY CLERK'S FILE (CCF) 2001-111892 REAL PROPERTY RECORDS OF MONTGOMERY COUNTY, TEXAS (RPR MCT);

THENCE NORTH 86°34'39" EAST, ALONG THE SAID SOUTH PROPERTY OF SAID 1.692 ACRE TRACT, A DISTANCE OF 300.31 FEET (CALLED 300.00') TO A SET 5/8 INCH IRON ROD WITH CAP IN SAID WEST ROW OF I-45, MARKING THE NORTHEAST CORNER OF THE HEREIN DESCRIBED TRACT, ALSO BEING THE COMMON SOUTHEAST CORNER OF SAID 1.692 ACRE TRACT;

THENCE SOUTH 03°25'21" EAST, ALONG THE SAID WEST ROW OF I-45, PASS AT A DISTANCE OF 0.74 FEET A FOUND 5/8 INCH IRON ROD WITH CAP, AND CONTINUING TO A TOTAL DISTANCE OF 329.37 FEET (CALLED 329.78') TO A FOUND "X" IN CONCRETE IN THE EAST PROPERTY LINE OF THE HEREIN DESCRIBED TRACT;

THENCE SOUTH 03°10'12" EAST A DISTANCE OF 3.66 FEET TO THE POINT OF BEGINNING AND CONTAINING A COMPUTED 2.1492 ACRES (93,621 SQUARE FEET) OF LAND.

73744464.1

Name of Project:        Hampton Inn Hobby Airport
Address of Project:     8620 Airport Blvd., Houston, TX
Security Instrument:    Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Instrument Number RP-2017-500026 in the Recorder's Office of the County Clerk of Harris County, Texas (the "Harris Recorder's Office"); as assigned by Assignment of Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded June 15, 2018, as Instrument Number RP-2018-267554 in the Harris Recorder's Office; as further assigned by Assignment of Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded June 15, 2018, as Instrument Number RP-2018-267555 in the Harris Recorder's Office
Borrower(s):            CNI THL Propco FE, LLC

Legal Description of Land:

73744464.1

TRACT I:

A PARCEL OF LAND CONTAINING 2.3108 ACRES (100,659 SQUARE FEET) OUT OF RESTRICTED RESERVE "A", BLOCK 1, OF MONROE-AIRPORT SUBDIVISION, ACCORD
ING TO THE PLAT RECORDED AT FILM CODE NO. 367143 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS, AND BEING OUT OF AND A PART OF THAT CERTAIN TRACT CONVEYED BY BILL WAUGH AND PHIL H. PHILLIPS TO EMSCOR INVESTMENTS, INC. BY DEEDS RECORDED UNDER COUNTY CLERK'S FILE NO.'S N153142 AND N153144 RESPECTIVELY, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY, HARRIS COUNTY, TEXAS, SAID TRACT BEING THAT SAME TRACT CONVEYED BY MANNING FAMILY PARTNERSHIP L. P. TO GERALD LYDA SR. BY DEED RECORDED UNDER COUNTY CLERK'S FILE NO. R557447 OFFICIAL PUBLIC RECORDS OF REAL PROPERTY, HARRIS COUNTY, TEXAS SAID 2.3108 ACRE TRACT BEING OUT OF THE G. W. SHERRICK SURVEY, ABSTRACT NO. 1113, HARRIS COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT FROM WHICH A FOUND 5/8 INCH IRON ROD BEARS S 74 DEG. 58 MIN. 02 SEC. W, 0.45 FEET, SAID POINT BEING THE MOST WESTERLY NORTHWESTERLY CORNER OF MONROE-AIRPORT SUBDIVISION AND THE SAID EMSCOR TRACT AND BEING ON THE EASTERLY LINE OF MONROE ROAD, 100 FEET WIDE;

THENCE, S 20 DEG. 45 MIN. 22 SEC. W ALONG THE EASTERLY LINE OF THE SAID MONROE ROAD A DISTANCE OF 193.86 FEET TO A SET 5/8 INCH IRON ROD BEING THE POINT OF BEGINNING, BEING THE SOUTHWEST CORNER OF A TRACT CONVEYED TO K. F. MANAGEMENT SERVICES, INC. BY MANNING FAMILY PARTNERSHIP, L. P., AS RECORDED IN COUNTY CLERK'S FILE NO. R678409 OFFICIAL PUBLIC RECORDS OF REAL PROPERTY, HARRIS COUNTY, TEXAS, SAME BEING IN THE EASTERLY LINE OF MONROE ROAD 100 FEET WIDE;

THENCE, S 69 DEG. 14 MIN. 38 SEC. E, WITH THE SAID K. F. MANAGEMENT SERVICES, INC. TRACT, A DISTANCE OF 150.05 FEET TO A SET 5/8 INCH IRON ROD;

THENCE, N 44 DEG. 38 MIN. 50 SEC. E, WITH THE SAID K. F. MANAGEMENT SERVICES, INC. TRACT, A DISTANCE OF 186.73 FEET TO A POINT FROM WHICH A FOUND 5/8 INCH IRON ROD BEARS N 64 DEG. 44 MIN. 26 SEC. W, 0.31 FEET, SAID POINT BEING THE SOUTHEAST CORNER OF SAID K. F. MANAGEMENT SERVICES, INC., SAME BEING IN THE SOUTHERLY LINE OF AIRPORT BOULEVARD, 150 FEET WIDE;

THENCE, S 45 DEG. 21 MIN. 10 SEC. E, WITH THE SAID SOUTHERLY LINE OF AIRPORT BOULEVARD, A DISTANCE OF 129.64 FEET TO A FOUND 5/8 INCH IRON ROD, FOR THE NORTHWEST CORNER OF A 65 FOOT RIGHT-OF-WAY TO HARRIS COUNTY FLOOD CONTROL DISTRICT UNIT C-106-01-00 AS RECORDED UNDER FILM CODE NO. 367143, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS;

THENCE, S 00 DEG. 13 MIN. 20 SEC. E, WITH THE SAID 65 FOOT RIGHT-OF-WAY, A DISTANCE OF 161.59 FEET TO A FOUND 5/8 INCH IRON ROD IN CONCRETE AT A FENCE CORNER, FOR THE NORTHEAST CORNER OF THE REMAINDER OF THE TRACT CONVEYED TO MANNING FAMILY PARTNERSHIP, L. P. FROM EMSCOR INVESTMENTS, INC., AS RECORDED UNDER COUNTY CLERK'S FILE NO. R518979, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY, HARRIS COUNTY, TEXAS;

THENCE, S 44 DEG. 39 MIN. 50 SEC. W, WITH THE SAID MANNING FAMILY PARTNERSHIP, L. P. TRACT, A DISTANCE OF 184.34 FEET TO A FOUND 5/8 INCH IRON ROD IN CONCRETE AT A FENCE CORNER;

THENCE, N 69 DEG. 14 MIN. 38 SEC. W, WITH THE SAID MANNING FAMILY PARTNERSHIP, L. P. TRACT, A DISTANCE OF 327.42 FEET TO A FOUND 5/8 INCH IRON ROD IN CONCRETE AT A FENCE CORNER, FOR THE NORTHWEST CORNER OF THE SAID MANNING FAMILY PARTNERSHIP, L. P. TRACT, SAME BEING IN THE SAID EASTERLY LINE OF MONROE ROAD;

THENCE, N 20 DEG. 45 MIN. 22 SEC. E, WITH THE SAID EASTERLY LINE OF MONROE ROAD, A DISTANCE OF 201.20 FEET TO THE POINT OF BEGINNING AND CONTAINING 2.3108 ACRES (100,659 SQUARE FEET) OF LAND, MORE OR LESS.

TRACT II - NON-EXCLUSIVE ACCESS EASEMENT NO. 1:

A PARCEL OF LAND CONTAINING 0.0402 ACRES (1,750 SQUARE FEET) MORE OR LESS OUT OF RESTRICTED RESERVE "A", BLOCK 1, MONROE-AIRPORT SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED UNDER FILM CODE NO. 367143, MAP RECORDS, HARRIS COUNTY, TEXAS, SAID 0.0402 ACRE TRACT BEING IN THE G. W. SHERRICK SURVEY, ABSTRACT NO. 1113, HARRIS COUNTY, TEXAS AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT FROM WHICH A FOUND 5/8 INCH IRON ROD BEARS S 74° 58' 02" W, 0.45 FEET, SAID POINT BEING THE MOST WESTERLY NORTHWESTERLY CORNER OF THE SAID RESTRICTED RESERVE "A" AND BEING ON THE EASTERLY LINE OF MONROE ROAD, 100 FEET WIDE;

THENCE, S 20° 45' 22" W ALONG THE EASTERLY LINE OF THE SAID MONROE ROAD A DISTANCE OF 176.36 FEET TO A SET 5/8 INCH IRON ROD BEING THE POINT OF BEGINNING;

THENCE, S 69° 14' 38" E A DISTANCE OF 50.00 FEET TO A POINT;

THENCE, S 20° 45' 22" W A DISTANCE OF 35.00 FEET TO A POINT;

THENCE, N 69° 14' 38" W A DISTANCE OF 50.00 FEET TO A POINT IN THE EASTERLY LINE OF THE SAID MONROE ROAD;

THENCE, N 20° 45' 22" E ALONG THE EASTERLY LINE OF THE SAID MONROE ROAD A DISTANCE OF 35.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.0402 ACRES (1,750 SQUARE FEET) OF LAND, MORE OR LESS.

TRACT III - NON-EXCLUSIVE ACCESS EASEMENT NO. 2:

A PARCEL OF LAND CONTAINING 0.0402 ACRES (1,750 SQUARE FEET) MORE OR LESS OUT OF RESTRICTED RESERVE "A", BLOCK 1, MONROE-AIRPORT SUBDIVISION ACCORDING TO THE PLAT THEREOF RECORDED UNDER FILM CODE NO. 367143, MAP RECORDS, HARRIS COUNTY, TEXAS, SAID 0.0402 ACRE TRACT BEING IN THE G. W. SHERRICK SURVEY, ABSTRACT NO. 1113, HARRIS COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A FOUND 5/8 INCH IRON ROD BEING THE MOST EASTERLY NORTHWESTERLY CORNER OF THE SAID RESERVE "A" AND BEING ON THE NORTHERLY LINE OF AIRPORT BOULEVARD, 150 FEET WIDE;

THENCE, S 45° 21' 10" E ALONG THE SOUTHERLY LINE OF THE SAID AIRPORT BOULEVARD A DISTANCE OF 152.49 FEET TO THE POINT OF BEGINNING;

THENCE, S 45° 21' 10" E ALONG THE SOUTHERLY LINE OF THE SAID AIRPORT BOULEVARD A DISTANCE OF 35.00 FEET TO A POINT;

THENCE, S 44° 38' 50" W A DISTANCE OF 50.00 FEET TO A POINT;

THENCE, N 45° 21' 10" W A DISTANCE OF 35.00 FEET TO A POINT;

THENCE, N 44° 38' 50" E A DISTANCE OF 50.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 0.0402 ACRES (1,750 SQUARE FEET) OF LAND, MORE OR LESS.

TRACT IV - UTILITY EASEMENT:

A NON-EXCLUSIVE EASEMENT GRANTED AS SET FORTH IN ARTICLE 4 OF THE DECLARATION OF PROTECTIVE COVENANTS FOR MONROE-AIRPORT SUBDIVISION AS FILED IN DOCUMENT NO. R557444, OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS.

73744464.1

Name of Project:  Hampton Inn Laredo

Address of Project:  7903 San Dario, Laredo, TX

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 1313314 in the Recorder's Office of the County Clerk of Webb County, Texas (the "Webb Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number 1333149 in the Webb Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number 1333150 in the Webb Recorder's Office

Borrower(s):  W2005 New Century Hotel Portfolio, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Tract I: FEE SIMPLE

Situated in the County of Webb, Texas, and being the SURFACE ONLY of Lot 10, Block 1, NORTH CREEK PLAZA, PHASE 2, a subdivision situated in the City of Laredo, recorded in Volume 13, Page 24, Webb County Plat Records.

Tract II: EASEMENT ESTATE

Non-Exclusive Easement Estates created by that certain Operation and Easement Agreement dated September 17, 1991, executed by and between Dayton Hudson Corporation and Codam Investments and Del Mar Investments Group, recorded in Volume 1509, Pages 77-151, Webb County Real Property Records, and First Amendment to Operation and Easement Agreement effective as of the 7th day of August 1992, executed by and among Albertson's Inc., a Delaware Corporation, Dayton Hudson Corporation, a Minnesota Corporation, Codam Investments, an Ohio general partnership and Del Mar Investment Group, a Texas limited partnership, amended and recorded in Volume 51, Pages 225-278; Pages 279-338 and Pages 339-399, Webb County Official Public Records, and 2nd Amendment to the Operation and Easement Agreement recorded in Volume 149, Pages 496-540, Webb County Official Public Records, and Third Amendment to the Operation and Easement Agreement recorded in Volume 701, Pages 615-619, Webb County Official Public Records, and Fourth Amendment to Operation and Easement Agreement recorded in Volume 730, Pages 676-697, Webb County Official Public Records.

Name of Project: Homewood Suites Arlington
Address of Project: 2401 East Road to Six Flags, Arlington, TX
Security Instrument: Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number D217264009 in the Recorder's Office of the County Clerk of Tarrant County, Texas (the "Tarrant Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number D218144980 in the Tarrant Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number D218144981 in the Tarrant Recorder's Office
Borrower(s): W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Being all of Site 49R, Six Flags Business Park, an Addition to the City of Arlington, Tarrant County, Texas, according to the Plat recorded in Volume 388-144, Page 54, Plat Records, Tarrant County, Texas, and more particularly described by metes and bounds as follows:

Beginning at an "x" cut in walk set at the southwest corner of Site 49R lying in the north right-of-way line of Road to Six Flags (an 80 foot wide right-of-way) at its intersection with the east right-of-way line of Diplomacy Drive (a 60 foot wide right-of-way);

Thence along the east and south right-of-way line of Diplomacy Drive as follows:

North 241.64 feet to a 1/2 inch iron rod set at the beginning of a curve to the right,

Northeasterly 109.96 feet along said curve to the right having radius of 70.00 feet, a central angle of 90 degrees 00 minutes 00 seconds, and a chord bearing North 45 degrees 00 minutes 00 seconds, 98.99 feet to a 1/2 inch iron rod set at the end of said curve; East, 211.61 feet to a 1/2 inch iron rod found at the northeast corner of said Site 49R, being the northwest corner of Site 48R-1, said Six Flags Business Park;

Thence South, 311.64 feet along the common boundary line between said Site 48R-1 and said Site 49R to a 1/2 inch iron rod found at the southeast corner of said Site 49R lying in the aforesaid North right-of-way line of Road to Six Flags;

Thence West, 281.61 feet along the said north right-of-way line of Road to Six Flags to the Place of Beginning, containing 1.991 acre (86,708 square feet) of land, more or less.

73744464.1

| | |
|---|---|
| Name of Project: | Homewood Suites Grapevine |
| Address of Project: | 2214 W. Grapevine Mills Circle, Grapevine, TX |
| Security Instrument: | Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number D217263764 in the Recorder's Office of the County Clerk of Tarrant County, Texas (the "Tarrant Recorder's Office); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number D218144999 in the Tarrant Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number D218144998 in the Tarrant Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool B) Realty, L.P. and CNI THL Ops, |

Legal Description of Land:

TRACT 1: (Fee Simple)

Being Lot 2R, in Block 6, of Amending Plat of Grapevine Mills Addition, an Addition to the City of Grapevine, Tarrant County, Texas, according to the plat thereof recorded in Cabinet A, Slide 8868, Plat Records of Tarrant County, Texas.

TRACT 2: (Easement Estate)

Non-exclusive easement rights created pursuant to that certain Declaration of Restrictions and Reciprocal Easement Agreement recorded in Volume 12429, Page 2207,Deed Records of Tarrant County, Texas, over and across the following described property:

Being a parcel of land, containing 33.505 acres, situated in the Heirs of James Gibson Survey, Abstract No. 586 and the Henry Suggs Survey, Abstract No 1415, in the City of Grapevine, Tarrant County, Texas and being a portion of a called 80.6597 acre parcel as conveyed to Gateway Center Associates, Ltd. and evidenced in a Special Warranty Deed recorded in Volume 9799, Page 139, Deed Records, Tarrant County, Texas, said 33.505 acre parcel being more particularly described by metes and bounds as follows (bearings based on the City of Grapevine control monumentation);

Commencing at a concrete monument with brass cap found at the south corner of a visibility clip at the intersection of the south right-of-way line of Anderson-Gibson Road (a called 40 foot wide right-of-way) with the current right-of-way line of State Farm to Market Highway 2499 (F.M. 2499, a variable width right-of-way);

Thence South 01 degree 46 minutes 42 seconds West along the west right-of-way line of said F.M. 2499, 83.80 feet to a 5/8 inch iron rod set for the Point of Beginning;

Thence South 01 degrees 46 minutes 42 seconds West continuing along said west right-of-way line of F.M. 2499, 771.17 feet to a 5/8 inch iron rod set for a corner being the Northeast corner of Lot 1 of Grapevine Mills Addition, an addition to the City of Grapevine, according to the plat thereof recorded in Cabinet A, Slide 2718, Plat Records, Tarrant County, Texas;

Thence South 46 degrees 46 minutes 43 seconds West, departing said West right-of-way line and along the North line of said Lot 1, 56.57 feet to a 5/8 inch iron rod set for a corner;

Thence North 88 degrees 13 minutes 17 seconds West continuing along the North line of said Lot 1, 103.41 feet to a 5/8 inch iron rod set for the beginning of a curve to the left;

Thence continuing along the north line of said Lot 1 and along the arc of said curve to the left, having a central angle of 71 degrees 39 minutes 29 seconds, a radius of 340.00 feet and an arc distance of 425.23 feet to a set 5/8 inch iron rod;

Thence South 20 degrees 07 minutes 14 seconds West continuing along the north line of said Lot 1, 18.98 feet to a 5/8 inch iron rod set for the beginning of a curve to the right;

Thence continuing along the North line of said Lot 1 and along the arc of said curve to the right, having a central angle of 90 degrees 00 minutes 00 seconds, a radius of 30.00 feet and an arc length of 47.12 feet to a 5/8 inch iron rod set at the end of said curve;

Thence North 69 degrees 52 minutes 46 seconds West continuing along the north line of said Lot 1, 1158.58 feet to a 5/8 inch iron rod set at the beginning of a curve to the left;

Thence continuing along the north line of said Lot 1 and along the arc of said curve to the right, having a central angle of 08 degrees 34 minutes 24 seconds, a radius of 977.00 feet and an arc length of 146.19 (146.29 record) feet to a 5/8 inch iron rod set for the end of said curve;

Thence North 61 degrees 18 minutes 22 seconds West continuing along the north line of said Lot 1, 23.39 feet to a 5/8 inch iron rod set at the beginning of a curve to the right;

Thence continuing along the north line of said Lot 1 and along the arc of said curve to the right, having a central angle of 90 degrees 53 minutes 48 seconds, a radius of 30.00 feet and an arc length of 47.59 feet to a 5/8 inch iron rod set for a point of compound curvature, said point being on a westerly line of said Lot 1;

Thence along the westerly line of said Lot 1 and along the arc of said curve to the right having a central angle of 29 degrees 08 minutes 41 seconds, a radius of 1458.00 feet, and an arc length of 741.64 feet to a 5/8 inch iron rod set for a point of compound curvature;

Thence continuing along the westerly line of said Lot 1 and along the arc of said curve to the right, having a central angle of 01 degree 53 minutes 01 second, a radius of 758.00 feet and an arc length of 24.92 feet to a railroad spike set in asphalt for the end of said curve, said spike being on the centerline of the aforementioned Anderson-Gibson Road;

Thence North 66 degrees 38 minutes 30 seconds East, departing the westerly line of said Lot 1 and along the centerline of said Anderson-Gibson Road. 159.07 feet to a railroad spike set at the beginning of a non-tangent curve to the right;

Thence departing said centerline of Anderson-Gibson Road and along the arc of said curve to the right, having a radial bearing of South 17 degrees 20 minutes 08 seconds East, a central angle of 16 degrees 37 minutes 16 seconds, a radius of 758.00 feet and an arc length of 219.89 feet to a 5/8 inch iron rod set at the end of said curve;

Thence North 89 degrees 17 minutes 08 seconds East, 245.23 feet to a 5/8 inch iron rod set for a corner;

Thence South 88 degrees 04 minutes 28 seconds East, 129.82 feet to a 5/8 inch iron rod set for corner;

73744464.1

Thence South 84 degrees 39 minutes 55 seconds East, 184.98 feet to a 5/8 inch iron rod set for corner;

Thence South 88 degrees 04 minutes 28 seconds East, 288.94 feet to a 5/8 inch iron rod set for a corner;

Thence South 44 degrees 28 minutes 04 seconds East, 76.38 feet to the Point of Beginning and containing 33.505 acres.

TRACT 3: (Easement Estate)

Non-exclusive easement rights created pursuant to that certain Master Declaration of Easement, Covenants, Conditions and Restrictions, recorded in Volume 12747, Page 494, Real Property Records, Tarrant County, Texas, as amended by that certain First Amendment to Declaration of Easements, Covenants and Restrictions filed July 23,19797, recorded in Volume 12842, Page 397, Real Property Records, Tarrant County, Texas.

TRACT 4: (Easement Estate)

Non-exclusive easement rights created pursuant to that certain Signage and Access Agreement, by and between Grapevine Mills Residual L.P., and Heritage Inn Number LXII, LP., dated 12/15/1999, filed 12/20/1999, recorded in Volume 14146, Page 484, Real Property Records, Tarrant County, Texas. Assignment, Acceptance and Assumption of Signage and Access Agreement, dated 12/31/2003, filed 01/6/2004, recorded in Clerk's File No. D204005256, Real Property Records, Tarrant County, Texas.

Name of Project:        Courtyard Amarillo

Address of Project:     8006 I-40 West, Amarillo, TX

Security Instrument:    Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Instrument Number 2017OPR0016636 in the Recorder's Office of the County Clerk of Potter County, Texas (the "Potter Recorder's Office"); as assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 2018OPR0008993 in the Potter Recorder's Office; as further assigned by Assignment of Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 2018OPR0008994 in the Potter Recorder's Office

Borrower(s):            W2005/Fargo Hotels (Pool C) Realty, L.P.

Legal Description of Land:

GROUND LEASEHOLD ESTATE EVIDENCED BY THAT CERTAIN MEMORANDUM OF GROUND LEASE AGREEMENT BY AND BETWEEN GR CHAPMAN LIMITED PARTNERSHIP, A TEXAS LIMITED PARTNERSHIP (SUCCESSOR TO SUMMER GLEN APARTMENTS, LTD, A TEXAS LIMITED PARTNERSHIP) AND KAREN CORP., A TEXAS CORPORATION, LESSOR AND HERITAGE INN NUMBER LXVIII LIMITED PARTNERSHIP, A NORTH DAKOTA LIMITED PARTNERSHIP, LESSEE, DATED FEBRUARY 1, 2003, RECORDED IN VOLUME 3477, PAGE 651, OFFICIAL PUBLIC RECORDS OF POTTER COUNTY, TEXAS; SAID LESSEE'S INTEREST THEREIN HAVING BEEN ASSIGNED TO W2005/FARGO HOTELS (POOL C) REALTY, L.P. A DELAWARE LIMITED PARTNERSHIP, BY INSTRUMENT RECORDED APRIL 19, 2006, IN VOLUME 3731, PAGE 212 (CLERK'S FILE NUMBER 1075628) OF THE OFFICIAL PUBLIC RECORDS OF POTTER COUNTY, TEXAS, IN AND TO LOT 12, BLOCK 4, CANODE-COM PARK ADDITION UNIT NO. 27, AN ADDITION TO THE CITY OF AMARILLO, POTTER COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 3198, PAGE 67, OF THE OFFICIAL PUBLIC RECORDS OF POTTER COUNTY, TEXAS.

AND

NON-EXCLUSIVE RIGHTS PURSUANT TO DECLARATION OF RECIPROCAL EASEMENT AND HIGH POWER LINE EASEMENT AS RECORDED IN VOLUME 2776, PAGE 488, OF THE OFFICIAL PUBLIC RECORDS OF POTTER COUNTY, TEXAS, PURSUANT TO THE LAND DESCRIBED THEREIN.

Name of Project:     Homewood Suites Corpus Christi

Address of Project:    5202 Crosstown Expressway, Corpus Christi, TX

Security Instrument:  Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 2017047567 in the Recorder's Office of the County Clerk of Nueces County, Texas (the "Nueces Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number 2018028870 in the Nueces Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Document Number 2018028871 in the Nueces Recorder's Office

Borrower(s):       W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Tract I: FEE SIMPLE

Lot Thirteen (13), Block Three (3), SPICE PLAZA, an Addition to the City of Corpus Christi, Nueces County, Texas, according to the map or plat thereof recorded in Volume 62, Page 149, Map Records of Nueces County, Texas, to which reference is here made for all pertinent purposes.

Tract II: EASEMENT ESTATE

Non-Exclusive rights pursuant to Easement Agreement for Access dated March 28, 2003 from Deanna Margaret Ericson, et al to Tharaldson Development Co. recorded under Clerk's file No. 2003031952, Official Public Records of Nueces County, Texas and conveyed by Conveyance of Easement executed by Tharaldson Development Co., a North Dakota corporation to Midwest Heritage Inn of Evansville, Inc., a North Dakota corporation dated February 27, 2004 recorded under Clerk's file No. 2004010740, Official Public Records of Nueces County, Texas, more fully described by metes and bounds, as follows:

Being a tract of land containing 5606 Square feet tract of land, being a portion of Lot 2, Section 4, BOHEMIAN COLONY LANDS, as shown by map or plat thereof record ed in Volume "A", Page 48, Map Records of Nueces County, Texas, also known as a portion of Lot Twelve (12), Block Three (3), SPICE PLAZA, an Addition to the City of Corpus Christi, Nueces County, Texas, according to map or plat thereof recorded in Volume 62, Page 149, Map Records of Nueces County, Texas, further described by metes and bounds as follows:

Starting at the easternmost corner of Lot 8, Block 3, S.P. I.C.E. Plaza, a map of which is recorded in Volume 61, Page 44, Map Records, said starting point being in the westerly or southwesterly right of way line of State highway right of way at the intersection of South Padre Island Drive and Crosstown Expressway and said beginning point being in the arc of a circular curve to the right having a central angle of 14°00'22", a radius of 1600.00' and a chord bearing S26°57'50" E a distance of 390.15';

Thence along the arc of said circular curve to the right, being along said westerly or southwesterly right of way line of said State highway right of way at the intersection of South Padre Island Drive and Crosstown Expressway, a distance of 391.13' to the POINT OF BEGINNING, and northeast corner of the 5606 square foot tract of land described herein and being in the arc of a circular curve to the right having a central angle of 06°46'48", a radius of 1600.00 and a chord bearing S16°34'15" E a distance of 189.22';

Thence along the arc of said circular curve to the right, being along said westerly or southwesterly right of way line of said state highway right of way at the intersection of South Padre Island Drive and Crosstown Expressway, a distance of 189.35' to a point for the

southermost or southeast corner of the 5605 square foot tract of land described herein and northermost east corner of said 2.988 acre tract;

Thence along the northeast boundary line of said 2.988 acre tract N60°56'04" W 58.68' to a point for the southwest or southwesterly corner of this tract;

Thence N29°03'56"E 14.33" to a point for interior southwesterly corner of the tract herein described;
Thence N17°11'07" W 119.03' to a point for the northwest corner of the tract herein described;
Thence 43°48'45" E 36.88' to the POINT OF BEGINNING.

| | |
|---|---|
| Name of Project: | Residence Inn El Paso |
| Address of Project: | 6355 Gateway W Boulevard, El Paso, TX |
| Security Instrument: | Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 20170085492 in the Recorder's Office of the County Clerk of El Paso County, Texas (the "El Paso Recorder's Office); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 5, 2018, as Document Number 20180062254 in the El Paso Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 5, 2018, as Document Number 20180062253 in the El Paso Recorder's Office |
| Borrower(s): | W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC |

Legal Description of Land:

164

PARCEL 1:

A PARCEL OF LAND CONTAINING 2.421 ACRES MORE OR LESS, BEING A PORTION OF LOT 1 AND ALL OF LOT 2, BLOCK 4, BASSETT COMMERCIAL COMPLEX UNIT THREE, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 22, PAGE 32, PLAT RECORDS OF EL PASO COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING, AT A CITY MONUMENT AT A CENTERLINE P.C. OF EDGEMERE WAY (RIGHT OF WAY WIDTH VARIES) OPPOSITE LOT 3 BLOCK 4; BASSETT COMMERCIAL COMPLEX UNIT THREE, FROM WHICH A CITY MONUMENT AT A CENTERLINE P.T. OF EDGEMERE WAY OPPOSITE LOT 4 BLOCK 4, BASSETT COMMERCIAL COMPLEX UNIT THREE, BEARS SOUTH 81° 10' 00" WEST, A DISTANCE OF 487.27 FEET; THENCE, 249.41 FEET ALONG SAID CENTERLINE AND ALONG THE ARC OF A CURVE TO THE RIGHT, HAVING A RADIUS OF 600.00 FEET, A CENTRAL ANGLE OF 23° 49' 00", AND A CHORD WHICH BEARS NORTH 86° 55' 30" WEST A DISTANCE OF 247.62 FEET; THENCE NORTH 75° 01' 00" WEST CONTINUING ALONG SAID CENTERLINE A DISTANCE OF 40.93 FEET; THENCE 250.74 FEET CONTINUING ALONG SAID CENTERLINE AND ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 581.08 FEET A CENTRAL ANGLE OF 24° 43' 24" AND A CHORD WHICH BEARS NORTH 87° 22' 42" WEST A DISTANCE OF 248.80 FEET; THENCE SOUTH 80° 15' 36" WEST CONTINUING ALONG SAID CENTERLINE A DISTANCE OF 243.89 FEET; THENCE 52.83 FEET CONTINUING ALONG SAID CENTERLINE AND ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 392.59 FEET, A CENTRAL ANGLE OF 07° 42' 36" AND A CHORD WHICH BEARS SOUTH 76° 24' 18" WEST A DISTANCE OF 52.79 FEET; THENCE SOUTH 72° 33' 00" WEST CONTINUING ALONG SAID CENTERLINE A DISTANCE OF 166.08 FEET TO THE MONUMENT LINE OF GERONIMO DRIVE (100 FOOT RIGHT OF WAY FROM THE PLAT OF BASSETT CENTER IN BOOK 10 PAGE 12 PLAT RECORDS EL PASO COUNTY TEXAS); THENCE 93.77 FEET ALONG SAID MONUMENT LINE AND ALONG THE ARC OF A CURVE TO THE RIGHT, HAVING A RADIUS OF 600.00 FEET, A CENTRAL ANGLE OF 08° 57' 17" AND A CHORD WHICH BEARS SOUTH 13° 55' 38" EAST A DISTANCE OF 93.68 FEET; THENCE SOUTH 09° 27' 00" EAST CONTINUING ALONG SAID MONUMENT LINE A DISTANCE OF 116.18 FEET; THENCE, NORTH 80° 33' 00" EAST A DISTANCE OF 60.00 FEET TO A FOUND CHISELED MARK ON THE EASTERLY RIGHT-OF-WAY OF GERONIMO DRIVE; THENCE, NORTH 80° 33' 00" EAST A DISTANCE OF 219.00 FEET TO A FOUND 5/8" REBAR WITH CAP MARKED "RPLS "4178"; THENCE, NORTH 80° 36' 38" EAST A DISTANCE OF 48.84 FEET TO SET 5/8" REBAR WITH CAP MARKED "PLS 1798"; THENCE, SOUTH 71° 54' 14" EAST A DISTANCE OF 137.53 FEET; THENCE SOUTH 09° 27' 00" EAST A DISTANCE OF 275.70 FEET TO A SET CHISELED X ON THE NORTHERLY RIGHT-OF-WAY OF U.S.

INTERSTATE HIGHWAY NO. 10 (300 FOOT RIGHT-OF-WAY); THENCE, NORTH 80° 26' 40" EAST ALONG SAID RIGHT-OF-WAY A DISTANCE OF 328.81 FEET TO A SET CHISELED X BEING THE POINT OF BEGINNING OF THIS DESCRIPTION;

THENCE, NORTH 9° 27' 00" WEST A DISTANCE OF 311.19 FEET TO A SET CHISELED "X";

THENCE, SOUTH 75° 01' 00" EAST A DISTANCE OF 30.28 FEET TO A SET CHISELED "X";

THENCE, 236.54 FEET ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 569.04 FEET, A CENTRAL ANGLE OF 23° 49' 00" AND A CHORD WHICH BEARS SOUTH 86° 55' 30" EAST A DISTANCE OF 234.84 FEET TO A SET CHISELED X;

THENCE, NORTH 81° 10' 00" EAST A DISTANCE 0F 149.09 (PLAT 145.29) FEET TO A FOUND PK NAIL AT THE NORTHEAST CORNER OF LOT 2;

THENCE, SOUTH 08° 50' 00" EAST A DISTANCE OF 245.40 FEET TO A SET CHISELED "X" AT THE SOUTHEAST CORNER OF LOT 2;

THENCE SOUTH 80° 26' 40" WEST A DISTANCE OF 403.26 FEET TO THE POINT OF BEGINNING CONTAINING 2.421 ACRES OF 105.542 SQUARE FEET.

PARCEL 2:

NON-EXCLUSIVE RIGHTS PURSUANT TO EASEMENT ESTATE IN AND TO A PORTION OF LOTS 1 AND 2, BLOCK 4, BASSETT COMMERCIAL COMPLEX UNIT THREE, AN ADDITION TO THE CITY OF EL PASO, EL PASO COUNTY, TEXAS, ACCORDING TO THE MAP THEREOF ON FILE IN BOOK 22, PAGE 32, PLAT RECORDS OF EL PASO COUNTY, TEXAS, AS CREATED AND DEPICTED IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS AND CROSS-EASEMENTS DATED 3-9-01, EXECUTED BY GERONIMO MOTEL, LTD., RECORDED IN BOOK 4043, PAGE 687, REAL PROPERTY RECORDS OF EL PASO COUNTY, TEXAS, AS AFFECTED BY THAT CERTAIN FIRST AMENDED AND RESTATED DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS AND CROSS-EASEMENTS DATED 4-22-02, EXECUTED BY GERONIMO MOTEL, LTD., RECORDED IN BOOK 4235, PAGE 604, REAL PROPERTY RECORDS OF EL PASO COUNTY, TEXAS; THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS AND CROSS-EASEMENTS DATED 1-22-02, EXECUTED BY GERONIM0 MOTEL, LTD., RECORDED IN BOOK 4170, PAGE 1297, REAL PROPERTY RECORDS OF EL PASO COUNTY, TEXAS; THAT CERTAIN EASEMENT AGREEMENT DATED 10-08-02, BY AND BETWEEN GERONIMO MOTEL, LTD., AND HERITAGE INN OF AMES, INC., RECORDED IN BOOK 4358, PAGE 1457, REAL PROPERTY RECORDS OF EL PASO COUNTY, TEXAS

Name of Project:    Residence Inn Houston/Willowbrook
Address of Project:    7311 West Greens Road, Houston, TX
Security Instrument:    Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Instrument Number RP-2017-500127 in the Recorder's Office of the County Clerk of Harris County, Texas (the "Harris Recorder's Office"); as assigned by Assignment of Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 3, 2018, as Instrument Number RP-2018-298440 in the Harris Recorder's Office; as further assigned by Assignment of Fee Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 3, 2018, as Instrument Number RP-2018-298441 in the Harris Recorder's Office

Borrower(s):    CNI THL Propco FE, LLC

Legal Description of Land:

73744464.1

TRACT I (FEE SIMPLE)

METES AND BOUNDS DESCRIPTION OF A 5.584 ACRE OF LAND IN THE G.W. CHILDRESS SURVEY, ABSTRACT 217 IN HARRIS COUNTY, TEXAS. SAID 5.584 ACRE TRACT IS PART OF RESTRICTED RESERVE "A", BLOCK 1, OF THARALDSON WILLOWBROOK SUBDIVISION AS RECORDED IN FILM CODE 491022 OF THE HARRIS COUNTY MAP RECORDS, SAME BEING A 5.584 ACRE TRACT DESCRIBED IN A DEED TO HERITAGE ASSET MANAGEMENT, INC. AS RECORDED IN CLERK'S FILE NUMBER Y360968 OF THE HARRIS COUNTY OFFICIAL PUBLIC RECORDS OF REAL PROPERTY. SAID 5.584 ACRE TRACT IS MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING AT A TEXAS DEPARTMENT OF TRANSPORTATION MONUMENT FOUND FOR THE NORTHERLY CUTBACK CORNER OF THE SOUTHERLY RIGHT-OF-WAY LINE OF GREENS ROAD (BASED ON A WIDTH OF 100-FEET) AND THE NORTHEASTERLY RIGHT-OF-WAY LINE OF STATE HIGHWAY 249 (A.K.A TOMBALL PARKWAY, VARIABLE WIDTH AT THIS POINT);

THENCE, NORTH 40° 38' 55" EAST, ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID GREENS ROAD FOR A DISTANCE OF 117.42 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE POINT OF CURVATURE OF A NON-TANGENT CURVE TO THE RIGHT;

THENCE, CONTINUING ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID GREENS ROAD AND WITH SAID NON-TANGENT CURVE TO THE RIGHT HAVING A RADIUS OF 1,950.00, A CENTRAL ANGLE OF 04° 38' 46" (CHORD BEARS NORTH 50° 41' 31" EAST, 158.08 FEET) FOR AN ARC DISTANCE OF 158.12 FEET TO AN "X" FOUND CUT IN CONCRETE FOR THE POINT OF BEGINNING AND THE NORTHWEST CORNER OF THE HEREIN DESCRIBED TRACT;

THENCE, CONTINUING ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF SAID GREENS ROAD, AND CONTINUING ALONG SAID CURVE TO THE RIGHT, HAVING A RADIUS OF 1,950.00 FEET, A CENTRAL ANGEL OF 14° 37' 23" (CHORD BEARS NORTH 60° 19' 36" EAST, 496.33 FEET) FOR AN ARC DISTANCE OF 497.68 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE NORTHWEST CORNER OF A 0.138 ACRE TRACT DESCRIBED IN A DEED TO HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 159 AS RECORDED IN CLERK'S FILE NUMBER M882543 OF THE HARRIS COUNTY OFFICIAL PUBLIC RECORDS OF REAL PROPERTY;

THENCE, SOUTH 17° 02' 39" EAST, ALONG THE WEST LINE OF SAID 0.138 ACRE TRACT FOR A DISTANCE OF 79.66 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE SOUTHWEST CORNER OF SAID 0.138 ACRE TRACT;

THENCE, NORTH 89° 33' 10" EAST, ALONG THE SOUTH LINE OF SAID 0.138 ACRE TRACT FOR A DISTANCE OF 53.00 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE SOUTHEAST CORNER OF SAID 0.138 ACRE TRACT;

THENCE, NORTH 00° 26' 50" WEST, ALONG THE EAST LINE OF SAID 0.138 ACRE TRACT FOR A DISTANCE OF 105.00 FEET TO A 5/8-INCH IRON ROD FOUND IN THE SOUTHERLY RIGHT-OF-WAY OF THE AFOREMENTIONED GREENS ROAD, SAID POINT BEING IN A CURVE TO THE RIGHT;

THENCE, ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE AND WITH SAID CURVE TO THE RIGHT, HAVING A RADIUS OF 1,950.00 FEET, A CENTRAL ANGLE OF 00° 55' 57" (CHORD BEARS NORTH 70° 29' 05" EAST, 31.74 FEET) FOR AN ARC DISTANCE OF 31.74 FEET TO A 5/8-INCH IRON ROD WITH CAP FOUND FOR THE NORTHEAST CORNER OF THE AFOREMENTIONED UNRESTRICTED RESERVE "A" OF THARALDSON WILLOWBROOK SUBDIVISION, SAID POINT BEING IN THE EAST SURVEY LINE OF THE G.W. CHILDRESS SURVEY, ABSTRACT 217, SAME BEING WEST SURVEY LINE OF THE W.H. YORK SURVEY, ABSTRACT 943;

THENCE, SOUTH 00° 26' 50" EAST, ALONG THE EAST LINE OF SAID RESERVE "A".,SAME BEING SAID COMMON SURVEY LINE, FOR A DISTANCE OF 650.00 FEET TO A ¾-INCH IRON PIPE FOUND FOR THE NORTHEAST CORNER OF A 1.39 ACRE TRACT DESCRIBED IN A DEED TO HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 159 AS RECORDED IN CLERK'S FILE NUMBER H532572 OF THE HARRIS COUNTY OFFICIAL PUBLIC RECORDS OF REAL PROPERTY;

THENCE, SOUTH 89° 33' 10" WEST, CONTINUING ALONG THE EASTERLY LINE OF SAID RESERVE "A", SAME BEING THE NORTH LINE OF SAID 1.39 ACRE TRACT FOR A DISTANCE OF 170.00 FEET TO A ¾ INCH IRON PIPE FOUND FOR THE NORTHWEST CORNER OF SAID 1.39 ACRE TRACT, FROM WHICH A FOUND ¾ INCH IRON PIPE BEARS NORTH 58° 11' 10" EAST, 0.32 FEET;

THENCE, SOUTH 00° 26' 50" EAST, CONTINUING ALONG THE EASTERLY LINE OF SAID RESERVE "A", SAME BEING THE WEST LINE OF SAID 1.39 ACRE TRACT FOR A DISTANCE OF 240.00 FEET TO A ½ INCH IRON PIPE FOUND FOR THE SOUTHWEST CORNER OF SAID 1.39 ACRE TRACT;

THENCE, NORTH 89° 33' 10" EAST, CONTINUING ALONG THE EASTERLY LINE OF SAID RESERVE "A", SAME BEING THE SOUTH LINE OF SAID 1.39 ACRE TRACT FOR A DISTANCE OF 120.00 FEET TO A ¾ INCH IRON PIPE FOUND IN THE EAST LINE OF THE AFOREMENTIONED RESERVE "A";

THENCE, SOUTH 00° 26' 50" EAST, CONTINUING ALONG THE EASTERLY LINE OF SAID RESERVE "A" FOR A DISTANCE OF 233.77 FEET, TO A TXDOT DISC IN CONCRETE FOUND IN THE NORTHERLY RIGHT-OF WAY LINE OF STATE HIGHWAY

249 (A.K.A TOMBALL PARKWAY, BASED ON A VARIABLE WIDTH), SAID POINT BEING IN A CURVE TO THE LEFT;

THENCE, ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF SAID STATE HIGHWAY 249 AND WITH SAID CURVE TO THE LEFT HAVING A RADIUS OF 17,388.73 FEET, A CENTRAL ANGLE OF 00° 42' 25" (CHORD BEARS NORTH 50° 42' 26" WEST, 214.58 FEET), FOR AN ARC DISTANCE OF 214.58 FEET TO A 5/8-INCH IRON ROD FOUND FOR THE SOUTHWEST CORNER OF THE HEREIN DESCRIBED TRACT, SAID POINT ALSO BEING THE SOUTHEAST CORNER OF A 4.414 ACRE TRACT DESCRIBED IN A DEED TO GMRI TEXAS, L.P. AS RECORDED IN CLERK'S FILE NUMBER X841980 OF THE HARRIS COUNTY OFFICIAL PUBLIC RECORDS OF REAL PROPERTY;

THENCE, NORTH 00° 25' 50" WEST, ALONG THE EAST LINE OF SAID 4.414 ACRE TRACT FOR A DISTANCE OF 356.80 FEET TO A 5/8-INCH IRON ROD WITH CAP FOUND FOR AN ANGLE POINT;
THENCE, NORTH 35° 42' 33" WEST, CONTINUING ALONG THE WEST LINE OF SAID 4.414 ACRES FOR A DISTANCE OF 364.21 FEET TO A PK NAIL IN ASPHALT FOUND FOR AN ANGLE POINT;

THENCE, NORTH 84° 31' 48" WEST, CONTINUING ALONG THE WEST LINE OF SAID 4.414 ACRE TRACT FOR A DISTANCE OF 82.56 FEET TO A PK NAIL IN ASPHALT FOUND FOR AN ANGLE POINT;

THENCE, NORTH 36° 59' 04" WEST, CONTINUING ALONG THE WEST LINE OF SAID 4.414 A ACRE TRACT FOR A DISTANCE OF 52.94 FEET TO THE POINT OF BEGINNING CONTAINING A COMPUTED AREA OF 5.584 ACRES (243,238 SQ. FT.).

TRACT II (EASEMENT)

NON-EXCLUSIVE EASEMENT RIGHTS AS SET FORTH IN EASEMENT AGREEMENT BETWEEN GMRI TEXAS LP. AND THARALDSON ASSETS MANAGEMENT, INC. AS SET OUT IN INSTRUMENT RECORDED UNDER CLERK'S FILE NO. X0841979 OF THE REAL PROPERTY RECORDS OF HARRIS COUNTY, TEXAS

73744464.1

Name of Project: Residence Inn The Woodlands II

Address of Project: 9333 Six Pine Drive, The Woodlands, TX

Security Instrument: Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Document Number 2017102781 in the Recorder's Office of the County Clerk of Montgomery County, Texas (the "Montgomery Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on May 20, 2018, as Document Number 2018042382 in the Montgomery Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 20, 2018, as Document Number 2018042383 in the Montgomery Recorder's Office

Borrower(s): W2005/Fargo Hotels (Pool A) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

TRACT I:

ALL OF RESTRICTED RESERVE "A", BLOCK 1, OF WOODLANDS METRO CENTER SEC. 44, A SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN CABINET S, SHEETS 151-152 OF THE PLAT RECORDS, MONTGOMERY COUNTY, TEXAS.

TRACT II:

NON-EXCLUSIVE EASEMENT RIGHTS PURSUANT TO RECIPROCAL EASEMENT AGREEMENT, DATED AUGUST 10, 2001, BETWEEN HERITAGE INN OF EAU CLAIRE, A NORTH DAKOTA CORPORATION AND THE WOODLANDS LAND DEVELOPMENT COMPANY, L.P., A TEXAS LIMITED PARTNERSHIP, FILED OF RECORD ON AUGUST 14, 2001 UNDER COUNTY CLERK'S FILE NO. 2001-071162 OF THE OFFICIAL PUBLIC RECORDS, MONTGOMERY COUNTY, TEXAS

73744464.1

Name of Project:        Courtyard Lewisville

Address of Project:      2701 Lake Vista Drive, Lewisville, TX

Security Instrument:     Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, as Instrument Number 140161 in the Recorder's Office of the County Clerk of Denton County, Texas (the "Denton Recorder's Office"); as assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 76995 in the Denton Recorder's Office; as further assigned by Assignment of Fee and Leasehold Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded on July 2, 2018, as Instrument Number 76996 in the Denton Recorder's Office

Borrower(s):          W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Being Lot 1B, Block I, of FINAL PLAT OF VISTA RIDGE LOTS 1A, 1B & 1C, BLOCK I, being a REPLAT OF VISTA RIDGE LOT 1, BLOCK I, an Addition to the City of Lewisville, Denton County, Texas, according to the Map thereof recorded in Cabinet P, Page 203, Plat Records, Denton County, Texas.

172

Name of Project:    Residence Inn West Des Moines

Address of Project:    160 South Jordan Creek Parkway, West Des Moines, IA

Security Instrument:    Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing dated as of November 6, 2017 and recorded on November 14, 2017, in Book 2017, Page 22258 in the Recorders Office of the County Recorder of Dallas County, Iowa ("Dallas County Recorder's Office"); as assigned by Assignment of Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from Deutsche Bank AG, New York Branch to German American Capital Corporation, dated as of February 5, 2018 and recorded May 10, 2018, in Book 2018, Page 8075 in the Dallas County Recorder's Office; as further assigned by Assignment of Leasehold Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing from JPMorgan Chase Bank, National Association and German American Capital Corporation to the Trust dated as of February 5, 2018 and recorded May 20, 2018, in Book 2018, Page 8076 in the Dallas County Recorder's Office

Borrower(s):    W2005/Fargo Hotels (Pool C) Realty, L.P. and CNI THL Ops, LLC

Legal Description of Land:

Parcel 1:

Lot 1 6 in Jordan Creek Tow n Center Plat 1-Replat 1, a n Official Plat, West De s Moines, Dallas County, Iowa.

(Abstract property)

Parcel 2:

Non -exclusive easements for pedestrian and vehicular ingress and egress and utility purposes as set forth in the Reciprocal Easement Agreement, dated October 2 1, 2 00 4, recorded October 2 8, 200 4, in Boo k 2 00 4, Page 1 711 1, in the Office of the Dallas County Recorder.

73744464.1